**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **CHINA FISHERY GROUP LIMITED (CAYMAN),** | **Case No. 16 – 11895 (JLG)** |
| Debtor. | |

-------------------------------------------------------------------x

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PACIFIC ANDES INTERNATIONAL HOLDINGS LIMITED (BERMUDA),** | **Case No. 16 - 11890 (JLG)** |
| Debtor. | |

-------------------------------------------------------------------x

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **N.S. HONG INVESTMENTS (BVI) LIMITED,** | **Case No. 16 - 11899 (JLG)** |
| Debtor. | |

-------------------------------------------------------------------x

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SOUTH PACIFIC SHIPPING AGENCY LTD. (BVI),** | **Case No. 16 – 11924 (JLG)** |
| Debtor. | |

-------------------------------------------------------------------x

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **CHINA FISHERIES INTERNATIONAL LIMITED (SAMOA),** | **Case No. 16 - 11896 (JLG)** |
| Debtor. | |

-------------------------------------------------------------------x

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **CFGL (SINGAPORE) PRIVATE LIMITED,** | **Case No. 16 - 11915 (JLG)** |
| Debtor. | |

-------------------------------------------------------------------x

| | |
|---|---|
| ------------------------------------------------------------------x | |
| In re: | **Chapter 11** |
| **CHANERY INVESTMENT INC. (BVI),** | **Case No. 16 - 11921 (JLG)** |
| Debtor. | |
| ------------------------------------------------------------------x | |
| In re: | **Chapter 11** |
| **CHAMPION MARITIME LTD (BVI),** | **Case No. 16 - 11922 (JLG)** |
| Debtor. | |
| ------------------------------------------------------------------x | |
| In re: | **Chapter 11** |
| **GROWING MANAGEMENT LIMITED (BVI),** | **Case No. 16 - 11919 (JLG)** |
| Debtor. | |
| ------------------------------------------------------------------x | |
| In re: | **Chapter 11** |
| **TARGET SHIPPING LIMITED (HONG KONG),** | **Case No. 16 - 11920 (JLG)** |
| Debtor. | |
| ------------------------------------------------------------------x | |
| In re: | **Chapter 11** |
| **FORTRESS AGENTS LIMITED (BVI),** | **Case No. 16 - 11916 (JLG)** |
| Debtor. | |
| ------------------------------------------------------------------x | |
| In re: | **Chapter 11** |
| **OCEAN EXPERT INTERNATIONAL LIMITED (BVI),** | **Case No. 16 - 11917 (JLG)** |
| Debtor. | |
| ------------------------------------------------------------------x | |

| | |
|---|---|
| ---------------------------------------------------------------x | |
| In re: | **Chapter 11** |
| **PROTEIN TRADING LIMITED (SAMOA),** | **Case No. 16 - 11923 (JLG)** |
| **Debtor.** | |
| ---------------------------------------------------------------x | |
| In re: | **Chapter 11** |
| **CFG PERU INVESTMENTS PTE. LTD. (SINGAPORE),** | **Case No. 16 – 11914 (JLG)** |
| **Debtor.** | |
| ---------------------------------------------------------------x | |
| In re: | **Chapter 11** |
| **SMART GROUP LIMITED (CAYMAN),** | **Case No. 16 - 11910 (JLG)** |
| **Debtor.** | |
| ---------------------------------------------------------------x | |
| In re: | **Chapter 11** |
| **SUPER INVESTMENT LIMITED (CAYMAN),** | **Case No. 16 - 11903 (JLG)** |
| **Debtor.** | |
| ---------------------------------------------------------------x | |

## ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon the motion (the "**Motion**")[1] of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, for entry of an order: (a) directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

3

proceeding pursuant to 28 U.S.C. § 157(b)(2), and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors and their estates, their creditors, and other parties in interest; and this Court having found that the Debtors provided appropriate notice of the Motion and the opportunity for a hearing under the circumstances; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "**Hearing**") on July 11, 2016 at which no opposition to the Motion was lodged; and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 16-11895.

3. The caption of the jointly administered cases should read as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **CHINA FISHERY GROUP LIMITED (CAYMAN),** *et al.*[1] | **Case No. 16 – 11895 (JLG)** |
| Debtors. | **Jointly Administered** |

-----------------------------------------------------------------------x

[1] The Debtors are China Fishery Group Limited (Cayman) ("CFGL"), Pacific Andes International Holdings Limited (Bermuda) ("PAIH"), N.S. Hong Investment (BVI) Limited ("NS Hong"), South Pacific Shipping Agency Limited (BVI) ("SPSA"), China Fisheries International Limited (Samoa) ("CFIL"), CFGL (Singapore) Private Limited ("CFGLPL"), Chanery Investment Inc. (BVI) ("Chanery"), Champion

4

Maritime Limited (BVI) ("Champion"), Growing Management Limited (BVI) ("Growing Management"), Target Shipping Limited (HK) ("Target Shipping"), Fortress Agents Limited (BVI) ("Fortress"), Ocean Expert International Limited (BVI) ("Ocean Expert"), Protein Trading Limited (Samoa) ("Protein Trading"), CFG Peru Investments Pte. Limited (Singapore) ("CFG Peru Singapore"), Smart Group Limited (Cayman) ("Smart Group"), and Super Investment Limited (Cayman) ("Super Investment").

4. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5. A docket entry, substantially similar to the following, shall be entered on the docket of each of the Debtors other than China Fishery Group Limited (Cayman) (Case No. 16-11895 (JLG)) to reflect the joint administration of these chapter 11 cases:

> An Order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of the chapter 11 cases of Pacific Andes International Holdings Limited (Bermuda) (Case No. 16-11890); N.S. Hong Kong Investments (BVI) Limited (Case No. 16-11899); China Fishery Group Limited (Cayman) (Case No. 16-11895); South Pacific Shipping Agency Ltd (BVI) (Case No. 16-11924); China Fisheries International Limited (Samoa) (Case No. 16-11896); CFGL (Singapore) Private Limited (Case No. 16-11915); Chanery Investment Inc. (BVI) (Case No. 16-11921); Champion Maritime Ltd. (BVI) (Case No. 16-11922); Growing Management Limited (BVI) (Case No. 16-11919); Target Shipping Limited (Hong Kong) (Case No. 16-11920); Fortress Agents Limited (BVI) (Case No. 16-11916); Ocean Expert International Limited (BVI) (Case No. 16-11917); Protein Trading Limited (Samoa) (Case No. 16-11923); CFG Peru Investments Pte. Ltd. (Singapore) (Case No. 16-11914); Smart Group Limited (Cayman) (Case No. 16-11910); and Super Investment Limited (Cayman) (Case No. 16-11903).
>
> All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 16-11895.

6. One consolidated docket, one file, and one consolidated service list shall be maintained by the Debtors and kept by the Clerk of the Court.

7. The Debtors may file their monthly operating reports under the *Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees*, issued by the U.S. Trustee, by consolidating the information required for each Debtor in one report that tracks

and breaks out all of the specific information (e.g., receipts, disbursements, etc.) on a debtor-by-debtor in each monthly operating report.

8. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

10. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such motion and the requirements of the local rules of this Court are satisfied by such notice.

11. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

12. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: New York, New York
July 14, 2016

/s/ *James L. Garrity, Jr.*
HONORABLE JAMES L. GARRITY, JR.
UNITED STATES BANKRUPTCY JUDGE