Hearing Date: August 18, 2016 at 10:00 a.m. (prevailing Eastern Time)
Objection Deadline: August 11, 2016 at 5:00 p.m. (prevailing Eastern Time)

Howard B. Kleinberg, Esq.
Edward J. LoBello, Esq.
Jil Mazer-Marino, Esq.
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
1350 Broadway, Suite 501
New York, New York 10018
Telephone: (212) 239-4999
Email: hkleinberg@msek.com
Email: elobello@msek.com
Email: jmazermarino@msek.com

*Proposed Counsel to the Debtors
and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| CHINA FISHERY GROUP LIMITED (CAYMAN), *et al.*, | Case No. 16-11895 (JLG) (Jointly Administered) |
| Debtors.[1] | |

---

## NOTICE OF HEARING ON DEBTORS' MOTION FOR ENTRY OF ORDER AUTHORIZING THE DEBTORS TO (A) CONTINUE THEIR CASH MANAGEMENT SYSTEM, (B) HONOR CERTAIN PREPETITION OBLIGATIONS RELATED THERETO, AND (C) MAINTAIN EXISTING BANK ACCOUNTS

**PLEASE TAKE NOTICE** that a hearing (the "**Hearing**") on the Debtors'

*Motion for Entry of Order Authorizing the Debtors to (A) Continue their Cash Management*

*System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Maintain Existing*

---

[1] The Debtors are N.S. Hong Investment (BVI) Limited ("NS Hong"), Super Investment Limited (Cayman) ("Super Investment"), Pacific Andes International Holdings Limited (Bermuda) ("PAIH"), China Fishery Group Limited (Cayman) ("CFGL"), Smart Group Limited (Cayman) ("Smart Group"), Protein Trading Limited (Samoa) ("Protein Trading"), South Pacific Shipping Agency Limited (BVI) ("SPSA"), CFG Peru Investments Pte. Limited (Singapore) ("CFG Peru Singapore"), China Fisheries International Limited (Samoa) ("CFIL"), Growing Management Limited (BVI) ("Growing Management"), Chanery Investment Inc. (BVI) ("Chanery"), Champion Maritime Limited (BVI) ("Champion"), Target Shipping Limited (HK) ("Target Shipping"), Fortress Agents Limited (BVI) ("Fortress"), CFGL (Singapore) Private Limited ("CFGLPL") and Ocean Expert International Limited (BVI) ("Ocean Expert").

*Bank Accounts* (the "**Motion**,") a copy of which is attached hereto, filed on behalf of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), will be held before the Honorable James L. Garrity of the United States Bankruptcy Court for the Southern District of New York (the "**Court**"), in Room 601, One Bowling Green, New York, New York 10004-1408, on August 18, 2016 at 10:00 a.m.(prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Motion and the relief requested therein, if any, shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall set forth the basis for the response or objection and the specific grounds therefore, and shall be filed with the Court electronically in accordance with General Order M-399 by registered users of the Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov, the official website for the Court), with two hard copies delivered directly to Chambers pursuant to Local Bankruptcy Rule 9028-1 and served so as to be actually received no later than August 11, 2016 at 5:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**"),by: (a) proposed counsel for the Debtors, Meyer, Suozzi, English & Klein, P.C., 1350 Broadway, Suite 501, P.O. Box 822, New York, New York 10018, Attn: Howard B. Kleinberg, Edward J. LoBello and Jil Mazer-Marino; and (b) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Susan Golden, Esq.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion and any pleadings may be obtained by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing or at a later hearing.

**PLEASE TAKE FURTHER NOTICE** that if no objections or other responses are timely filed and served with respect to the Motion, the Debtors may, on or after the Objection Deadline, submit to the Court an order substantially in the form annexed as **Exhibit A** to the Motion, which order the Court may enter with no further notice or opportunity to be heard.

Dated: New York, New York
July 15, 2016

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

By:  /s/ Howard B. Kleinberg
Howard B. Kleinberg
Edward J. LoBello
Jil Mazer-Marino
1350 Broadway, Suite 501
New York, New York 10018
(212) 239-4999

*Proposed Counsel to the Debtors
and Debtors in Possession*

1128936