**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| **CHINA FISHERY GROUP LIMITED (CAYMAN),** *et al.*,[1] | ) **Case No. 16-11895 (JLG)** |
| Debtors. | ) (Jointly Administered) |

**ORDER SETTING CASE STATUS CONFERENCE**
**AND CONFIRMING CERTAIN DEADLINES**

The Court, having held a hearing on July 11, 2016 with respect to certain first day motions (the "Motions") filed by the above-captioned Debtors; and certain creditors of the Debtors, including (a) Club Lender Parties Cooperatieve Rabobank U.A., Standard Chartered Bank (Hong Kong) Limited, China CITIC Bank International Limited and DBS Bank (Hong Kong), Limited; (b) Malayan Banking Berhad, Hong Kong Branch; (c) Bank of America, N.A.; and (d) an ad hoc committee of holders of approximately 26% of the $300 million in outstanding principal amount of the 9.75% Senior Notes guaranteed by certain Debtors (collectively, "**Objecting Creditors**") having filed objections or joinders, as applicable, to one of the Motions, specifically the *Debtors' Motion For An Order Extending Time To File Lists, Schedules and Statements and Waiving Certain Requirements* (the "**Extension Motion**") and having appeared by counsel in support of such objections at the Hearing; and this Court having heard the argument of counsel with respect to the Extension Motion and a proposal for a consensual

---

[1] The Debtors are China Fishery Group Limited (Cayman), Pacific Andes International Holdings Limited (Bermuda), N.S. Hong Investment (BVI) Limited, South Pacific Shipping Agency Limited (BVI), China Fisheries International Limited (Samoa), CFGL (Singapore) Private Limited, Chanery Investment Inc. (BVI), Champion Maritime Limited (BVI), Growing Management Limited (BVI), Target Shipping Limited (HK), Fortress Agents Limited (BVI), Ocean Expert International Limited (BVI), Protein Trading Limited (Samoa), CFG Peru Investments Pte. Limited (Singapore), Smart Group Limited (Cayman), and Super Investment Limited (Cayman).

1

resolution of the Objecting Creditors' objections, which the Court accepted and the parties are documenting in a form of order to be proposed for entry; and as part of the consensual resolution of the Objecting Creditors objection to the Extension Motion, the Debtors and the Objecting Parties agreed upon certain information disclosures and meetings to be scheduled, and a further conference before this Court, the terms of which the parties wish to document in this order; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Debtors shall provide to the Objecting Creditors, by noon on July 13, 2016, a draft of their proposed motion for approval of cash management procedures for this chapter 11 case. The Objecting Creditors may distribute such draft to other creditor parties who have indicated their intention to attend the meeting referenced herein. In all events, and in the hands of any party, such draft shall be kept confidential and the information contained therein shall be inadmissible to the extent provided under Federal Rule of Evidence 408 or other applicable authority. The Objecting Creditors and their counsel shall inform any person or entity to whom they distribute the draft of such restrictions notwithstanding whether this order has been entered on the docket.

2. The Debtors, the Objecting Creditors, and other interested creditors shall use their best efforts to convene and attend a meeting on July 14, 2016 at a location to be determined to discuss these chapter 11 cases, to discuss the concerns raised in the Objecting Creditors pleadings filed in connection with the Motions and a path forward to a consensual plan of reorganization for the Debtors. The information disseminated and discussed and any other

documents disseminated at such meeting shall be kept confidential and inadmissible to the extent provided under Federal Rule of Evidence 408 and other applicable authority.

      3.      The Court shall hold a status conference on the chapter 11 cases on **July 19, 2016 at 2:00 p.m.** in the Courtroom of the Honorable James L. Garrity, Jr., Courtroom 601, United States Bankruptcy Court, One Bowling Green, New York, New York, unless the parties notify the Court that they desire to adjourn such conference. The Debtors shall file a notice on the docket advising as to any such adjournment.

      4.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated:   New York, New York
           July 15, 2016

                                          /s/ *James L. Garrity, Jr.*
                                          HONORABLE JAMES L. GARRITY, JR.
                                          UNITED STATES BANKRUPTCY JUDGE

1128208