**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, New York 10020-1001
Tel. (212) 506-2500
Fax (212) 262-1910
Frederick D. Hyman

*Counsel for Malayan Banking Berhad,*
*Hong Kong Branch*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| CHINA FISHERY GROUP LIMITED (CAYMAN), *et al.*,[1] | **Case No. 16-11895 (JLG)** |
| Debtors. | Jointly Administered |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS BY MAYER BROWN LLP ON BEHALF OF MALAYAN BANKING BERHAD, HONG KONG BRANCH

PLEASE TAKE NOTICE that Mayer Brown LLP ("**Mayer Brown**") hereby appears on behalf of Malayan Banking Berhad, Hong Kong Branch in the above-captioned jointly-administered chapter 11 cases. Pursuant to section 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Mayer Brown respectfully requests that all notices given,

---

[1] The Debtors are China Fishery Group Limited (Cayman) ("CFGL"), Pacific Andes International Holdings Limited (Bermuda) ("PAIH"), N.S. Hong Investment (BVI) Limited ("NS Hong") South Pacific Shipping Agency Limited (BVI) ("SPSA"), China Fisheries International Limited (Samoa) ("CFH"), CFGL (Singapore) Private Limited ("CFGLPL"), Chanery Investment Inc. (BVI) ("Chanery"), Champion Maritime Limited (BVI) ("Champion"), Growing Management Limited (BVI) ("Growing Management"), Target Shipping Limited (HK) ("Target Shipping"), Fortress Agents Limited (BVI) ("Fortress"), Ocean Expert International Limited (BVI) ("Ocean Expert"), Protein Trading Limited (Samoa) ("Protein Trading"), CFG Peru Investments Pte. Limited (Singapore) ("CFG Peru Singapore"), Smart Group Limited (Cayman) ("Smart Group"), and Super Investment Limited (Cayman) ("Super Investment").

721200510

or required to be given, in these cases, and all papers served, or required to be served, in these cases, be given and served upon Mayer Brown at the office, address and telephone number set forth below, and that Mayer Brown be added to the mailing matrix on file with the Clerk of the Bankruptcy Court as follows:

Frederick D. Hyman, Esq.
Mayer Brown LLP
1221 Avenue of the Americas
New York, New York 10020-1001
Ph: 212-506-2500
Fax: 212-262-1910
e-mail: fhyman@mayerbrown.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, demands, disclosure statements, or plans of reorganization transmitted or conveyed by mail, electronic mail, hand delivery, telephone, telecopier, or otherwise, which affects the above-captioned Debtors, property of such Debtors, or Malayan Banking Berhad, Hong Kong Branch.

PLEASE TAKE FURTHER NOTICE that, neither this Notice of Appearance and Request for Service of Papers (the "**Notice**") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding related to this case, or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedy, (vi) any other rights, claims, actions,

defenses, setoffs, or recoupments, as appropriate, in law or in equity, under any agreements, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:   New York, New York
         July 27, 2016

                                    By: /s/ Frederick D. Hyman
                                         Frederick D. Hyman
                                         **MAYER BROWN LLP**
                                         1221 Avenue of the Americas
                                         New York, New York 10020-1001
                                         Ph: 212-506-2500
                                         Fax: 212-262-1910