| **Fill in this information to identify the case:** |
|---|
| Debtor name   **China Fishery Group Limited** |
| United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known)   **16-11895** |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑ *Schedule H: Codebtors* (Official Form 206H)
☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 29, 2016**           X **/s/ Ng Puay Yee**
                                              Signature of individual signing on behalf of debtor

                                              **Ng Puay Yee**
                                              Printed name

                                              **Foreign Representative**
                                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: **China Fishery Group Limited**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): **16-11895**

☐ Check if this is an amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals 12/15

## Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................. $ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................ $ **893,988,930.35**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................. $ **893,988,930.35**

## Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ **0.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $ **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$ **750,278,121.60**

4. **Total liabilities** ..................................................................................................
Lines 2 + 3a + 3b                                                                                                  $ **750,278,121.60**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **China Fishery Group Limited** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | **16-11895** |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. **Cash on hand** | | | $0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | HSBC | Checking | 8001 | $1,978.46 |
| 3.2. | HSBC | Savings | 9579 | $754.37 |
| 3.3. | Rabobank | Savings | 0111 | $1,411.88 |
| 3.4. | Rabobank | Savings | 3411 | $8,289.66 |
| 3.5. | China CITIC Bank | Savings | 4201 | $100.38 |
| 3.6. | China CITIC Bank | Checking | 8000 | $1,636.54 |

| Debtor | **China Fishery Group Limited** | Case number *(If known)* **16-11895** |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 3.7. | **Standard Chartered Bank** | Savings | 1819 | $1,486.05 |
| 3.8. | **Standard Chartered Bank** | Savings | 3441 | $850.70 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                                                                $16,508.04
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

**SEE PART 3, Q. 11 ANNEX**

11. **Accounts receivable**

| 11.a | 90 days old or less: | 0.00 | - | 0.00 | = .... | $0.00 |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**                                                                                                            $863,015,337.98
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
☑ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:                                              % of ownership | | |
| 15.1. | **Smart Group Limited (Cayman)**           100    % | Book Value | $27,800,001.00 |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

| Debtor | **China Fishery Group Limited** | Case number *(If known)* **16-11895** |
|---|---|---|
| | Name | |

17. **Total of Part 4.**  $27,800,001.00

 Add lines 14 through 16. Copy the total to line 83.

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.
☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.
☐ Yes Fill in the information below.

### Part 9: Real property

54. **Does the debtor own or lease any real property?**

☒ No. Go to Part 10.
☐ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. | | $0.00 | | $0.00 |

56. **Total of Part 9.**  $0.00

 Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
 Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 3

| Debtor | **China Fishery Group Limited** | Case number *(If known)* **16-11895** |
|---|---|---|
| | Name | |

### Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes Fill in the information below.

### Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

**Current value of debtor's interest**

| 71. | **Notes receivable** Description (include name of obligor) | | | |
|---|---|---|---|---|
| | **CFGI Senior Notes (Principal)** | 3,059,583.33 Total face amount | - | 0.00 doubtful or uncollectible amount | = | |
| | **Notes receivable** Description (include name of obligor) **CFGI Senior Notes (Accrued Interest)** | 97,500.00 Total face amount | - | 0.00 doubtful or uncollectible amount | = | $3,157,083.33 |

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                                                                             **$3,157,083.33**
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor **China Fishery Group Limited**         Case number *(If known)* **16-11895**
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $16,508.04 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $863,015,337.98 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $27,800,001.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $3,157,083.33 | |
| 91. **Total.** Add lines 80 through 90 for each column | $893,988,930.35 | + 91b.     $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $893,988,930.35 |

# CHINA FISHERY GROUP LIMITED

## SCHEDULE A/B

## PART 3 Q.11 ANNEX

| Account Debtor[1] | Face Amount |
|---|---|
| Smart Group Limited | $863,015,222.60 |
| Target Shipping Limited | 115.38 |
| | $863,015,337.98 |

---

[1] Account debtors are affiliates of the Debtors.

