R. Craig Martin (RM1971)
Mordechai Y. Sutton (MS5781)
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

Richard A. Chesley
John K. Lyons
Jeffrey Torosian
**DLA PIPER LLP (US)**
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601
Telephone: (312) 368-4000
Facsimile: (312) 236-7516

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re:                                              :      Chapter 11
                                                    :
**CHINA FISHERY GROUP LIMITED**                      :      Case No. 16-11895 (JLG)
**(CAYMAN), et al.,**                                :
                                                    :      **(Jointly Administered)**
                        Debtors.[1]                 :
------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Bevin M. Brennan, request admission, *pro hac vice*, before the Honorable James L. Garrity, to represent Coöperatieve Rabobank U.A., Standard Chartered Bank (Hong Kong) Limited, China CITIC Bank International Limited, and DBS Bank (Hong Kong), Limited (collectively, the "Club Lender Parties") in the above-captioned proceeding.

---

[1] The Debtors are N.S. Hong Investment (BVI) Limited ("NS Hong"), Super Investment Limited (Cayman) ("Super Investment"), Pacific Andes International Holdings Limited (Bermuda) ("PAIH"), China Fishery Group Limited (Cayman) ("CFGL"), Smart Group Limited (Cayman) ("Smart Group"), Protein Trading Limited (Samoa) ("Protein Trading"), South Pacific Shipping Agency Limited (BVI) ("SPSA"), CFG Peru Investments Pte. Limited (Singapore) ("CFG Peru Singapore"), China Fisheries International Limited (Samoa) ("CFIL"), Growing Management Limited (BVI) ("Growing Management"), Chanery Investment Inc. (BVI) ("Chanery"), Champion Maritime Limited (BVI) ("Champion"), Target Shipping Limited (HK) ("Target Shipping"), Fortress Agents Limited (BVI) ("Fortress"), CFGL (Singapore) Private Limited ("CFGLPL") and Ocean Expert International Limited (BVI) ("Ocean Expert").

EAST\126977464.1

I certify that I am a member in good standing of the bar in the State of Illinois and the bar of the U.S. District Court for the Northern District of Illinois and the U.S. Court of Appeals for the Seventh Circuit.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: August 3, 2016  
       Chicago, Illinois

Respectfully submitted,

*/s/ Bevin M. Brennan*  
Bevin M. Brennan  
DLA Piper LLP (US)  
203 N. LaSalle St., Suite 1900  
Chicago, IL 60601  
bevin.brennan@dlapiper.com  
Tel: (312) 368-2171  
Fax: (312) 251-2171

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                                   :       Chapter 11
                                                         :
**CHINA FISHERY GROUP LIMITED**                          :       Case No. 16-11895 (JLG)
**(CAYMAN), et al.,**                                    :
                                                         :       (Jointly Administered)
                       Debtors.[1]                       :
------------------------------------------------------------x

## ORDER GRANTING MOTION ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Bevin M. Brennan, to be admitted, *pro hac vice*, to represent Coöperatieve Rabobank U.A., Standard Chartered Bank (Hong Kong) Limited, China CITIC Bank International Limited, and DBS Bank (Hong Kong), Limited (collectively, the "Club Lender Parties") in the above-captioned proceeding, and upon the movant's certification that she is a member in good standing of the bar in the State of Illinois and the bar of the U.S. District Court for the Northern District of Illinois and the U.S. Court of Appeals for the Seventh Circuit, it is hereby

**ORDERED,** that Bevin M. Brennan, Esq., is admitted to practice, *pro hac vice*, in the above-captioned proceeding to represent the Club Lender Parties in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2016
New York New York

_____
Honorable James L. Garrity
United States Bankruptcy Judge

---

[1] The Debtors are N.S. Hong Investment (BVI) Limited ("NS Hong"), Super Investment Limited (Cayman) ("Super Investment"), Pacific Andes International Holdings Limited (Bermuda) ("PAIH"), China Fishery Group Limited (Cayman) ("CFGL"), Smart Group Limited (Cayman) ("Smart Group"), Protein Trading Limited (Samoa) ("Protein Trading"), South Pacific Shipping Agency Limited (BVI) ("SPSA"), CFG Peru Investments Pte. Limited (Singapore) ("CFG Peru Singapore"), China Fisheries International Limited (Samoa) ("CFIL"), Growing Management Limited (BVI) ("Growing Management"), Chanery Investment Inc. (BVI) ("Chanery"), Champion Maritime Limited (BVI) ("Champion"), Target Shipping Limited (HK) ("Target Shipping"), Fortress Agents Limited (BVI) ("Fortress"), CFGL (Singapore) Private Limited ("CFGLPL") and Ocean Expert International Limited (BVI) ("Ocean Expert").

EAST\126977464.1