R. Craig Martin (RM-1971)
Mordechai Y. Sutton (MS5781)
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

Richard A. Chesley
John K. Lyons
Jeffrey Torosian
**DLA PIPER LLP (US)**
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601
Telephone: (312) 368-4000
Facsimile: (312) 236-7516

*Counsel to the Club Lender Parties*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CHINA FISHERY GROUP LIMITED (CAYMAN), *et al.*, | Case No. 16-11895 (JLG) |
| Debtors[1]. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**
**CLUB LENDER PARTIES' MOTION FOR THE ENTRY OF**
**AN ORDER DIRECTING THE APPOINTMENT OF A CHAPTER**
**11 TRUSTEE PURSUANT TO 11 U.S.C. § 1104(a)(2)**

---

[1] The Debtors are N.S. Hong Investment (BVI) Limited ("NS Hong"), Super Investment Limited (Cayman) ("Super Investment"), Pacific Andes International Holdings Limited (Bermuda) ("PAIH"), China Fishery Group Limited (Cayman) ("CFGL"), Smart Group Limited (Cayman) ("Smart Group"), Protein Trading Limited (Samoa) ("Protein Trading"), South Pacific Shipping Agency Limited (BVI) ("SPSA"), CFG Peru Investments Pte. Limited (Singapore) ("CFG Peru Singapore"), China Fisheries International Limited (Samoa) ("CFIL"), Growing Management Limited (BVI) ("Growing Management"), Chanery Investment Inc. (BVI) ("Chanery"), Champion Maritime Limited (BVI) ("Champion"), Target Shipping Limited (HK) ("Target Shipping"), Fortress Agents Limited (BVI) ("Fortress"), CFGL (Singapore) Private Limited ("CFGLPL") and Ocean Expert International Limited (BVI) ("Ocean Expert") (collectively, the "Debtors").

EAST\127325753.1                                  1

I CERTIFY that on the 9th day of August, 2016, I caused a copies of the following pleadings, filed in Case No. 16-11895, to be served via overnight delivery on all parties listed on the attached Service List:

1. Club Lender Parties Motion for the entry of an Order Directing the Appointment of a Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104(a)(2) [Docket No. 57];

2. Declaration of Guy Isherwood in Support of Club Lender Parties Motion for the entry of an Order Directing the Appointment of a Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104(a)(2) [Docket No. 58];

3. Declaration of Renzo Agurto in Support of Club Lender Parties Motion for the entry of an Order Directing the Appointment of a Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104(a)(2) [Docket No. 59]; and

4. Notice of Club Lender Parties Motion for the entry of an Order Directing the Appointment of a Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104(a)(2) [Docket No. 60]

Dated: New York, New York
August 10, 2016

Respectfully submitted,

**DLA PIPER LLP (US)**

By: /s/ R. Craig Martin
R. Craig Martin (RM-1971)
Mordechai Y. Sutton (MS5781)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

Richard A. Chesley
John K. Lyons
Jeffrey Torosian
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601
Telephone: (312) 368-4000
Facsimile: (312) 236-7516

*Counsel to the Club Lender Parties*

## SERVICE LIST

Howard B. Kleinberg, Esquire
Edward J. LoBello, Esquire
Jil Mazer-Marino, Esquire
Thomas R. Slome, Esquire
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
Garden City, New York 11530

Patrick H. M. Corr, Esquire
Alice Morgan, Esquire
Sidley Austin LLP
Woolgate Exchange
25 Basinghal Street
London EC2V 5HA

Gregory F. Pesce, Esquire
Patrick J. Nash, Jr., Esquire
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, Illinois 60654

Frederick D. Hyman, Esquire
Mayer Brown LLP
1221 Avenue of the Americas
New York, New York 10020-1001

James S. Carr, Esquire
Jason R. Adams, Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178

Lee S. Attanasio, Esquire
Andrew P. Propps, Esquire
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019

Susan Golden, Esquire
United States Department of Justice
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014

Stephanie Wickouski, Esquire
Michelle McMahon, Esquire
Bryan Cave LLP
1290 Avenue of the Americas
New York, New York 10104

Aaron Javian
Linklaters LLP
1345 Avenues of the Americas
New York, New York 10105

Michael Luskin, Esquire
Alex Talesnick, Esquire
Luskin, Stern & Eisler LLP
Eleven Times Square
New York, New York 10036