James H.M. Sprayregen, P.C.
Patrick J. Nash, Jr., P.C.
Gregory F. Pesce
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Counsel to the Senior Noteholder Committee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CHINA FISHERY GROUP LIMITED (CAYMAN), *et al.*,[1] | Case No. 16-11895 (JLG) |
| Debtors. | (Jointly Administered) |

**VERIFIED STATEMENT OF THE SENIOR
NOTEHOLDER COMMITTEE PURSUANT TO BANKRUPTCY RULE 2019**

In connection with the cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), Kirkland & Ellis LLP (together with its affiliated entity Kirkland & Ellis International LLP, collectively, "K&E") hereby submits the following verified statement (this "Verified Statement") pursuant to rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") in connection with K&E's representation of certain entities (collectively, the "Senior Noteholder Committee") that hold, or that act as investment manager

---

[1] The debtors in these chapter 11 cases are China Fishery Group Limited (Cayman), Pacific Andes International Holdings Limited (Bermuda), N.S. Hong Investment (BVI) Limited, South Pacific Shipping Agency Limited (BVI), China Fisheries International Limited (Samoa), CFGL (Singapore) Private Limited, Chanery Investment Inc. (BVI), Champion Maritime Limited (BVI), Growing Management Limited (BVI), Target Shipping Limited (HK), Fortress Agents Limited (BVI), Ocean Expert International Limited (BVI), Protein Trading Limited (Samoa), CFG Peru Investments Pte. Limited (Singapore), Smart Group Limited (Cayman), and Super Investment Limited (Cayman).

of or advisor to certain funds, controlled accounts, and/or other entities that hold or are beneficial owners of (each such entity, a "<u>Committee Member</u>"), the 9.75 percent senior notes due 2019 (collectively, the "<u>Senior Notes</u>") issued by CFG Investment S.A.C. ("<u>CFG Investment</u>") under that certain Indenture, dated as of July 30, 2012 (as amended, modified, or supplemented, the "<u>Indenture</u>").

1. In 2015, the Senior Noteholder Committee retained K&E to represent it in connection with a potential restructuring of the Debtors, CFG Investment, and certain other affiliated entities.

2. As of the date of this Verified Statement, K&E represents only the Senior Noteholder Committee and does not represent or purport to represent any entity other than the Senior Noteholder Committee in connection with the Debtors' chapter 11 cases. In addition, the Senior Noteholder Committee does not represent or purport to represent any other entity in connection with the Debtors' chapter 11 cases at this time.

3. The Committee Members hold "disclosable economic interests" in relation to the Debtors. In accordance with Bankruptcy Rule 2019 and based upon information provided to K&E by each Committee Member, attached hereto as **Exhibit A** is a list of the names, addresses, and the nature and amount of all disclosable economic interests of each present Committee Member in relation to the Debtors.

4. Nothing contained in this Verified Statement (or the exhibit hereto) should be construed as a limitation upon, or waiver of, any rights of any Committee Member to, on its own behalf, assert, file, and/or amend any claim or proof of claim filed in accordance with applicable law and any orders entered in these chapter 11 cases or any other proceeding in any jurisdiction regarding debtor-creditor relations.

5. The Senior Noteholder Committee, through its undersigned counsel, further reserves the right to supplement and/or amend this Verified Statement in accordance with the requirements set forth in Bankruptcy Rule 2019 at any time in the future.

| | |
|---|---|
| Dated: August 15, 2016<br>New York, New York | */s/ Gregory F. Pesce*<br>James H.M. Sprayregen, P.C.<br>Patrick J. Nash, Jr., P.C.<br>Gregory F. Pesce<br>**KIRKLAND & ELLIS LLP**<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:    (312) 862-2200<br><br>*Counsel to the Senior Noteholder Committee* |

## **Exhibit A**

| **Committee Member or Claim Holder Advised by Committee Member** | **Address** | **Nature and Amount of Disclosable Economic Interest** |
|---|---|---|
| Burlington Loan Management DAC | Pinnacle 2<br>Eastpoint Business Park<br>Dublin 3<br>Ireland | $29,792,000 principal amount of Senior Notes |
| Cowell & Lee Asia Credit Opportunities Fund | 1501 Ruttonjee House<br>11 Duddell Street, Central<br>Hong Kong<br>People's Republic of China | $34,113,000 principal amount of Senior Notes |
| OZ SG Investors, LLC | c/o Corporation Trust Center<br>1209 Orange Street<br>Wilmington, Delaware 19801 | $22,750,000 principal amount of Senior Notes |