UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

CHINA FISHERY GROUP LIMITED
(CAYMAN), *et al.*,

Debtors.[1]

Chapter 11

Case No. 16-11895 (JLG)

(Jointly Administered)

---

## CORRECTION TO MONTHLY OPERATING REPORT

The attachments hereto replace the MOR-3 Balance Sheet July 31, 2016 and the MOR-3A Balance Sheet June 30, 2016 filed with the Monthly Operating report [Dkt. No. 81].

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

By: /s/ Jil Mazer-Marino
Howard B. Kleinberg
Edward J. LoBello
Jil Mazer-Marino
1350 Broadway, Suite 501
New York, NY 10018
Phone: (212) 239-4999
Email: hkleinberg@msek.com
elobello@msek.com
jmazermarino@msek.com

---

[1] The Debtors are China Fishery Group Limited (Cayman) ("CFGL"), Pacific Andes International Holdings Limited (Bermuda) ("PAIH"), N.S. Hong Investment (BVI) Limited ("NS Hong"), South Pacific Shipping Agency Limited (BVI) ("SPSA"), China Fisheries International Limited (Samoa) ("CFIL"), CFGL (Singapore) Private Limited ("CFGLPL"), Chanery Investment Inc. (BVI) ("Chanery"), Champion Maritime Limited (BVI) ("Champion"), Growing Management Limited (BVI) ("Growing Management"), Target Shipping Limited (HK) ("Target Shipping"), Fortress Agents Limited (BVI) ("Fortress"), Ocean Expert International Limited (BVI) ("Ocean Expert"), Protein Trading Limited (Samoa) ("Protein Trading"), CFG Peru Investments Pte. Limited (Singapore) ("CFG Peru Singapore"), Smart Group Limited (Cayman) ("Smart Group"), and Super Investment Limited (Cayman) ("Super Investment").

1134334

MDR 3 BALANCE SHEET
JULY 31, 2016

In re: China Fishery Group Limited (CAYMAN) et. al.
(Jointly Administered)
Balance Sheet
(Unaudited)
Case No. 16-11895 (JGL)
7/31/2016

