<u>Via First Class Mail</u>



August 11, 2016

Honorable James L. Garrity, U.S.B.J.
United States Bankruptcy Court
For the Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re:   In re China Fishery Group Limited, *et al.*, Case No. 16-11895 (JLG)
      Club Lender Parties' Motion for the Entry of an Order Directing the Appointment
      of a Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104(a)(2)

Dear Judge Garrity:

[AGRICULTURAL BANK OF CHINA, QINGDAO CHENGYANG BRANCH] (the "Lender"), a lender under certain working capital facilities up to an aggregate principal amount of $68,894,590, guaranteed by Pacific Andes International Holdings Limited, a debtor in these proceedings (the "Facilities'), writes to express its objections to the *Club Lender Parties' Motion for the Entry of an Order Directing the Appointment of a Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104(a)(2)* (the "Trustee Motion"), entered at Docket No. 57 in the above-captioned matter.

Specifically, the Lender wishes to confirm that it expressly does not support the Trustee Motion or any other attempt to appoint a chapter 11 trustee in these proceedings. Any appointment of a chapter 11 trustee in these proceedings will destroy value in the enterprise, in particular, with respect to Pacific Andes International Holdings Limited and its subsidiaries. The appointment of a trustee at Pacific Andes International Holdings Limited could result in irreparable harm being caused to the goodwill and operations of the Pacific Andes group's business and operations in the People's Republic of China.

Accordingly, the Lender requests that this Court take notice of the Lender's position with respect to the appointment of a chapter 11 trustee.

Respectfully submitted,

AGRICULTURAL BANK OF CHINA, QINGDAO CHENGYANG BRANCH

通过一等邮件发送

2016 年 8 月 11 日

Honorable James L. Garrity, U.S.B.J.
United StatesBankruptcy Court
For the Southern District of New York
One Bowling Green
New York, NY 10004-1408

事由：中渔集团有限公司等人，案件号：16-11895 (JLG)
贷款银团申请根据《美国法典》第 11 章第 1104(a)(2)条作出指定第 11 章项下受托人的命令

尊敬的 Garrity 法官：

[中国农业银行青岛城阳支行]（"贷款行"），作为本金总额为$[68,894,590]的流动资金贷款（"贷款"，由本程序中的债务人太平洋恩利国际控股有限公司提供担保）的贷款人，特此致函反对*贷款银团申请根据《美国法典》第 11 章第 1104(a)(2) 条作出指定第 11 章项下受托人的命令*（"受托人申请"），该申请在标题所述案件中的编号为 57 号。

具体而言，贷款行明确确认不支持受托人申请或者在该程序中指定第 11 章项下受托人的任何其他企图。在该程序中指定第 11 章项下受托人将有损企业价值，尤其是对于太平洋恩利国际控股有限公司及其子公司而言。指定太平洋恩利国际控股有限公司的受托人有可能对太平洋恩利集团在中华人民共和国境内的商誉和经营造成不可修复的损害。

因此，贷款行恳请法院考虑贷款行对于指定第 11 章项下受托人所持有的立场。

此致！



[中国农业银行青岛城阳支行]