WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200
Harrison Denman, Esq.

200 S. Biscayne Boulevard, Suite 4900
Miami, Florida 33131
(305) 371-2700
Fan B. He, Esq.

9th Floor Central Tower
28 Queen's Road Central
Hong Kong
Damien Whitehead, Esq.
Eugene Man, Esq.
Leona Lam, Esq.

*Counsel to Taipei Fubon Commercial Bank Co., Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CHINA FISHERY GROUP LIMITED (CAYMAN), *et al.*, | Case No. 16-11895 (JLG) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the law firm of White & Case LLP hereby appears in the above-captioned cases as counsel on behalf of Taipei Fubon Commercial Bank Co., Ltd., as the agent for a syndicate of lenders, pursuant to Section 1109(b) of the title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017(a), 9007 and 9010(b) of the Federal Rules of Bankruptcy

---

[1] The Debtors are N.S. Hong Investment (BVI) Limited, Super Investment Limited (Cayman), Pacific Andes International Holdings Limited (Bermuda), China Fishery Group Limited (Cayman), Smart Group Limited (Cayman), Protein Trading Limited (Samoa), South Pacific Shipping Agency Limited (BVI), CFG Peru Investments Pte. Limited (Singapore), China Fisheries International Limited (Samoa), Growing Management Limited (BVI), Chanery Investment Inc. (BVI), Champion Maritime Limited (BVI), Target Shipping Limited (HK), Fortress Agents Limited (BVI), CFGL (Singapore) Private Limited and Ocean Expert International Limited (BVI).

Americas 91695210

Procedure (the "Bankruptcy Rules"), and requests that all notices given or required to be given and all papers served or required to be served in the above-captioned cases (including, but not limited to, all papers filed and served in all adversary proceedings, contested matters and other proceedings, and all notices mailed only to parties in interest who filed with the Court a request that all notices be mailed to them) be also given to and served upon the following attorneys:

| | |
|---|---|
| Harrison Denman, Esq.<br>WHITE & CASE LLP<br>1155 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 819-8200<br>Facsimile: (212) 354-8113<br>harrison.denman@whitecase.com | Fan B. He, Esq.<br>WHITE & CASE LLP<br>200 S. Biscayne Boulevard, Suite 4900<br>Miami, Florida 33131<br>Telephone: (305) 371-2700<br>Facsimile: (305) 358-5744<br>fhe@whitecase.com |

Damien Whitehead, Esq.
Eugene Man, Esq.
Leona Lam, Esq.
9th Floor Central Tower
28 Queen's Road Central
Hong Kong
Telephone: (852) 2822 8700
Facsimile: (852) 2845 9070
damien.whitehead@whitecase.com
eman@whitecase.com
leona.lam@whitecase.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request applies to and includes not only the notices and papers referenced in the Bankruptcy Rules and Bankruptcy Code, but also includes, without limitation, all orders, notices and pleadings relating to any application, motion, petition, objection, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, courier services, hand delivery, facsimile transmission, electronic mail, telex or otherwise that (1) affects, or seeks to affect, or may potentially affect in any way, any rights or interests of any creditor or party-in-interest in these cases, including Taipei Fubon Commercial Bank Co., Ltd.;

(2) affects, or seeks to affect (a) the above-captioned Debtors and/or their estates or (b) property or proceeds thereof in the possession, custody, or control of others that any of the Debtors or their estates may seek to use; or (3) requires or seeks to require any act, delivery of any property, payment or other conduct by Taipei Fubon Commercial Bank Co., Ltd.

      **PLEASE TAKE FURTHER NOTICE** that Taipei Fubon Commercial Bank Co., Ltd. does not, by filing this Notice of Appearance and Request for Service of Papers nor any subsequent appearance, pleading, claim or suit, submit to the jurisdiction of the Bankruptcy Court or intend that this Notice of Appearance constitutes a waiver of any of its respective rights: (i) to have final orders in non-core matters entered only after <u>de novo</u> review by a District Judge; (ii) to trial by jury in any proceeding so triable in these cases, or any controversy or proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, setoffs or recoupments to which Taipei Fubon Commercial Bank Co., Ltd. is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs or recoupments Taipei Fubon Commercial Bank Co., Ltd. expressly reserves.

Dated: August 26, 2016
      New York, New York

                            WHITE & CASE LLP

                      By: /s/ Harrison Denman
                            Harrison Denman, Esq.
                            1155 Avenue of the Americas
                            New York, New York 10036
                            Telephone: (212) 819-8200
                            Facsimile: (212) 354-8113
                            harrison.denman@whitecase.com

Fan B. He, Esq.
200 S. Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone: (305) 371-2700
Facsimile:  (305) 358-5744
fhe@whitecase.com

Damien Whitehead, Esq.
Eugene Man, Esq.
Leona Lam, Esq.
9th Floor Central Tower
28 Queen's Road Central
Hong Kong
Telephone: (852) 2822 8700
Facsimile:  (852) 2845 9070
damien.whitehead@whitecase.com
eman@whitecase.com
leona.lam@whitecase.com

*Counsel to Taipei Fubon Commercial Bank Co., Ltd.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 26th day of August, 2016, I filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

By: /s/ Harrison Denman
    Harrison Denman, Esq.