**THE LAW OF AIMEE P. LEVINE**
Aimee P. Levine, Esq.
5 Columbus Circle, Suite 710
New York, NY 10019
Telephone: (212) 965-9696
*Attorneys for China CITIC Bank International Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CHINA FISHERY GROUP LIMITED (CAYMAN), *et al.* | Case No. 16-11895 (JLG) |
| Debtors. | Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS PURSUANT TO §1109(B) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 9010**

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel to China CITIC Bank International Limited, a party-in-interest in the above-captioned case and, pursuant to 11 U.S.C. §1109(b) and Federal Rules of Bankruptcy Procedure 2002 and 9010(b), hereby requests that all pleadings and other papers (however designated) filed in these cases, as well as notices given or required to be given in these cases, be given and served upon the undersigned at the following address:

Aimee P. Levine, Esq.
The Law Office of Aimee P. Levine
5 Columbus Circle, Suite 710
New York, NY 10019
212.965.9696 (Telephone)
212.320.0310 (Facsimile)
alevine@alevinelaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Code or Bankruptcy Rules, but also includes,

without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, and any other documents brought before the Court with respect to these cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, e-mail or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim or suit is not intended nor shall be deemed to waive any substantive or procedural rights of China CITIC Bank International Limited, including but not limited to: (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (ii) the right to trial by jury in any proceedings in any case, controversy or proceeding related to the case where permitted; (iii) the right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which China CITIC Bank International Limited is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are hereby reserved.

Dated: August 28, 2016

**THE LAW OFFICE OF AIMEE P. LEVINE**

By: */s/Aimee P. Levine*

Aimee P. Levine, Esq.
The Law Office of Aimee P. Levine
5 Columbus Circle, Suite 710
New York, New York 10019
212.965.9696 (Telephone)
212.320.0310 (Facsimile)
*Attorneys for China CITIC Bank International Limited*