Hearing Date: October 25, 2016 at 2:00 p.m. (prevailing Eastern Time)
Objection Deadline: October 18, 2016 at 4:00 p.m. (prevailing Eastern Time)

Howard B. Kleinberg, Esq.
Edward J. LoBello, Esq.
Jil Mazer-Marino, Esq.
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
1350 Broadway, Suite 501
New York, New York 10018
Telephone:     (212) 239-4999
Email: hkleinberg@msek.com
          elobello@msek.com
          jmazermarino@msek.com
*Counsel to China Fishery Group Limited (Cayman), et al.*
*Debtors and Debtors in Possession*

Tracy L. Klestadt, Esq.
John E. Jureller, Jr.
Christopher J. Reilly
Klestadt Winters Jureller Southard & Stevens, LLP
200 West 41st Street, 17th Floor
New York, New York 10036-7203
Telephone:     (212) 972-300
Email: tklestadt@klestadt.com
*Proposed Counsel to Pacific Andes Resources Development Limited*
*Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> **CHINA FISHERY GROUP LIMITED (CAYMAN),** *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 16-11895 (JLG) <br> (Jointly Administered) |
| In re: <br><br> **PACIFIC ANDES RESOURCES DEVELOPMENT LIMITED,** <br><br> Debtor. | Chapter 11 <br><br> Case No. 16-12739 (JLG) |

---

[1] The jointly administered debtors are China Fishery Group Limited (Cayman) ("CFGL"), Pacific Andes International Holdings Limited (Bermuda) ("PAIH"), N.S. Hong Investment (BVI) Limited ("NS Hong"), South Pacific Shipping Agency Limited (BVI) ("SPSA"), China Fisheries International Limited (Samoa) ("CFIL"), CFGL (Singapore) Private Limited ("CFGLPL"), Chanery Investment Inc. (BVI) ("Chanery"), Champion Maritime Limited (BVI) ("Champion"), Growing Management Limited (BVI) ("Growing Management"), Target Shipping Limited (HK) ("Target Shipping"), Fortress Agents Limited (BVI) ("Fortress"), Ocean Expert International Limited (BVI) ("Ocean Expert"), Protein Trading Limited (Samoa) ("Protein Trading"), CFG Peru Investments Pte. Limited (Singapore) ("CFG Peru Singapore"), Smart Group Limited (Cayman) ("Smart Group"), and Super Investment Limited (Cayman) ("Super Investment").

### NOTICE OF HEARING ON JOINT APPLICATION TO AMEND AND EXPAND THE RSR RETENTION ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF RSR CONSULTING, LLC AS RESTRUCTURING CONSULTANT TO INCLUDE REPRESENTATION OF PARD

**PLEASE TAKE NOTICE** that a hearing (the "**Hearing**") on the *Joint Application For Entry Of Order to Amend and Expand the RSR Retention Order Authorizing the Retention and Employment of RSR Consulting, LLC as Restructuring Consultant to Include Representation of PARD* (the "**Application**") will be held before the Honorable James L. Garrity of the United States Bankruptcy Court for the Southern District of New York (the "**Court**"), in Room 601, One Bowling Green, New York, New York 10004-1408, on **October 25, 2016** at 2:00 p.m.(prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Application and the relief requested therein, if any, shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall set forth the basis for the response or objection and the specific grounds therefore, and shall be filed with the Court electronically in accordance with General Order M-399 by registered users of the Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov, the official website for the Court), with two hard copies delivered directly to Chambers pursuant to Local Bankruptcy Rule 9028-1 and served so as to be actually received no later than **October 18, 2016** at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**"),by: (a) counsel for China Fishery Group Limited (Cayman), *et al.*, Meyer, Suozzi, English & Klein, P.C., 990 Stewart Avenue, Suite 300, P.O. Box 9194, Garden City, New York 11530-9194, Attn.: Howard B. Kleinberg, Edward J. LoBello and Jil Mazer-Marino; (b) proposed counsel for Pacific Andes Resources Development Limited, Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, New York 10036-7203, Attn.: Tracy L. Klestadt, John E. Jureller, Jr., Christopher J. Reilly; and (c) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Susan Golden, Esq.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Application and any pleadings may be obtained by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein or upon request to the undersigned.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing or at a later hearing.

**PLEASE TAKE FURTHER NOTICE** that if no objections or other responses are timely filed and served with respect to the Application, the Debtors may, on or after the Objection Deadline, submit to the Court an order substantially in the form annexed as **Exhibit A** to the Application, which order the Court may enter with no further notice or opportunity to be heard.

Dated: New York, New York
October 7, 2016

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

By: /s/Howard B. Kleinberg
Howard B. Kleinberg
Edward J. LoBello
Jil Mazer-Marino
1350 Broadway, Suite 501
New York, NY 10018

*Counsel to China Fishery Group Limited (Cayman), et al., Debtors and Debtors in Possession*

and

KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP

By: /s/ Tracy L. Klestadt
Tracy L. Klestadt
John E. Jureller, Jr.
Christopher J. Reilly

200 West 41st Street
17th Floor
New York, New York 10036-7203

*Proposed Counsel to Pacific Andes Resources Development Limited as Debtor and Debtor in Possession*