Hearing Date: October 25, 2016 at 2:00 p.m. (NY Time)

Howard B. Kleinberg, Esq.
Edward J. LoBello, Esq.
Jil Mazer-Marino, Esq.
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
1350 Broadway, Suite 501
New York, New York 10018
Telephone: (212) 239-4999
Email:  hkleinberg@msek.com
        elobello@msek.com
        jmazermarino@msek.com

*Counsel to China Fishery Group Limited (Cayman), et al. Debtors and Debtors in Possession*

- and -

Tracy L. Klestadt, Esq.
Klestadt Winters Jureller Southard & Stevens, LLP
200 West 41st Street, 17th Floor
New York, New York 10036-7203
Telephone: (212) 973-3000
Email: tklestadt@klestadt.com

*Proposed Counsel to Pacific Andes Resources Development Limited Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | |
|---|---|
| CHINA FISHERY GROUP LIMITED (CAYMAN), *et al.*, | Chapter 11<br><br>Case No. 16-11895 (JLG)<br>(Jointly Administered) |
| Debtors.[1] | |
| In re: | |
| PACIFIC ANDES RESOURCES DEVELOPMENT LIMITED, | Chapter 11<br><br>Case No. 16-12739 (JLG) |
| Debtor. | |

---

[1] The jointly administered debtors are China Fishery Group Limited (Cayman) ("CFGL"), Pacific Andes International Holdings Limited (Bermuda) ("PAIH"), N.S. Hong Investment (BVI) Limited ("NS Hong"), South Pacific Shipping Agency Limited (BVI) ("SPSA"), China Fisheries International Limited (Samoa) ("CFIL"), CFGL (Singapore) Private Limited ("CFGLPL"), Chanery Investment Inc. (BVI) ("Chanery"), Champion Maritime Limited (BVI) ("Champion"), Growing Management Limited (BVI) ("Growing Management"), Target Shipping Limited (HK) ("Target Shipping"), Fortress Agents Limited (BVI) ("Fortress"), Ocean Expert International Limited (BVI) ("Ocean Expert"), Protein Trading Limited (Samoa) ("Protein Trading"), CFG Peru Investments Pte. Limited (Singapore) ("CFG Peru Singapore"), Smart Group Limited (Cayman) ("Smart Group"), and Super Investment Limited (Cayman) ("Super Investment"). These debtors are collectively referred to as "**China Fishery Debtors**".

# JOINT AGENDA FOR HEARING TO BE HELD
# OCTOBER 25, 2016 AT 2:00 P.M. (PREVAILING EASTERN TIME)[2]

TIME AND DATE OF HEARING:    October 25, 2016 at 2:00 p.m. (prevailing Eastern Time)

LOCATION OF HEARING:    The Honorable Judge James L. Garrity Jr.
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 601
New York, New York 10004

A.  **Initial Case Conference in Case of Debtor**
    **Pacific Andes Resources Development Limited ("PARD")**

    1.  Order Scheduling Initial Case Conference dated October 4, 2016 [PARD (Case No. 16-12739 (JLG)), ECF Dkt. ("**PARD ECF Dkt.**") No. 5].

        Related Document:

        a.  Affidavit of Service [PARD ECF Dkt. No. 17].

        Status:    This matter is going forward.

B.  **Uncontested Matters Filed By China Fishery Debtors**

    1.  China Fishery Debtors' Motion for Entry of Order Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business with Notice of Hearing [China Fishery Debtors (Case No. 16-11895 (JLG)), ECF Dkt. ("**China Fishery Debtors Dkt.**") No. 163].

        Objection Deadline:    October 18, 2016 at 4:00 p.m. (prevailing Eastern Time)

        Responses Filed:    None to date.

        Related Document:

        a.  Certificate of Service [China Fishery Debtors ECF Dkt. No. 177].

        Status:    This matter is going forward.

---

[2] A status conference is also scheduled in related cases, *In re CFG Investment S.A.C. et al.*, Chapter 15 Case No. 16-11891 (JLG), for October 25, 2016 at 2:00 P.M. (prevailing Eastern Time).

2. China Fishery Debtors' Motion Pursuant to 11 U.S.C. § 502(b)(9), Fed. R. Bankr. P. 2002 and 3003(c)(3), and Local Rule 3003-1 for Entry of Order (I) Establishing Deadline for Filing Proofs of Claim and Procedures Relating Thereto and (II) Approving Form and Manner of Notice Thereof with Notice of Hearing [China Fishery Debtors ECF Dkt. No. 164].

   Objection Deadline: October 18, 2016 at 4:00 p.m. (prevailing Eastern Time)

   Responses Filed: None to date.

   Related Document:

   a. Certificate of Service [China Fishery Debtors ECF Dkt. No. 178].

   Status: This matter is going forward.

C. **Uncontested Matters Filed by PARD**

1. Application for an Order Approving the Retention of Klestadt Winters Jureller Southard & Stevens, LLP as General Bankruptcy Counsel to the Debtor [PARD ECF Dkt. No. 18].

