**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CHINA FISHERY GROUP LIMITED (CAYMAN), *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 16-11895 (JLG)<br><br>(Jointly Administered) |
| In re:<br><br>CFG INVESTMENT S.A.C., *et al.*,<br><br>Debtors in a Foreign Proceeding.[2] | Chapter 15<br><br>Case No. 16-11891 (JLG)<br><br>(Jointly Administered) |

**ORDER TO SHOW CAUSE SCHEDULING HEARING ON
SHORTENED NOTICE FOR THE CLUB LENDER PARTIES'
EMERGENCY MOTION UNDER SECTION 105(a) OF THE
BANKRUPTCY CODE AND RULE 60(a) OF THE FEDERAL RULES OF
CIVIL PROCEDURE TO MODIFY OR SUPPLEMENT THIS COURT'S
ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE**

Upon the motion (the "Motion")[3] of Coöperatieve Rabobank U.A., Standard Chartered

Bank (Hong Kong) Limited, and DBS Bank (Hong Kong), Limited (collectively, the "Club

Lender Parties"), pursuant to section 105(a) of title 11 of the United States Code, 11 U.S.C.

§§ 101, *et seq.* (the "Bankruptcy Code"), and Rule 60(a) of the Federal Rules of Civil Procedure

(the "Federal Rules"), requesting that this Court modify or supplement its *Memorandum*

---

[1]    The Debtors in the chapter 11 cases are China Fishery Group Limited (Cayman) ("CFGL"), Pacific Andes International Holdings Limited (Bermuda) ("PAIH"), N.S. Hong Investment (BVI) Limited ("NS Hong"), South Pacific Shipping Agency Limited (BVI) ("SPSA"), China Fisheries International Limited (Samoa) ("CFIL"), CFGL (Singapore) Private Limited ("CFGLPL"), Chanery Investment Inc. (BVI) ("Chanery"), Champion Maritime Limited (BVI) ("Champion"), Growing Management Limited (BVI) ("Growing Management"), Target Shipping Limited (HK) ("Target Shipping"), Fortress Agents Limited (BVI) ("Fortress"), Ocean Expert International Limited (BVI) ("Ocean Expert"), Protein Trading Limited (Samoa) ("Protein Trading"), CFG Peru Investments Pte. Limited (Singapore) ("CFG Peru Singapore"), Smart Group Limited (Cayman) ("Smart Group"), Super Investment Limited (Cayman) ("Super Investment") and Pacific Andes Resources Development Limited ("PARD").

[2]    The Debtors in the Peruvian proceeding are CFG Investment S.A.C. ("CFGI"), Corporacion Pesquera Inca S.A.C. ("Copeinca"), and Sustainable Fishing Resources S.A.C. ("SFR").

[3]    Capitalized terms used but not defined herein shall have the meanings set forth in the Motion.

*Decision and Order Granting Motion for the Appointment of a Chapter 11 Trustee* [ECF No. 203] (the "Trustee Order") to (a) direct the Debtors and the Peruvian Opcos to, within twenty-four (24) hours of receipt of any Summons from INDECOPI in connection with the Peruvian insolvency proceedings, notify the Court, the Club Lender Parties, and certain other parties in interest of such Summons and file a copy thereof, together with an English translation, with the Court, and (b) direct the Debtors, Peruvian Opcos, and their respective management to refrain from responding to such Summons or taking any similar action with respect thereto until after the Trustee is appointed and such parties consult with the Trustee with respect to the appropriate action to be taken in response to the Summons; and upon the Declaration of R. Craig Martin pursuant to Local Rule 9077-1(a) in support of an order to show cause scheduling a hearing on shortened notice for the Motion (the "Martin Declaration"); and it appearing that consideration of the Motion on an expedited basis is appropriate under the circumstances and in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation, and sufficient cause appearing therefor, it is hereby:

**ORDERED, ADJUDGED, AND DECREED that:**

1.      The Motion shall be heard at a hearing on **November 7, 2016 at 3:00 p.m. (ET)** (the "Hearing") before the Honorable James L. Garrity, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 601, One Bowling Green, New York, New York 10004.

2.      Notice of the Hearing on the Motion shall be given promptly by serving a copy of this Order to Show Cause, the Motion, and the Martin Declaration via email delivery on the Notice Parties set forth in the Motion, which service shall constitute good and sufficient notice thereof.

3.      Objections to the Motion, if any, may be made any time prior to or at the Hearing
on the Motion.

4.      The Club Lender Parties are authorized and empowered to take all actions
necessary or appropriate to implement the relief granted in this Order to Show Cause.


Dated:  New York, New York
        November 7, 2016


                                    /s/ *James L. Garrity, Jr.*
                                    HONORABLE JAMES L. GARRITY, JR.
                                    UNITED STATES BANKRUPTCY JUDGE