**Hearing Date: December 14, 2016 at 11:00 a.m. (Eastern Standard Time)**
**Objection Deadline: December 2, 2016 at 4:00 p.m. (Eastern Standard Time)**

Frederick D. Hyman
Christine A. Walsh
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020-1001
Tel. (212) 506-2500
Fax (212) 262-1910

*Attorneys for Malayan Banking Berhad,*
*Hong Kong Branch*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **CHINA FISHERY GROUP LIMITED (CAYMAN),** *et al.*,[1] | **Case No. 16-11895 (JLG)** |
| **Debtors.** | **Jointly Administered** |

## NOTICE OF HEARING

     **PLEASE TAKE NOTICE** that a hearing (the Hearing") on *Maybank's Motion for an Order Dismissing the Debtor's Chapter 11 Case Pursuant to Sections 305(a) and/or 1112(b) of the Bankruptcy Code, with Prejudice or, Alternatively, Lifting the Automatic Stay Pursuant to Section 362(d)(1) of the Bankruptcy Code (Pacific Andes Resources Development Limited, Chapter 11 Case No. 16-12739)(JLG), ECF No. 36)* (the "Motion") will be held before the Honorable James L. Garrity of the United States Bankruptcy Court for the Southern District of New York (the "Court") in Room 601, One Bowling Green, New York, New York 10004, on **December 14, 2016 at 11:00 a.m.** (Eastern Standard Time).

     **PLEASE TAKE FURTHER NOTICE** that responses or objections to the Motion and the relief requested, if any, shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the United States Bankruptcy Court for the Southern District of New York Local

---

[1] The Debtors are N.S. Hong Investment (BVI) Limited ("NS Hong"), Super Investment Limited (Cayman) ("Super Investment"), Pacific Andes International Holdings Limited (Bermuda) ("PAIH"), China Fishery Group Limited (Cayman) ("CFGL"), Smart Group Limited (Cayman) ("Smart Group"), Protein Trading Limited (Samoa) ("Protein Trading"), South Pacific Shipping Agency Limited (BVI) ("SPSA"), CFG Peru Investments Pte. Limited (Singapore) ("CFG Peru Singapore"), China Fisheries International Limited (Samoa) ("CFIL"), Growing Management Limited (BVI) ("Growing Management"), Chanery Investment Inc. (BVI) ("Chanery"), Champion Maritime Limited (BVI) ("Champion"), Target Shipping Limited (HK) ("Target Shipping"), Fortress Agents Limited (BVI) ("Fortress"), CFGL (Singapore) Private Limited ("CFGLPL"), Ocean Expert International Limited (BVI) ("Ocean Expert") and Pacific Andes Resources Development Limited ("PARD").

722171876

Rules, shall state the basis for the response or objection and specific grounds, and shall be filed with the Court electronically in accordance with General Order M-399 by registered users of the Court's case filing system, with two hard copies delivered directly to Chambers and served so as to be received no later than **December 2, 2016 at 4:00 p.m.** (Eastern Standard Time) (the "Objection Deadline"), by: (i) counsel for China Fishery Group Limited (Cayman), *et al.*, Meyer, Suozzi, English & Klein, P.C., 990 Stewart Avenue, Suite 300, Garden City, New York 11530, Attn: Howard B. Kleinberg, Edward J. LoBello, Jil Mazer-Marino; (ii) counsel for Pacific Andes Resources Development Limited, Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, New York 10036, Attn: Tracy L. Klestadt, John E. Jureller, Jr., and Christopher J. Reilly; (iii) Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Susan Golden, and (iv) Mayer Brown LLP, 1221 Avenue of the Americas, New York, New York 10020, Attn: Frederick D. Hyman.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion and any other filings may be obtained from the Court's website at http://www.nysb.uscourts.gov consistent with the procedures and fees on the website or upon request to Mayer Brown LLP as set forth below.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date at the Hearing or a later hearing.

**PLEASE TAKE FURTHER NOTICE** that if no objections or responses are filed and served respecting the Motion, Maybank may on or after the Objection Deadline submit a proposed order which the Court may enter with no further notice or hearing.

Dated:     New York, New York
           November 8, 2016

/s/ Frederick D. Hyman
Frederick D. Hyman
Christine A. Walsh
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020-1001

*Attorneys for Malayan Banking Berhad, Hong Kong Branch*

722171876                                2