UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                    Case No. 16-11895 (JLG)

CHINA FISHERY GROUP LIMITED,            Chapter 11
(CAYMAN), et al.,

                                                         Jointly Administered
                          Debtors.

-----------------------------------------------------------x

## NOTICE OF APPOINTMENT OF TRUSTEE

To:   **William J. Brandt, Jr.**

You are hereby notified of your appointment as Chapter 11 trustee of the estate of debtor CFG Peru Singapore, subject to Court approval.

You must post a Chapter 11 trustee bond to the extent required pursuant to 11 U.S.C. § 322.

Dated: New York, New York
       November 10, 2016

                                    Respectfully submitted,

                                    WILLIAM K. HARRINGTON
                                    UNITED STATES TRUSTEE, Region 2

                            By:     /s/ *Richard C. Morrissey*
                                    Richard C. Morrissey
                                    Trial Attorney
                                    U.S. Federal Office Building
                                    201 Varick Street
                                    Room 1006
                                    New York, New York 10014
                                    Tel. No. (212) 510-0500