UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re | Case No. 16-11895 (JLG) |
| CHINA FISHERY GROUP LIMITED, (CAYMAN), et al., | Chapter 11 |
| | Jointly Administered |
| Debtors. | |

------------------------------------------------------------x

## AMENDED NOTICE OF APPOINTMENT OF TRUSTEE

To:   **William A. Brandt, Jr.**

You are hereby notified of your appointment as Chapter 11 trustee of the estate of debtor CFG Peru Investments Pte. Limited (Singapore), Case No. 16-11914 (JLG).

You must post a Chapter 11 trustee bond to the extent required pursuant to 11 U.S.C. § 322.

Dated: New York, New York
       November 14, 2016

                                        Respectfully submitted,

                                        WILLIAM K. HARRINGTON
                                        UNITED STATES TRUSTEE, Region 2

                        By:    */s/ Susan D. Golden*
                               Susan D. Golden
                               Trial Attorney
                               U.S. Federal Office Building
                               201 Varick Street
                               Room 1006
                               New York, New York 10014
                               Tel. No. (212) 510-0500