**Hearing Date: March 8, 2017 at 11:00 a.m.**

Susheel Kirpalani
James C. Tecce
Jordan Harap
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

*Proposed Special Litigation Counsel to William A. Brandt Jr.,*
*Chapter 11 Trustee for CFG Peru Investments Pte. Ltd. (Singapore)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | |
|---|---|
| In re: | Case No. 16-11895 (JLG) |
| CHINA FISHERY GROUP LIMITED (CAYMAN), et al., | Chapter 11 (Jointly Administered) |
| Debtors.[1] | |

---------------------------------------------------------------x
| | |
|---|---|
| In re: | Case No. 16-11914 (JLG) |
| CFG PERU INVESTMENTS PTE. LTD. (SINGAPORE), | Chapter 11 |
| Debtor. | |

---------------------------------------------------------------x

**NOTICE OF HEARING ON APPLICATION OF WILLIAM A. BRANDT, JR., CHAPTER 11 TRUSTEE FOR CFG PERU INVESTMENTS PTE. LTD. (SINGAPORE), FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 327(a), 328(a), AND 330, AUTHORIZING RETENTION AND EMPLOYMENT OF QUINN EMANUEL URQUHART & SULLIVAN, LLP AS SPECIAL LITIGATION COUNSEL EFFECTIVE *NUNC PRO TUNC* TO DECEMBER 23, 2008**

---

[1] The Debtors in Case No. 16-11895 (JLG) are China Fishery Group Limited (Cayman) ("CFGL"), Pacific Andes International Holdings Limited (Bermuda) ("PAIH"), N.S. Hong Investment (BVI) Limited ("NS Hong"), South Pacific Shipping Agency Limited (BVI) ("SPSA"), China Fisheries International Limited (Samoa) ("CFIL"), CFGL (Singapore) Private Limited ("CFGLPL"), Chanery Investment Inc. (BVI) ("Chanery"), Champion Maritime Limited (BVI) ("Champion"), Growing Management Limited (BVI) ("Growing Management"), Target Shipping Limited (HK) ("Target Shipping"), Fortress Agents Limited (BVI) ("Fortress"), Ocean Expert International Limited (BVI) ("Ocean Expert"), Protein Trading Limited (Samoa) ("Protein Trading"), CFG Peru Investments Pte. Limited (Singapore) ("CFG Peru Singapore"), Smart Group Limited (Cayman) ("Smart Group"), Super Investment Limited (Cayman) ("Super Investment"), and Pacific Andes Resources Development Ltd. ("PARD").

**PLEASE TAKE NOTICE** that on January 9, 2017, William A. Brandt, Jr., the Chapter 11 Trustee (the "Trustee") for the bankruptcy estate of CFG Peru Investments Pte. Ltd. (Singapore) (the "Debtor"), filed the *Application Of William A. Brandt., Jr., Chapter 11 Trustee For CFG Peru Investments Pte. Ltd. (Singapore), For Entry Of An Order Pursuant To §§ 327(a), 328(a), And 330, Authorizing Retention And Employment Of Quinn Emanuel Urquhart & Sullivan, LLP As Special Litigation Counsel Effective* Nunc Pro Tunc *To December 23, 2016* (the "Application") [ECF No. 303 (Case No. 16-11895); ECF No. 54 (Case No. 16-11914)].

**PLEASE TAKE FURTHER NOTICE** that on January 31, 2017, The Hongkong and Shanghai Banking Corporation Limited ("HSBC-HK") filed the *Limited Objection of the Hongkong and Shanghai Banking Corporation Limited, to the Application of William A Brandt Jr., Chapter 11 Trustee for CFG Peru Investments Pte. Ltd. (Singapore), For Entry Of An Order Pursuant To §§ 327(a), 328(a), And 330, Authorizing Retention And Employment Of Quinn Emanuel Urquhart & Sullivan, LLP As Special Litigation Counsel Effective* Nunc Pro Tunc *To December 23, 2016* (the "HSBC-HK Application Objection") [ECF No. 333 (Case No. 16-11895)].

**PLEASE TAKE FURTHER NOTICE** that a hearing on the HSBC-HK Application Objection will occur on Wednesday, March 8, 2017 at 11:00 a.m. (prevailing Eastern Time) at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408, in the courtroom of the Honorable James L. Garrity, Jr., United States Bankruptcy Judge (the "**Hearing Date**").

2

Dated: February 7, 2017
      New York, New York

                              Respectfully submitted,

                              **QUINN EMANUEL URQUHART &**
                                 **SULLIVAN, LLP**

                              By: /s/ SUSHEEL KIRPALANI
                                   Susheel Kirpalani
                                   James C. Tecce
                                   Jordan Harap

                              51 Madison Avenue, 22nd Floor
                              New York, New York 10010