**KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Tracy L. Klestadt
John E. Jureller, Jr.
Christopher Reilly

*Counsel to Pacific Andes Resources
  Development Limited, Debtor and Debtor-in-
  Possession*

**Presentment Date: March 27, 2017 at
 12:00 pm (NY Time)
Objection Deadline: March 24, 2017 at
 4:00 pm (NY Time)**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| **CHINA FISHERY GROUP LIMITED (CAYMAN)**, *et al.* [1] | Case No. 16 – 11895 (JLG) |
| Debtors. | Jointly Administered |

-----------------------------------------------------------------------x

**NOTICE OF PRESENTMENT OF DEBTOR PACIFIC ANDES RESOURCES
DEVELOPMENT LIMITED'S APPLICATION FOR AN ORDER, PURSUANT TO
11 U.S.C. § 509(B)(9), FED. R. BANKR. P. 2002 AND 3003(c)(3), AND
LOCAL RULE 3003-1 (I) ESTABLISHING THE DEADLINE FOR
FILING PROOFS OF CLAIM AND PROCEDURES RELATED THERETO AND
(II) APPROVING THE FORM AND MANNER OF NOTICE THEREOF**

     **PLEASE TAKE NOTICE THAT**, upon the accompanying Motion, Debtor Pacific Andes Resources Development Limited ("PARD"), a debtor and debtor in possession, by its counsel, Klestadt Winters Jureller Southard & Stevens, LLP, will move before the Honorable James L. Garrity, Jr. of the Unites States Bankruptcy Court for the Southern District of New

---

[1] The "Debtors" are China Fishery Group Limited (Cayman) ("CFGL"), Pacific Andes International Holdings Limited (Bermuda) ("PAIH"); N.S. Hong Investment (BVI) Limited ("NS Hong"), South Pacific Shipping Agency Limited (BVI) (SPSA"), China Fisheries International Limited (Samoa) ("CFIL"), CFGL (Singapore) Private Limited ("CFGLPL"), Chanery Investment Inc. (BVI) ("Chanery"), Champion Maritime Limited (BVI) ("Champion"), Growing Management Limited (BVI) ("Growing Management"), Target Shipping Limited (HK) ("Target Shipping"), Fortress Agents Limited (BVI) ("Fortress"), Ocean Expert International Limited (BVI) ("Ocean Expert"), Protein Trading Limited (Samoa) ("Protein Trading"), CFG Peru Investments Pte. Limited (Singapore) ("CFG Peru Singapore"), Smart Group Limited (Cayman) ("Smart Group"), Super Investment Limited (Cayman) ("Super Investment") and Pacific Andes Resources Development Limited ("PARD")(the Debtors, excluding PARD, as the "Affiliated Debtors").

York, One Bowling Green, Courtroom 601, New York, New York 10004, on **March 27, 2017 at 12:00 p.m. (ET)** (the "Presentment Date") or such other time as the Court may determine, for an Order, pursuant to 11 U.S.C. §509(b)(9), Rules 2002 and 3003(c)(3) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Rule 3003-1, (I) Establishing the Deadline for Filing Proofs of Claim and Procedures Relating Thereto and (II) Approving the Form and Manner of Notice Thereof (this "Motion").

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Motion and the relief requested therein, if any, shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall set forth the basis for the response or objection and the specific grounds therefore, and shall be filed with the Court electronically in accordance with General Order M-399 by registered users of the Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov, the official website for the Court), with two hard copies delivered directly to Chambers pursuant to Local Bankruptcy Rule 9028-1 and served so as to be actually received no later than **March 24, 2017 at 4:00 p.m.** (prevailing Eastern Time) (the "**Objection Deadline**"), by: (a) counsel for Pacific Andes Resources Development Limited, Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, New York 10036-7203, Attn.: Tracy L. Klestadt, John E. Jureller, Jr., Christopher J. Reilly; (b) counsel for the Affiliated Debtors, Meyer, Suozzi, English & Klein, P.C., 990 Stewart Avenue, Suite 300, P.O. Box 9194, Garden City, New York 11530-9194, Attn: Howard Kleinberg, Esq. , Edward J. LoBello, Esq.; (c) counsel for William A. Brandt, Jr., the Chapter 11 Trustee of CFG Peru Investments Pte Ltd., Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, Attn: Jay M. Goffman, Esq. and Lisa Laukitis, Esq., and Skadden, Arps, Slate, Meagher & Flom LLP, One Rodney Place, P.O. Box 636, Wilmington, Delaware 19899-0636, Attn: Sarah E. Pierce, Esq., and (d) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Susan Golden, Esq.

**PLEASE TAKE FURTHER NOTICE** that unless a written Objection to the Motion is timely filed prior to the Objection Deadline, together with proof of service, and delivered as set forth in the foregoing paragraph, there will not be a hearing and the order may be signed.

**PLEASE TAKE FURTHER NOTICE** that if a written Objection is timely filed by the Objection Deadline, the Court will notify the moving and objecting parties of the date and time of the hearing and of the moving party's obligation to notify all other parties entitled to receive notice. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

Dated: New York, New York
March 3, 2017

        KLESTADT WINTERS JURELLER
         SOUTHARD & STEVENS, LLP

By: */s/ John E. Jureller Jr.*
     Tracy L. Klestadt
     John E. Jureller, Jr.
     Christopher J. Reilly
200 West 41st Street, 17th Floor
New York, New York 10018
Tel: (212) 972-3000

Attorneys for ***Pacific Andes Resources Development Limited***
Debtor and Debtor in Possession