1130903

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **China Fishery Group Limited** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | **16-11895** |

☐ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | China Fishery Group Limited |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | 16-11895 |

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address<br>BACS Private Limited<br>8 Robinson Road<br>#03-00 ASO Building<br>Singapore 048544<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $259.39 |
|---|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address<br>Bank of America, N.A.<br>52/F, Cheung Kong Center<br>2 Queens Road Central<br>Central Hong Kong<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $27,885,960.59 |
| 3.3 | Nonpriority creditor's name and mailing address<br>Boardroom Corp & Adv. Services Ltd.<br>50 Raffles Place<br>32-01 Singapore Land Tower<br>Singapore 048623<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $39,181.87 |
| 3.4 | Nonpriority creditor's name and mailing address<br>Business Consultants Limited<br>18A, 18/F, Two Chinachem Plaza<br>68 Connaught Road Central<br>Hong Kong<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $724.36 |

| Debtor | China Fishery Group Limited | Case number (if known) | 16-11895 |
|---|---|---|---|

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.5 | China Fisheries International Limited<br>Rooms 3312- 14<br>186 Connaught Rd West<br>Hong Kong<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | $1,747,047.90 |
| 3.6 | David Lim & Partners<br>50 Raffles Place 17-01<br>Singapore Land Tower<br>Singapore 048623<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | $30,886.26 |
| 3.7 | Deloitte Touche Tohmatsu<br>35/F One Pacific Place<br>88 Queensway<br>Hong Kong<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | $251,282.05 |
| 3.8 | DLA PIPER HONG KONG<br>17th Flr, Edinburgh Twr<br>The Landmark<br>15 Queen's Road<br>Central Hong Kong<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | $1,789,232.13 |
| 3.9 | Grant Thornton Recovery & Reorganization Limited<br>Level 12, 28 Hennessy Rd<br>Wanchai<br>Hong Kong<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | $907,427.24 |
| 3.10 | Haldanes<br>7th Flr, Ruttonjee House<br>11 Deddell Street<br>Central Hong Kong<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | $19,230.77 |
| 3.11 | KCS Corporate Services Pte Limited<br>38 Beach Road<br>#29-11 South Beach Tower<br>Singapore 189767<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | $1,160.32 |

Debtor  **China Fishery Group Limited**  Case number (if known) **16-11895**

| | | |
|---|---|---|
| 3.12 | Nonpriority creditor's name and mailing address<br>Moody's Invst Serv HK Ltd<br>24/F, One Pacific Place<br>88 Queensway<br>Admiralty<br>Hong Kong<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $62,000.00 |
| 3.13 | Nonpriority creditor's name and mailing address<br>Mourant Ozannes Serv Ltd<br>13/F Entertainment Bldng<br>30 Queen's Road<br>Central Hong Kong<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $110,947.45 |
| 3.14 | Nonpriority creditor's name and mailing address<br>PCCW<br>28/F, PCCW Tower<br>Taikoo Place<br>Quarry Bay, Hong Kong<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $137.82 |
| 3.15 | Nonpriority creditor's name and mailing address<br>Premium Choice Group Ltd<br>Rooms 3312-14<br>186 Connaught Rd West<br>Hong Kong<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $7,206.35 |
| 3.16 | Nonpriority creditor's name and mailing address<br>Protein Trading Ltd<br>Rooms 3312-14<br>186 Connaught Road West<br>Hong Kong<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $11,858.95 |
| 3.17 | Nonpriority creditor's name and mailing address<br>Rabobank International, Hong Kong Branch<br>32/F, 3 Pacific Place<br>1 Queens Road East<br>Hong Kong<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $418,181,810.00 |
| 3.18 | Nonpriority creditor's name and mailing address<br>Singapore Exchange Securities TradingLtd<br>2 Shenton Way<br>#02-02 SGX Centre 1<br>Singapore 068804<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $13,462.47 |

| Debtor | China Fishery Group Limited | Case number (if known) | 16-11895 |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,478,223.81 |
|---|---|---|---|
| | Standard Chartered Bnk (HK) Ltd<br>15/F, Standard Charter Bank Bldng<br>4-4A Des Voeux Road<br>Central Hong Kong | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $296,000,000.00 |
|---|---|---|---|
| | TMF Trustee Ltd<br>TMF Trustee Ltd<br>Corporate Trust<br>5th Fl, 6 St. Andrew St<br>London, EC4A 3AE | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3: List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 748,538,039.73 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 748,538,039.73 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **China Fishery Group Limited** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | **16-11895** |