| As of July 31, 2016 | 1<br>Pacific Andes International Holdings Limited (Bermuda)<br>16-11890 | 2<br>China Fishery Group Limited (CAYMAN)<br>16-11895 | 3<br>China Fisheries International Limited (SAMOA)<br>16-11896 | 4<br>N.S. Hong Investments (BVI) Limited<br>16-11899 | 5<br>Super Investment Limited (CAYMAN)<br>16-11903 | 6<br>Smart Group Limited (CAYMAN)<br>16-11910 | 7<br>CFG Peru Investments PTE.LTD. (SINGAPORE)<br>16-11914 | 8<br>CFGL (SINGAPORE) Private Limited<br>16-11915 | 9<br>Fortress Agents Limited (BVI)<br>16-11916 | 10<br>Ocean Expert International Limited (BVI)<br>16-11917 | 11<br>Growing Management Limited (BVI)<br>16-11919 | 12<br>Target Shipping Limited (HONG KONG)<br>16-11920 | 13<br>Chanery Investment Inc. (BVI)<br>16-11921 | 14<br>Champion Maritime Ltd (BVI)<br>16-11922 | 15<br>Protein Trading Limited (SAMOA)<br>16-11923 | 16<br>South Pacific Shipping Agency Ltd. (BVI)<br>16-11924 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS:** | | | | | | | | | | | | | | | | |
| **CURRENT ASSETS** | | | | | | | | | | | | | | | | |
| Cash | 57,369 | 16,111 | 17,260 | 140,812 | 146 | | | 43,382 | (10) | | 2,189 | | | 17,081 | 30,684 | 1,400 |
| Accounts Receivable (net) | 43,981 | | | | | | | | | | | | | | 1,115,770 | |
| Prepaid Expenses | 569,770,986 | 863,015,338 | 1,652,716,139 | 6,100 | | 816,393,604 | 17,393,250 | 547,123 | 185,590,792 | 565,789,262 | 10,426 | 4,925 | 89,150,056 | 79,625,189 | 35,181,466 | 260,494,664 |
| Due from Affiliates | | 97,500 | 309,559,852 | | | | 9,116,079 | | 33,866,318 | | 1,910,875 | | | 650,445 | | 7,717,100 |
| Other Current Assets | | | | | | | | | | | | | | | | |
| **Total Current Assets** | 569,872,336 | 863,128,949 | 1,962,273,251 | 146,913 | 146 | 816,393,604 | 26,509,329 | 590,504 | 219,457,101 | 565,789,262 | 1,923,490 | 4,925 | 89,150,056 | 80,292,715 | 36,327,919 | 268,213,164 |
| **PP & E** | | | | | | | | | | | | | | | | |
| Leaseholds & Buildings | | | 375,051 | | | | | 4,910,251 | | | 20,679,434 | | 4,328,201 | | | |
| Construction in Process | | | | | | | | | | | | | 4,654,271 | | | |
| Furniture and fixtures | | | | | | | | 370,999 | | | | | | | | |
| Other | | | | | | | | (534,674) | | | | | (512,717) | | | |
| Less: Accumulated Depreciation | | | | | | | | (4,746,576) | | | | | | | | |
| Total PP & E, Net | | | 375,051 | | | | | | | | 20,679,434 | | 8,469,754 | | | |
| **Other Assets** | | | | | | | | | | | | | | | | |
| Held to maturity Financial investments | 1,897,436 | 3,059,383 | | | | | | | | | | | | | | |
| Investments in subsidiaries | 5,375,117 | 27,800,001 | 518 | 240,380,056 | 418,305,842 | 30,504,740 | 365,504,452 | 2,948,715 | | | | | 2,000,000 | 5,349,752 | | 52,100 |
| Investment properties | | | | | | | | | | | | | | | | |
| Total Non-Current Assets | 7,272,552 | 30,859,584 | 518 | 240,380,056 | 418,305,842 | 30,504,740 | 365,504,452 | 2,948,715 | | | | | 2,000,000 | 5,349,752 | | 52,100 |