   Objection Deadline: October 18, 2016 at 4:00 p.m. (prevailing Eastern Time)

   Responses Filed: None to date.

   Related Documents:

   a. Notice of Hearing [PARD ECF Dkt. No. 7].

   b. Declaration of Ng Puay Yee Pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York and in Support of Debtors' First Day Motions and Applications dated October 10, 2016 [PARD ECF Dkt. No. 13].

   c. Affidavit of Service [PARD ECF Dkt. No. 17].

   Status: This matter is going forward.

2. Motion for an Order Enforcing Section 362, 365(e)(1) and 525 of the Bankruptcy Code [PARD ECF Dkt. No. 14].

    Objection Deadline: October 18, 2016 at 4:00 p.m. (prevailing Eastern Time)

    Responses Filed: None to date.

    Related Documents:

     a. Notice of Hearing [PARD ECF Dkt. No. 11].

     b. Declaration of Ng Puay Yee Pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York and in Support of Debtors' First Day Motions and Applications dated October 10, 2016 [PARD ECF Dkt. No. 13].

     c. Affidavit of Service [PARD ECF Dkt. No. 17].

    Status: This matter is going forward.

D. **Uncontested Matters Filed Jointly**[3]

  1. Joint Motion Pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals with Notice of Hearing [China Fishery Debtors ECF Dkt. No. 162; PARD ECF Dkt. No. 12].

    Objection Deadline: October 18, 2016 at 4:00 p.m. (prevailing Eastern Time)

    Responses Filed: None to date.

    Related Document:

     a. Affidavit of Service [PARD ECF Dkt. No. 17].

     b. Certificate of Service [China Fishery Debtors ECF Dkt. No. 176].

    Status: This matter is going forward.

  2. Joint Motion for an Order Amending the Court's Original Joint Administration Order to Include and Incorporate Pacific Andes Resources

---

[3] The China Fishery Debtors and PARD jointly filed three (3) motions and two (2) applications which are scheduled to be heard at the October 25, 2016 hearing.

4

Development Limited [China Fishery Debtors ECF Dkt. No. 170; PARD ECF Dkt. No. 15].

Objection Deadline: October 18, 2016 at 4:00 p.m. (prevailing Eastern Time)

Responses Filed: None to date.

Related Documents:

    a.    Notice of Hearing [China Fishery Debtors ECF Dkt. No. 167; PARD ECF Dkt. No. 6].

    b.    Declaration of Ng Puay Yee Pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York and in Support of Debtors' First Day Motions and Applications dated October 10, 2016 [PARD ECF Dkt. No. 13].

    c.    Affidavit of Service [PARD ECF Dkt. No. 17].

    d.    Certificate of Service [China Fishery Debtors ECF Dkt. No. 181].

Status: This matter is going forward.

3. Joint Application to Amend and Expand the RSR Retention Order Authorizing the Retention and Employment of RSR Consulting, LLC as Restructuring Consultant to Include Representation of PARD [China Fishery Debtors ECF Dkt. No. 171; PARD ECF Dkt. No. 19].

Objection Deadline: October 18, 2016 at 4:00 p.m. (prevailing Eastern Time)

Responses Filed: None to date.

Related Documents:

    a.    Notice of Hearing [China Fishery Debtors ECF Dkt. No. 169; PARD ECF Dkt. No. 9].

    b.    Affidavit of Service [PARD ECF Dkt. No. 17].

    c.    Certificate of Service [China Fishery Debtors ECF Dkt. No. 174].

Status: This matter is going forward.

4.  Joint Application to Amend and Expand the Goldin Order Authorizing the Retention and Employment of Goldin Associates, LLC as Financial Advisors to Original Debtors to Include PARD [China Fishery Debtors ECF Dkt. No. 172; PARD ECF Dkt. No. 20].

    Objection Deadline:   October 18, 2016 at 4:00 p.m. (prevailing Eastern Time)

    Responses Filed:   None to date.

    Related Documents:

    a.  Notice of Hearing [China Fishery Debtors ECF Dkt. No. 168; PARD ECF Dkt. No. 8].

    b.  Affidavit of Service [PARD ECF Dkt. No. 17].

    c.  Certificate of Service [China Fishery Debtors ECF Dkt. No. 175].

    Status:   This matter is going forward.

E.  **Contested Matters Filed by China Fishery Debtors**

    1.  Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105(A), 327(A), 328 and 363 (I) Authorizing the Private Sale of Golf Club Membership Nunc Pro Tunc to August 25, 2016, (II) Approving the Terms of the Sale, (III) Authorizing the Employment, Retention of and Payment to Everfine Membership Services Limited, as Broker, Nunc Pro Tunc to June 30, 2016, and (IV) Granting Related Relief ("**Sale Motion**") [China Fishery Debtors ECF Dkt. No. 160].

        Objection Deadline:   October 18, 2016 at 4:00 p.m. (prevailing Eastern Time)

        Responses Filed:

        a.  Club Lender Parties' Limited Objection to the Debtors' Motion for an Order Authorizing the Private Sale of Golf Club Membership *Nunc Pro Tunc* to August 25, 2016 and Granting Related Relief [China Fishery Debtors (ECF Dkt. No. 185].