☐ Check if this is an amended filing

Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases  12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Group Personal Insurance for Group senior management** | |
| | State the term remaining | **2-1-16 to 1-31-17** | **AIG Insurance Hong Kong Limited** <br> **46/F, One Island East, 18 Westlands Rd,** <br> **Island East, Hong Kong** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Provison of legal advisory services in investigation conducted by the Singapore Monetary Authority, and Commercial Affairs Department of the Singapore Police Force** | |
| | State the term remaining | **12-10-15 to open ended** | **ASW Limited** <br> **Crawford House, 50 Cedar Avenue,** <br> **Hamilton HM11 Bermuda** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Provision of corporate secretarial services** | |
| | State the term remaining | **7-31-15 to open ended** | **Boardroom Corporate & Advisory Services** <br> **50 Raffles Place, #32-01 Singapore Land Tower, Singapore 048623** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Financial advisor on sale of Peruvian business** | |
| | State the term remaining | **4-28-16 to 4-27-17** | **CITIC CLSA Capital Markets Limited** <br> **18/F, One Pacific Place,** <br> **88 Queensway, Hong Kong** |
| | List the contract number of any | | |

| Debtor 1 | **China Fishery Group Limited** | | Case number *(if known)* | **16-11895** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

# Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
|     government contract | |
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Advising Singapore regulatory and listing compliance issues** <br><br> State the term remaining — **2-24-16 to open ended** <br><br> List the contract number of any government contract | **David Lim & Partners LLP** <br> 50 Raffles Place, <br> #17-01 Singapore Land Tower, <br> Singapore 048623 |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Provision for audit services for the Group** <br><br> State the term remaining — **open ended** <br><br> List the contract number of any government contract | **Deloitte & Touche** <br> 6 Shenton Way <br> OUE Downtown 2 #32-00 <br> Singapore 068809 |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Provision for audit services for the Group** <br><br> State the term remaining — **open ended** <br><br> List the contract number of any government contract | **Deloitte Touche Tohmatsu** <br> 35/F One Pacific Place, <br> 88 Queensway, <br> Admiralty, Hong Kong |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Group Personal Insurance for Group senior management** <br><br> State the term remaining — **2-1-16 to 1-31-17** <br><br> List the contract number of any government contract | **Federal Insurance Company** <br> 2401 Harcourt House, 39 Gloucester Road, <br> Wanchai, Hong Kong |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Professional fee on restructuring in the BVI, Cayman Islands and any other offshore jurisdictions** <br><br> State the term remaining — **6-1-16 to open ended** <br><br> List the contract number of any government contract | **Forbes Hare** <br> 4th Floor Qwomar Building, Road Town, <br> Tortola, British Virgin Islands VG 1110 |

| Debtor 1 | China Fishery Group Limited | | Case number (if known) | 16-11895 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Provision of legal advisory service in respect of court proceedings in Hong Kong** | |
|---|---|---|---|
| | State the term remaining | **12-4-15 to open ended** | **Haldanes Solicitors and Notaries**<br>7/F, Ruttonjee House, 11 Duddell Street,<br>Central, Hong Kong |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Employee Service Agreement** | |
|---|---|---|---|
| | State the term remaining | **open ended** | **Ng Joo Kwee**<br>Unit B, 8/F Celestial Garden,<br>5 Repulse Bay Road, Hong Kong |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Advising Singapore regulatory and listing compliance issues** | |
|---|---|---|---|
| | State the term remaining | **3-11-16 to open ended** | **Rajah & Tann**<br>9 Battery Road #25-01,<br>Straits Trading Building,<br>Singapore 049910 |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Employee Service Agreement** | |
|---|---|---|---|
| | State the term remaining | **open ended** | **Sung Yu Ching**<br>No 6 Lane 24, Alley 29,<br> Chunghaw 1st Road,<br>Kaohsiung, Taiwan |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name: **China Fishery Group Limited**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): **16-11895**

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors            12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☑ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                    *Column 2:* **Creditor**

|  | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | CFG Peru Investment S.A.C (Peru) | Calle Francisco Grana 155 La Victoria, Lima, Peru | TMF Trustee Limited (Senior Notes) | ☐ D ____ ☑ E/F ____ ☐ G ____ |
| 2.2 | CFG Peru Investments Pte Ltd (Singapore) | Rooms 3201-3210, Hong Kong Plaza 188 Connaught Road West, Hong Kong | TMF Trustee Limited (Senior Notes) | ☐ D ____ ☑ E/F ____ ☐ G ____ |
| 2.3 | CFGL Private Limited (Singapore) | Rooms 3201-3210, Hong Kong Plaza 188 Connaught Road West, Hong Kong | TMF Trustee Limited (Senior Notes) | ☐ D ____ ☑ E/F ____ ☐ G ____ |
| 2.4 | Champion Maritime Ltd (BVI) | Rooms 3201-3210, Hong Kong Plaza 188 Connaught Road West, Hong Kong | TMF Trustee Limited (Senior Notes) | ☐ D ____ ☑ E/F ____ ☐ G ____ |
| 2.5 | Chanery Investment Inc (BVI) | Rooms 3201-3210, Hong Kong Plaza 188 Connaught Road West, Hong Kong | TMF Trustee Limited (Senior Notes) | ☐ D ____ ☑ E/F ____ ☐ G ____ |