| **TOTAL ASSETS** | 577,144,888 | 893,988,533 | 1,962,648,820 | 240,526,969 | 418,305,988 | 846,898,344 | 392,013,781 | 8,285,796 | 219,457,101 | 565,789,262 | 22,602,924 | 4,925 | 99,619,810 | 85,642,467 | 36,327,919 | 268,213,164 |
| **LIABILITIES AND OWNER EQUITY LIABILITIES** | | | | | | | | | | | | | | | | |
| **LIABILITIES NOT SUBJECT TO COMPROMISE** | | | | | | | | | | | | | | | | |
| Accounts Payable | | 3,271 | | | | | | | | | | | | | | |
| Accrued Expenses and Other current liabilities | | 45,767 | 31,574 | | | 325 | 325 | 5,253 | 325 | 325 | 325 | 325 | 27,967 | 325 | 325 | |
| Due to Affiliates | | | | | | | | | | | | | | | | |
| **TOTAL POST-PETITION LIABILITIES** | | 49,039 | 31,574 | | | 325 | 325 | 5,253 | 325 | 325 | 325 | 325 | 27,967 | 325 | 325 | |
| **LIABILITIES SUBJECT TO COMPROMISE** | | | | | | | | | | | | | | | | |
| Accounts Payable | 2,006,567 | 3,225,932 | 157,803,906 | 241,157,132 | 291,536,146 | 889,198,218 | 24,763 | 8,588 | | | 51,587,338 | 4,390,865 | 96,894,674 | 86,821,825 | 12,135,250 | 27,701,905 |
| Due to Affiliates | | 1,766,113 | 2,207,513,511 | | | | 392,154,177 | 5,577,123 | 2,287 | | 39,251,994 | | 7,171 | 1,478,224 | | 276,613,306 |
| Bank Loans | | 14,892,857 | 28,411,516 | | | | | | 31,003,764 | 127,726,213 | | | | | | |
| Financial Guarantee Contract | | | | | | | | | | | | | | | | |
| Other | | | 5,000 | | | | 300 | 33,821 | | | | | | | | 2,669,272 |
| **TOTAL PRE-PETITION LIABILITIES** | 2,006,567 | 19,884,903 | 2,393,733,934 | 241,157,132 | 291,536,146 | 889,198,318 | 392,179,240 | 5,619,532 | 31,006,051 | 127,726,213 | 90,839,332 | 4,390,865 | 96,901,845 | 88,300,048 | 12,135,250 | 306,984,483 |
| **TOTAL LIABILITIES** | 2,006,567 | 19,933,941 | 2,393,765,508 | 241,157,132 | 291,536,146 | 889,198,643 | 392,179,565 | 5,624,785 | 31,006,376 | 127,726,538 | 90,839,657 | 4,391,190 | 96,929,812 | 88,300,373 | 12,135,575 | 307,036,583 |
| **OWNERS' EQUITY** | | | | | | | | | | | | | | | | |
| Share Capital | 90,809,013 | 184,171,909 | 1,000 | 10,000 | 1,000 | 1 | 1 | 1 | 2 | 1 | 1 | 0 | 1 | 2 | 1 | 1 |
| Amount convertible to Shares | 427,758,273 | 646,805,588 | | 4,058,500 | | | | | | | | | | | | |
| Share Premium | 5,028,818 | | | | 30,503,637 | | | 4,072,551 | | | | | | | | |
| Contributed Surplus | | | | | | | | | | | | | | | | |
| Properties Revaluation Reserve | | | | | | | | | | | | | | 3,979,534 | | |
| Retained Earnings | 51,542,216 | 43,077,095 | (431,117,688) | (4,698,663) | 96,265,205 | (42,300,300) | (165,785) | (1,411,541) | 188,450,724 | 438,062,724 | (68,236,734) | (4,386,265) | (1,289,537) | (2,657,909) | 24,202,343 | (38,823,420) |
| **NET OWNERS' EQUITY** | 575,138,321 | 874,054,592 | (431,116,688) | (630,163) | 126,769,842 | (42,300,299) | (165,784) | 2,661,011 | 188,450,726 | 438,062,725 | (68,236,733) | (4,386,265) | 2,689,998 | (2,657,907) | 24,202,344 | (38,823,419) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 577,144,888 | 893,988,533 | 1,962,648,820 | 240,526,969 | 418,305,988 | 846,898,344 | 392,013,781 | 8,285,796 | 219,457,101 | 565,789,262 | 22,602,924 | 4,925 | 99,619,810 | 85,642,467 | 36,327,919 | 268,213,164 |