        Related Documents:

        a.  Certificate of Service for the Sale Motion [China Fishery Debtors ECF Dkt. No. 161].

6

      b.      Supplemental Certificate of Service for the Sale Motion [China Fishery Debtors ECF Dkt. No. 173].

      c.      Certificate of Service for the Sale Motion Limited Objection [China Fishery Debtors ECF Dkt. No. 189].

      d.      Debtors' Reply in Further Support of Exclusivity and Other Motions with Certificate of Service [China Fishery Debtors ECF Dkt. No. 195]

      e.      Certificate of Service for Debtors' Reply in Further Support of Exclusivity and Other Motions [China Fishery Debtors ECF Dkt. No. 196]

Status: This matter is going forward.

2. Debtors' Motion for an Order Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof ("**Exclusivity Motion**") [China Fishery Debtors ECF Dkt. No. 166].

Objection Deadline: October 18, 2016 at 4:00 p.m. (prevailing Eastern Time)

Responses Filed:

      a.      Maybank's Objection to Debtor's Motion for an Order Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof [China Fishery Debtors ECF Dkt. No. 184].

      b.      Objection of Bank of America, N.A. to Debtors' Motion for an Order Extending the Exclusivity Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof [China Fishery Debtors ECF Dkt No. 187].

      c.      Club Lender Parties' Objection to the Debtors' Motion for an Order Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof [China Fishery Debtors ECF Dkt. No. 188].

      d.      Senior Noteholder Committee's Limited Objection to Debtors' Motion for an Order Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and

      Solicit Acceptances Thereof [China Fishery Debtors ECF Dkt. No. 191]

    Related Document(s):

    a. Certificate of Service for the Exclusivity Motion [China Fishery Debtors ECF Dkt. No. 180].

    b. Certificate of Service for the Club Lender Parties' Exclusivity Objection [China Fishery Debtors ECF Dkt. No. 189].

    c. Certificate of Service for Maybank's Exclusivity Motion Objection [China Fishery Debtors ECF Dkt. No. 192].

    d. Affidavit of Service for the Senior Noteholders Committee's Limited Exclusivity Motion Objection [China Fishery Debtors ECF Dkt. No. 194]

    e. Debtors' Reply in Further Support of Exclusivity and Other Motions with Certificate of Service [China Fishery Debtors ECF Dkt. No. 195]

    f. Certificate of Service for Debtors' Reply in Further Support of Exclusivity and Other Motions [China Fishery Debtors ECF Dkt. No. 196]

    Status:    This matter is going forward.

F. **Contested Matters Filed Jointly**

  1. Joint Motion For Entry Of Order (A) Authorizing Pacific Andes Resources Development Limited To Continue To Use Its Cash Management System, As Modified; And (B) Granting The Debtors A Limited Waiver Of Bankruptcy Code Section 345 ("**Joint Cash Management Motion**") [China Fishery Debtors ECF Dkt. No. 165; PARD ECF Dkt. No. 10].

    Objection Deadline: October 18, 2016 at 4:00 p.m. (prevailing Eastern Time)

    Responses Filed:

    a. Club Lender Parties' Limited Objection to the Joint Motion for Entry of an Order (A) Authorizing Pacific Andes Resources Development Limited to Continue to Use Its Cash Management System, as Modified, and (B) Granting the

8

>
> Debtors a Limited Waiver of Bankruptcy Code Section 345 [China Fishery Debtors ECF Dkt. No. 186; PARD ECF Dkt. No. 22].
>
> Related Document(s):
>
>     a.    Affidavit of Service [PARD ECF Dkt. No. 17].
>
>     b.    Certificate of Service for Joint Cash Management Motion [China Fishery Debtors ECF Dkt. No. 179].
>
>     c.    Certificate of Service for Limited Objection to Joint Cash Management Motion [China Fishery Debtors ECF Dkt. No. 190; PARD ECF Dkt. No. 23].
>
>     d.    Debtors' Reply in Further Support of Exclusivity and Other Motions with Certificate of Service [China Fishery Debtors ECF Dkt. No. 195; PARD ECF Dkt. No. 24]
>
>     e.    Certificate of Service for Debtors' Reply in Further Support of Exclusivity and Other Motions [China Fishery Debtors ECF Dkt. No. 196]
>
> Status:    This matter is going forward.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated: Garden City, New York
October 21, 2016

        MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

By:   /s/ Howard B. Kleinberg
       Howard B. Kleinberg
       Edward J. LoBello
       Jil Mazer-Marino
1350 Broadway, Suite 501
New York, New York 10018
(212) 239-4999

*Counsel to China Fishery Group Limited (Cayman), et al., Debtors and Debtors in Possession*

- and -

KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP

By:   /s/ Tracy L. Klestadt
       Tracy L. Klestadt
200 West 41st Street
17th Floor
New York, New York 10036-7203
(212) 972-3000

*Proposed Counsel to Pacific Andes Resources Development Limited, Debtor and Debtor in Possession*

1144547