| Debtor | China Fishery Group Limited | Case number *(if known)* | 16-11895 |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                              *Column 2:* **Creditor**

| | Codebtor | Address | Creditor | Schedule |
|---|---|---|---|---|
| 2.6 | China Fisheries International Limited (Samoa) | Rooms 3201-3210, Hong Kong Plaza<br>188 Connaught Road West, Hong Kong | TMF Trustee Limited (Senior Notes) | ☐ D<br>☑ E/F<br>☐ G |
| 2.7 | China Fishery Group Limited (Cayman) | Rooms 3201-3210, Hong Kong Plaza<br>188 Connaught Road West, Hong Kong | TMF Trustee Limited (Senior Notes) | ☐ D<br>☑ E/F<br>☐ G |
| 2.8 | Consorcio Vollmacht S.A.C. (Peru) | Calle Francisco Grana 155<br>La Victoria, Lima, Peru | TMF Trustee Limited (Senior Notes) | ☐ D<br>☑ E/F<br>☐ G |
| 2.9 | Fortress Agents Limited (BVI) | Rooms 3201-3210, Hong Kong Plaza<br>188 Connaught Road West, Hong Kong | TMF Trustee Limited (Senior Notes) | ☐ D<br>☑ E/F<br>☐ G |
| 2.10 | Growing Managment Limited (BVI) | Rooms 3201-3210, Hong Kong Plaza<br>188 Connaught Road West, Hong Kong | TMF Trustee Limited (Senior Notes) | ☐ D<br>☑ E/F<br>☐ G |
| 2.11 | Immobilaria Y Constructora Pahk S.A.C. (Peru) | Calle Francisco Grana 155<br>La Victoria, Lima, Peru | TMF Trustee Limited (Senior Notes) | ☐ D<br>☑ E/F<br>☐ G |
| 2.12 | Ocean Expert International Limited (BVI) | Rooms 3201-3210, Hong Kong Plaza<br>188 Connaught Road West, Hong Kong | TMF Trustee Limited (Senior Notes) | ☐ D<br>☑ E/F<br>☐ G |
| 2.13 | Premium Choice Group Limited (BVI) | Rooms 3201-3210, Hong Kong Plaza<br>188 Connaught Road West, Hong Kong | TMF Trustee Limited (Senior Notes) | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | China Fishery Group Limited | Case number (if known) | 16-11895 |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**  Column 2: **Creditor**

| | Codebtor | Address | Creditor | |
|---|---|---|---|---|
| 2.14 | Protein Trading Limited (Samoa) | Rooms 3201-3210, Hong Kong Plaza<br>188 Connaught Road West, Hong Kong | China CITIC Bank International Limited | ☐ D<br>☑ E/F<br>☐ G |
| 2.15 | Ringston Holdings Limited (Cyprus) | Rooms 3201-3210, Hong Kong Plaza<br>188 Connaught Road West, Hong Kong | TMF Trustee Limited (Senior Notes) | ☐ D<br>☑ E/F<br>☐ G |
| 2.16 | Smart Group Limited (Cayman) | Rooms 3201-3210, Hong Kong Plaza<br>188 Connaught Road West, Hong Kong | TMF Trustee Limited (Senior Notes) | ☐ D<br>☑ E/F<br>☐ G |
| 2.17 | South Pacific Shipping Agency Ltd (BVI) | Rooms 3201-3210, Hong Kong Plaza<br>188 Connaught Road West, Hong Kong | TMF Trustee Limited (Senior Notes) | ☐ D<br>☑ E/F<br>☐ G |
| 2.18 | Sustainable Fishing Resources S.A.C. (Peru) | Calle Francisco Grana 155<br>La Victoria, Lima, Peru | TMF Trustee Limited (Senior Notes) | ☐ D<br>☑ E/F<br>☐ G |
| 2.19 | Sustainable Pelagic Fishery S.A.C. (Peru) | Calle Francisco Grana 155<br>La Victoria, Lima, Peru | TMF Trustee Limited (Senior Notes) | ☐ D<br>☑ E/F<br>☐ G |
| 2.20 | Target Shipping Limited (HK) | Rooms 3201-3210, Hong Kong Plaza<br>188 Connaught Road West, Hong Kong | TMF Trustee Limited (Senior Notes) | ☐ D<br>☑ E/F<br>☐ G |