Note: See Notes to Monthly Operating Report.
The Company's non-Debtor affiliates are not included in the financial statements and supplemental information contained herein, and accordingly, do not represent the consolidated financial results of the PA Organization.

1

In re: China Fishery Group Limited (CAYMAN) et. al.
(Jointly Administered)
Balance Sheet
(Unaudited)
Case No. 16-11895 (JGL)
6/30/2016

CFGL MOR - July June 30 2016-2016.8.15-final[updated]MOR-3-Bal Sheet-6-30

MOR 3-A
JUNE 30, 2016

| As of June 30, 2016 | 1<br>Pacific Andes International Holdings Limited (Bermuda)<br>16-11890 | 2<br>China Fishery Group Limited (CAYMAN)<br>16-11895 | 3<br>China Fisheries International Limited (SAMOA)<br>16-11896 | 4<br>N.S. Hong Investments (BVI) Limited<br>16-11899 | 5<br>Super Investment Limited (CAYMAN)<br>16-11903 | 6<br>Smart Group Limited (CAYMAN)<br>16-11910 | 7<br>CFG Peru Investments PTE.LTD. (SINGAPORE)<br>16-11914 | 8<br>CFGL (SINGAPORE) Private Limited<br>16-11915 | 9<br>Fortress Agents Limited (BVI)<br>16-11916 | 10<br>Ocean Expert International Limited (BVI)<br>16-11917 | 11<br>Growing Management Limited (BVI)<br>16-11919 | 12<br>Target Shipping Limited (HONG KONG)<br>16-11920 | 13<br>Chanery Investment Inc. (BVI)<br>16-11921 | 14<br>Champion Maritime Ltd (BVI)<br>16-11922 | 15<br>Protein Trading Limited (SAMOA)<br>16-11923 | 16<br>South Pacific Shipping Agency Ltd. (BVI)<br>16-11924 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS:** | | | | | | | | | | | | | | | | |
| **CURRENT ASSETS** | | | | | | | | | | | | | | | | |
| Cash | 57,748 | 16,508 | 17,617 | 141,568 | 514 | | | 30,766 | (19) | | 2,189 | | | 17,081 | 30,682 | 1,759 |
| Accounts Receivable (net) | 42,981 | | | | | | | | | | | | | | 1,115,770 | |
| Prepaid Expenses | 569,650,937 | 863,015,338 | 1,652,716,139 | 6,127 | | | 17,393,250 | 547,123 | 185,590,792 | 565,789,262 | 10,426 | 4,925 | 89,150,056 | 79,625,189 | 35,181,466 | 260,494,664 |
| Due from Affiliates | | 97,500 | 309,539,852 | | | 816,393,604 | 9,116,079 | | 33,866,318 | | 1,910,875 | | | 650,445 | | 7,717,100 |
| Other Current Assets | | | | | | | | | | | | | | | | |
| Total Current Assets | 569,752,665 | 863,129,346 | 1,962,273,608 | 147,694 | 514 | 816,393,604 | 26,509,329 | 577,889 | 219,457,101 | 565,789,262 | 1,923,490 | 4,925 | 89,150,056 | 80,292,715 | 36,327,917 | 268,213,522 |
| PP & E | | | | | | | | | | | | | | | | |
| Leasehold & Buildings | | | 375,051 | | | | | 4,910,252 | | | | | 4,328,201 | | | |
| Construction in Process | | | | | | | | 370,999 | | | 20,679,434 | | 4,654,271 | | | |
| Furniture and fixtures | | | | | | | | (318,306) | | | | | (497,108) | | | |
| Less: Accumulated Depreciation | | | | | | | | 4,762,944 | | | | | 8,485,364 | | | |
| Total PP & E, Net | | | 375,051 | | | | | | | | 20,679,434 | | | | | |
| Other Assets | | | | | | | | | | | | | | | | |
| Held to maturity Financial investments | 1,897,436 | 3,059,583 | | | | | | | | | | | | | | |
| Investments in subsidiaries | 5,375,117 | 27,800,001 | 518 | 240,380,056 | 418,305,842 | 30,504,740 | 365,504,452 | 2,948,715 | | | | | 2,000,000 | 5,349,752 | | |
| Investment properties | | | | | | | | | | | | | | | | |
| Total Non-Current Assets | 7,272,552 | 30,859,584 | 518 | 240,380,056 | 418,305,842 | 30,504,740 | 365,504,452 | 2,948,715 | | | | | 2,000,000 | 5,349,752 | | |
| **TOTAL ASSETS** | 577,025,218 | 893,988,930 | 1,962,649,177 | 240,527,750 | 418,306,356 | 846,898,344 | 392,013,781 | 8,289,548 | 219,457,101 | 565,789,262 | 22,602,924 | 4,925 | 99,635,420 | 85,642,467 | 36,327,917 | 268,213,522 |
| **LIABILITIES AND OWNER EQUITY** | | | | | | | | | | | | | | | | |
| **LIABILITIES NOT SUBJECT TO COMPROMISE** | | | | | | | | | | | | | | | | |
| Accounts Payable | | | | | | | | | | | | | | | | |
| Accrued Expenses and Other current liabilities | | | | | | | | | | | | | | | | |
| **TOTAL POST-PETITION LIABILITIES** | | | | | | | | | | | | | | | | |
| **LIABILITIES SUBJECT TO COMPROMISE** | | | | | | | | | | | | | | | | |
| Accounts Payable | 2,006,567 | 3,225,932 | 157,803,906 | | | | 24,763 | 8,588 | 2,287 | | 51,587,338 | 4,390,865 | 96,894,674 | 86,821,825 | 12,125,250 | 27,701,905 |
| Due to Affiliates | | 1,766,113 | 2,207,513,511 | 241,157,132 | 291,536,146 | 889,198,218 | 392,154,177 | 5,577,123 | | | 39,251,994 | | 7,171 | 1,478,224 | | 275,957,860 |
| Bank Loans | | 14,892,857 | 28,411,516 | | | | | | 31,006,079 | 127,726,213 | | | | | | |
| Financial Guarantee Contract | | | 5,000 | | | | | | | | | | | | | |
| Other | 2,006,567 | | | | | | 300 | 33,821 | | | | | | | | 3,324,719 |
| **TOTAL PRE-PETITION LIABILITIES** | 2,006,567 | 19,884,903 | 2,393,733,934 | 241,157,132 | 291,536,146 | 889,198,318 | 392,179,240 | 5,619,532 | 31,006,051 | 127,726,213 | 90,839,332 | 4,390,865 | 96,901,845 | 88,300,048 | 12,125,250 | 306,984,483 |
| **TOTAL LIABILITIES** | 2,006,567 | 19,884,903 | 2,393,733,934 | 241,157,132 | 291,536,146 | 889,198,318 | 392,179,240 | 5,619,532 | 31,006,051 | 127,726,213 | 90,839,332 | 4,390,865 | 96,901,845 | 88,300,048 | 12,125,250 | 306,984,483 |
| **OWNERS' EQUITY** | | | | | | | | | | | | | | | | |
| Share Capital | 90,889,013 | 184,171,909 | 1,000 | 10,000 | 1,000 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 2 | 1 | 1 |
| Amount convertible to Shares | 427,758,273 | 646,805,588 | | 4,058,500 | 30,503,637 | | | | | | | | | | | |
| Share Premium | 5,028,818 | | | | | | | | | | | | | | | |
| Contributed Surplus | | | | | | | | | | | | | | | | |
| Properties Revaluation Reserve | | | | | | | | | | | | | | | | |
| Retained Earnings | 51,422,546 | 43,126,531 | (431,085,757) | (4,697,881) | 96,265,573 | (42,299,975) | (165,460) | 4,072,551 | 188,451,049 | 438,063,049 | (68,236,409) | (4,385,940) | 3,979,534 | (2,657,584) | 24,202,667 | (38,770,961) |
| **NET OWNERS' EQUITY** | 575,018,650 | 874,104,028 | (431,084,757) | (629,381) | 126,770,210 | (42,299,974) | (165,459) | 2,670,016 | 188,451,051 | 438,063,050 | (68,236,408) | (4,385,940) | 3,979,535 | (2,657,582) | 24,202,668 | (38,770,960) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 577,025,218 | 893,988,930 | 1,962,649,177 | 240,527,750 | 418,306,356 | 846,898,344 | 392,013,781 | 8,289,548 | 219,457,101 | 565,789,262 | 22,602,924 | 4,925 | 99,635,420 | 85,642,467 | 36,327,917 | 268,213,522 |

Note: See Notes to Monthly Operating Report.
The Company's non-Debtor affiliates are not included in the financial statements and supplemental information contained herein, and accordingly, do not represent the consolidated financial results of the PA Organization.

1