UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| CHINA FISHERY GROUP LIMITED (CAYMAN), *et al.*,[1] | Case No. 16-11895 (JLG) |
| | Jointly Administered |
| Debtors. | |

## SIXTH MONTHLY FEE STATEMENT OF GOLDIN ASSOCIATES, LLC FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM FEBRUARY 1, 2017 THROUGH FEBRUARY 28, 2017

| | |
|---|---|
| **Name of Applicant** | Goldin Associates, LLC |
| Authorized to Provide Professional Services to: | China Fishery Group Limited (Cayman), *et al.*, Debtors and Debtors-in-Possession |
| Date of Retention: | August 19, 2016 *nunc pro tunc* to June 30, 2016 |
| Period for which compensation and reimbursement is sought: | February 1, 2017 through February 28, 2017 |
| Amount of Compensation sought as actual, reasonable and necessary: | $40,000.00 (80% of $50,000.00) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $72.87 |

This is a **X** monthly ___ interim ___ final application. No prior application filed for this Fee Period.[2]

Pursuant to sections 327, 328, 330, and 331 of chapter 11 of title 11 of the United States Code, (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the *Order Approving the Retention and Employment of Goldin Associates,*

---

[1] The Debtors are China Fishery Group Limited (Cayman) ("CFGL"), Pacific Andes International Holdings Limited (Bermuda) ("PAIH"), N.S. Hong Investment (BVI) Limited ("NS Hong"), South Pacific Shipping Agency Limited (BVI) ("SPSA"), China Fisheries International Limited (Samoa) ("CFIL"), CFGL (Singapore) Private Limited ("CFGLPL"), Chanery Investment Inc. (BVI) ("Chanery"), Champion Maritime Limited (BVI) ("Champion"), Growing Management Limited (BVI) ("Growing Management"), Target Shipping Limited (HK) ("Target Shipping"), Fortress Agents Limited (BVI) ("Fortress"), Ocean Expert International Limited (BVI) ("Ocean Expert"), Protein Trading Limited (Samoa) ("Protein Trading"), CFG Peru Investments Pte. Limited (Singapore) ("CFG Peru Singapore"), Smart Group Limited (Cayman) ("Smart Group"), Super Investment Limited (Cayman) ("Super Investment") and Pacific Andes Resources Development Ltd.("PARD").

[2] Notice of this Monthly Fee Statement (as defined herein) shall be served in accordance with the Interim Compensation Order and objections to the relief requested in this Monthly Fee Statement shall be addressed in accordance with the Interim Compensation Order.

*LLC as Financial Advisor to Debtors and Debtors in Possession Effective Nunc Pro Tunc to Petition Date,* dated August 19, 2016 [D.I. 92] (the "Original Retention Order"), the *Order Authorizing the Amendment and Expansion of the Original Goldin Retention Order Authorizing the Retention and Employment of Goldin Associates, LLC as Financial Advisor to the Original Debtors to Include Representation of PARD,* dated October 27, 2016 [D.I. 201] (together with the Original Retention Order, the "Retention Orders"), the *Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for Monthly Compensation and Reimbursement of Expenses for Professionals,* dated October 27, 2016 [D.I. 199] (the "Interim Compensation Order"), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of New York (the "Local Bankruptcy Rules"), Goldin Associates, LLC ("Goldin"), financial advisor to the debtors and debtors in possession in the above captioned cases ("Debtors"), hereby files this monthly fee statement (this "Monthly Fee Statement") for: (i) compensation in the amount of $40,000.00 for the reasonable and necessary financial advisory services Goldin rendered to the Debtor from February 1, 2017 through February 28, 2017 (the "Fee Period") (80% of $50,000.00); and (ii) reimbursement for the actual and necessary expenses that Goldin incurred, in the amount of $72.87 during the Fee Period.

## BACKGROUND

1.      On June 30, 2016 (the "**Petition Date**"), each of the Debtors (except PARD) filed with the Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code; PARD filed a petition for relief on September 29, 2016. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Debtors' cases have been consolidated for procedural purposes only and are being jointly administered under case number 16-11895 (JLG).

2.   To date, no creditors' committee has been appointed in these chapter 11 cases by the Office of the United States Trustee for the Southern District of New York (the "**U.S. Trustee**"). On August 9, 2016, certain creditors filed a motion for the appointment of a trustee. On October 28, 2016, the Court entered the Memorandum Decision and Order Granting Motion for the Appointment of a Trustee [D.I. 203] directing the U.S. Trustee to appoint a trustee for CFG Peru Singapore (but no other Debtor). On November 10, 2016, William A. Brandt, Jr. was appointed trustee of CFG Peru Singapore.

### Itemization of Services Rendered and Disbursements Incurred

3.   Goldin is compensated in this matter by the hour at its standard hourly rates subject to a minimum monthly fee of $50,000 ("Monthly Minimum Fee"), as was approved by the Retention Orders. The Monthly Minimum Fee is due and payable regardless of the hours expended by Goldin in a given calendar month. During this Fee Period, Goldin is entitled to its Monthly Minimum Fee.

4.   In support of this Monthly Fee Statement, attached are the following exhibits:

- **Exhibit A** is a schedule of the hours expended and corresponding fees incurred on this matter during the Fee Period by each Goldin professional. Goldin professionals expended a total of 49.1 hours in connection with these chapter 11 cases during the Fee Period.

- **Exhibit B** is a schedule of the number of hours expended and corresponding fees incurred (individually and on an aggregate basis) by Goldin professionals during the Fee Period with respect to each of the subject matter categories Goldin established in accordance with its internal billing procedures. A general description of each subject matter is included in this exhibit.

- **Exhibit C** is a detailed description of all fees incurred during the Fee Period.

- **Exhibit D** is a schedule setting forth the total amount of reimbursement sought with respect to each category of expenses for which Goldin is seeking reimbursement in this Monthly Fee Statement. All of these disbursements comprise Goldin's out-of-pocket expenses.

- **Exhibit E** is a detailed description of expenses for which Goldin is seeking reimbursement in this Monthly Fee Statement. All of these disbursements comprise the requested sum for Goldin's out-of-pocket expenses.

## Proposed Payment

5.      In accordance with the Retention Orders, all of Goldin's fees and expenses are payable from the retainer held by Goldin; after such retainer has been exhausted, Goldin may seek payment from the Debtors. As of the date hereof, Goldin holds a retainer of $768,033.51 against which the fees and expenses for which Goldin seeks payment in this Monthly Fee Statement shall be applied.

## Representations

6.      Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Goldin reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, Local Bankruptcy Rules, and the Interim Compensation Order.

7.      There is no agreement or understanding between Goldin and any person other than members or employees of the firm for the sharing of compensation to be received for services rendered in this case.

## Certification of Compliance and Waiver

8.      The undersigned representative of Goldin certifies that he has reviewed the requirements of Local Rule 2016-1 and that the Application substantially complies with that Local Rule except to the extent waived by the Retention Orders or otherwise modified by orders of this Court, as permitted by orders of Interim Compensation Order. To the extent that the Application does not comply in all respects with the requirements of Local Rule 2016-2, as so

modified, Goldin believes that such deviations are not material and respectfully requests that any such requirement be waived.

WHEREFORE, Goldin requests allowance of its fees and expenses incurred during the Fee Period in the total amount of $40,072.87 consisting of (a) $40,000.00, which is 80% of the fees incurred by the Debtors for reasonable and necessary professional services rendered by Goldin; and (b) $72.87 for actual and necessary costs and expenses, and that such fees and expenses be paid as administrative expenses of the Debtors' estates.

Dated:  March 17, 2017            /s/ David W. Prager
                                  **GOLDIN ASSOCIATES, LLC**
                                  **David W. Prager**
                                  **Managing Director**
                                  **350 Fifth Ave.**
                                  **The Empire State Building**
                                  **New York, NY 10118**

1169982

**Exhibit A**
**Summary of Fees by Timekeeper**

| Timekeeper | Title | Rate | Time | Fees |
|---|---|---|---|---|
| Prager, David | Managing Director | $ 850 | 19.3 | $ 16,405.00 |
| Chiu, Robin | Managing Director | $ 700 | 14.3 | $ 10,010.00 |
| Bromberg, Brian | Vice President | $ 500 | 1.1 | $ 550.00 |
| Ram, Vivek | Analyst | $ 325 | 14.4 | $ 4,680.00 |
| **Grand Total** | | | **49.1** | **$ 31,645.00** |

1

# Exhibit B
## Summary of Fees by Work Code

| Work Code | Timekeeper | Title | Time | Fees |
|---|---|---|---|---|
| 02 Business Plan/Financial Forecast | Chiu, Robin | Managing Director | 0.1 | $ 70.00 |
| **02 Business Plan/Financial Forecast Total** | | | **0.1** | **$ 70.00** |
| 03 Claims | Chiu, Robin | Managing Director | 0.7 | $ 490.00 |
| **03 Claims Total** | | | **0.7** | **$ 490.00** |
| 04 Creditor Communications | Prager, David | Managing Director | 2.7 | $ 2,295.00 |
| | Chiu, Robin | Managing Director | 1.0 | $ 700.00 |
| | Ram, Vivek | Analyst | 1.8 | $ 585.00 |
| **04 Creditor Communications Total** | | | **5.5** | **$ 3,580.00** |
| 07 Plan Development | Prager, David | Managing Director | 10.7 | $ 9,095.00 |
| | Chiu, Robin | Managing Director | 2.6 | $ 1,820.00 |
| | Ram, Vivek | Analyst | 1.0 | $ 325.00 |
| **07 Plan Development Total** | | | **14.3** | **$ 11,240.00** |
| 08 Strategy | Prager, David | Managing Director | 5.9 | $ 5,015.00 |
| | Chiu, Robin | Managing Director | 9.5 | $ 6,650.00 |
| | Bromberg, Brian | Vice President | 1.1 | $ 550.00 |
| | Ram, Vivek | Analyst | 8.5 | $ 2,762.50 |
| **08 Strategy Total** | | | **25.0** | **$ 14,977.50** |
| 09 Valuation and Recovery Analysis | Chiu, Robin | Managing Director | 0.4 | $ 280.00 |
| | Ram, Vivek | Analyst | 3.1 | $ 1,007.50 |
| **09 Valuation and Recovery Analysis Total** | | | **3.5** | **$ 1,287.50** |
| **Grand Total** | | | **49.1** | **$ 31,645.00** |

- **Asset Disposition and Financing**

This category includes matters pertaining to the disposition of various assets, including preparation of sales procedures. Also included in this category are activities related to obtaining financing, both DIP and exit.

- **Business Plan/Financial Forecast**

This category includes analysis of various of the Debtors' and their subsidiaries business prospects and the development and analysis of financial projections therefor.

- **Claims**

This category includes review and analysis of the various claims against the Debtors and any related causes of actions. This category also includes analysis of claims between and among the Debtors and their affiliates, including the nature of the claims, the magnitude of such claims, and factors affecting the allowance of such claims.

- **Creditor Communications**

This category includes written and oral communications with creditors and related research, analysis and preparation. Goldin generally communicates with creditors respecting information requests and development of a Chapter 11 plan.

- **Foreign Proceedings**

From time to time, Goldin supports the efforts of the Debtors with respect to their affiliates' foreign insolvency proceedings, including preserving the Debtors' value in these affiliates

- **Litigation/Causes of Action**

This category includes prepation for, support of and attendance at contested matters. During the Fee Period, the majority of time in this category related to defense of the Trustee Motion.

- **Plan Development**

This category includes development of a plan, analysis thereof, preparation of materials related thereto and meetings with non-creditor parties respectingdevelopment of a Chapter 11 plan.

- **Strategy**

This category includes analyses, research and meetings necessary for the furtherance of the case that do not directly pertain to plan development.

- **Valuation/Recovery Analysis**

This category pertains to analysis respecting the value of various assets and the allocation of such value among stakeholders.

- **Court Proceedings**

This category includes support for various court filings and proceedings that have not risen to evidentiary or adversarial hearings.

- **General Case Matters/Other**

This category contains activity necessary for Goldin to efficiently advise its client but do not otherwise fit into an above category. This category may include general case research and review of case filings. Non-working travel is included in this category at 50% of Goldin's normal hourly rates.

**Exhibit C**
**Summary of Fees**

| Timekeeper | Work Code | Description | Hours | Fees |
|---|---|---|---|---|
| Prager, David | Managing Director | | | |
| | 04 Creditor Communications | | | |
| | 2/28/2017 | Review and analyze bank update | 0.3 | $ 255.00 |
| | 2/28/2017 | Review and analysis of bank reporting | 0.5 | $ 425.00 |
| | 2/1/2017 | Respond to trustee info requests re: Protein Trading | 0.4 | $ 340.00 |
| | 2/2/2017 | Review information responsive to Maybank | 0.5 | $ 425.00 |
| | 2/3/2017 | Communications from client re: lender requests | 0.2 | $ 170.00 |
| | 2/6/2017 | Attend to Maybank requests | 0.3 | $ 255.00 |
| | 2/16/2017 | Attend to information request issues | 0.5 | $ 425.00 |
| | 07 Plan Development | | | |
| | 2/28/2017 | Review and comment on exclusivity motion | 1.8 | $ 1,530.00 |
| | 2/1/2017 | Revise plan proposal presentation to accommodate developments | 1.1 | $ 935.00 |
| | 2/1/2017 | Discuss plan issues with R. Chiu, Robin | 0.6 | $ 510.00 |
| | 2/3/2017 | Call with MSEK re: plan formulation issues | 1.2 | $ 1,020.00 |
| | 2/3/2017 | Update plan proposal document | 0.8 | $ 680.00 |
| | 2/6/2017 | Revise plan outline | 0.6 | $ 510.00 |
| | 2/7/2017 | Revise plan outline | 1.0 | $ 850.00 |
| | 2/9/2017 | Attention to exclusivity motion business issues | 1.1 | $ 935.00 |
| | 2/9/2017 | Call with MSEK re exclusivity and plan development | 1.2 | $ 1,020.00 |
| | 2/14/2017 | Revise plan outline | 1.1 | $ 935.00 |
| | 2/27/2017 | Review and comment on exclusivity motion | 0.2 | $ 170.00 |
| | 08 Strategy | | | |
| | 2/2/2017 | Prepare strategic work plan for discussion with client | 1.1 | $ 935.00 |
| | 2/3/2017 | Communications with client re: strategy | 0.2 | $ 170.00 |
| | 2/16/2017 | Meeting with J. Ng, D. Sutherland, G. Walsh re: case update, next steps | 2.4 | $ 2,040.00 |
| | 2/17/2017 | Correspondence with M. Barr re: update on case | 0.1 | $ 85.00 |
| | 2/15/2017 | Review and comment on info requests and task tracker | 0.7 | $ 595.00 |
| | 2/22/2017 | Discuss case developments and open items with R. Rosenfeld | 0.6 | $ 510.00 |
| | 2/23/2017 | Attend to open information and plan items | 0.8 | $ 680.00 |
| Chiu, Robin | Managing Director | | | |
| | 02 Business Plan/Financial Forecast | | | |
| | 2/14/2017 | Correspondence with Getzler Henrich re: NFS | 0.1 | $ 70.00 |
| | 03 Claims | | | |
| | 2/14/2017 | Correspondence with Rust Omni | 0.1 | $ 70.00 |
| | 2/16/2017 | Prep for call with Rust Omni | 0.2 | $ 140.00 |
| | 2/16/2017 | Call with Rust Omni, R. Rosenfeld and H. Kleinberg | 0.3 | $ 210.00 |
| | 2/17/2017 | Attention to correspondence re: claims | 0.1 | $ 70.00 |
| | 04 Creditor Communications | | | |
| | 2/1/2017 | Correspondence re: information to Maybank | 0.2 | $ 140.00 |
| | 2/1/2017 | Correspondence re: Trustee request | 0.2 | $ 140.00 |
| | 2/2/2017 | Correspondence re: Maybank | 0.1 | $ 70.00 |
| | 2/3/2017 | Correspondence re: Maybank | 0.1 | $ 70.00 |
| | 2/6/2017 | Correspondence re: lender updates | 0.1 | $ 70.00 |
| | 2/25/2017 | Attention to correspondence re: creditor discussions | 0.1 | $ 70.00 |
| | 2/26/2017 | Attention to correspondence re: creditor discussions | 0.2 | $ 140.00 |
| | 07 Plan Development | | | |
| | 2/1/2017 | Discuss plan issues with D. Prager, David | 0.7 | $ 490.00 |
| | 2/3/2017 | Call with T. Slome and H. Kleinberg with D. Prager, David re: plan formulation | 1.2 | $ 840.00 |
| | 2/16/2017 | Review of draft plan outline | 0.2 | $ 140.00 |
| | 2/17/2017 | Review of draft plan outline | 0.5 | $ 350.00 |
| | 08 Strategy | | | |
| | 2/2/2017 | Attention to management To Dos | 0.2 | $ 140.00 |
| | 2/3/2017 | Comments to To Do list | 0.2 | $ 140.00 |
| | 2/3/2017 | Correspondence re: next steps | 0.1 | $ 70.00 |
| | 2/6/2017 | Correspondence re: BVI liquidators | 0.3 | $ 210.00 |
| | 2/6/2017 | Update of request list | 0.9 | $ 630.00 |
| | 2/6/2017 | Review of case filings | 0.7 | $ 490.00 |
| | 2/7/2017 | Update of request lists and review of information received | 0.9 | $ 630.00 |
| | 2/9/2017 | Call with T. Slome, E. Lobello and H. Kleinberg with D. Prager, David and V. Ram, Vivek | 1.2 | $ 840.00 |
| | 2/9/2017 | Research on noteholder rights implications on plan | 0.3 | $ 210.00 |
| | 2/13/2017 | MSEK meeting planning | 0.1 | $ 70.00 |
| | 2/14/2017 | Comments on To Dos/Information Requests for exclusivity motion | 0.2 | $ 140.00 |
| | 2/16/2017 | Meeting with J. Ng, G. Walsh, D. Sutherland and G. Bender with D. Prager, David | 2.4 | $ 1,680.00 |
| | 2/17/2017 | Meeting with D. Sutherland re: strategy update | 1.8 | $ 1,260.00 |
| | 2/18/2017 | Information to D. Sutherland on cash history and strategy | 0.2 | $ 140.00 |
| | 09 Valuation and Recovery Analysis | | | |
| | 2/7/2017 | Research into market values of PAIH non-core assets | 0.4 | $ 280.00 |

4

| Name | Title / Category / Date | Description | Hours | Amount |
|---|---|---|---|---|
| Bromberg, Brian | Vice President | | | |
| | 08 Strategy | | | |
| | 2/28/2017 | Reviewing org chart and case materials in preparation for meeting with counsel and client | 0.7 | $ 350.00 |
| | 2/10/2017 | Discuss client meeting with V. Ram, Vivek | 0.4 | $ 200.00 |
| Ram, Vivek | Analyst | | | |
| | 04 Creditor Communications | | | |
| | 2/3/2017 | Updates regarding Trustee provided by counsel | 0.7 | $ 227.50 |
| | 2/6/2017 | Reading updates related to Trustee and new bank lender updates | 1.1 | $ 357.50 |
| | 07 Plan Development | | | |
| | 2/9/2017 | Call with MSEK regarding strategy for exclusivity motion | 1.0 | $ 325.00 |
| | 08 Strategy | | | |
| | 2/10/2017 | Updating B. Bromberg, Brian on meetings and correspondence with MSEK and client | 0.4 | $ 130.00 |
| | 2/2/2017 | Reviewing outstanding items to do and responses from counsel | 0.2 | $ 65.00 |
| | 2/3/2017 | Constructing to-do list | 0.8 | $ 260.00 |
| | 2/6/2017 | Updating information tracker, reviewing additional documents provided by Client | 1.5 | $ 487.50 |
| | 2/7/2017 | Searching for additional documents to update information request | 0.3 | $ 97.50 |
| | 2/7/2017 | Updating information tracker and reviewing new court documents | 0.8 | $ 260.00 |
| | 2/9/2017 | Reviewing MSEK to-do list and updates regarding strategy | 1.6 | $ 520.00 |
| | 2/14/2017 | Making changes and additional edits to information tracker and to-do list, reviewing outstanding items | 2.1 | $ 682.50 |
| | 2/15/2017 | Updating information request list | 0.8 | $ 260.00 |
| | 09 Valuation and Recovery Analysis | | | |
| | 2/9/2017 | Reviewing and updating recovery model with last-known asset values | 3.1 | $ 1,007.50 |
| **Grand Total** | | | **49.1** | **$ 31,645.00** |

5

**Exhibit D**
**Summary of Expenses by Category**

| Row Labels | Sum of Price |
|---|---|
| Meals | $ 23.76 |
| Photocopies | $ 21.00 |
| Travel | $ 13.90 |
| Phone | $ 14.21 |
| **Grand Total** | **$ 72.87** |

6

**Exhibit E**
**Summary of Expenses**

| Category | Date | Description | Expense |
|---|---|---|---|
| Meals | 2/9/2017 | V. Ram - SeamlessWeb - Inv # 2596053 - Working Dinner - Ref # 1801458142 | $ 23.76 |
| Photocopies | 1/1/2017 | Photocopies for the period of January 1 through January 31, 2017 (6 pages at $0.07 per page) | $ 0.42 |
|  | 2/1/2017 | Photocopies for the period of February 1 through February 28, 2017 (294 pages at $0.07 per page) | $ 20.58 |
| Travel | 2/17/2017 | R. Chiu - Cab Charge Asia - Taxi from meeting to office | $ 8.12 |
|  | 2/17/2017 | R. Chiu - Cab Charge Asia - Taxi from office to meeting | $ 5.78 |
| Phone | 2/25/2017 | H. Dotson - AT&T Long Distance - Service Dates: 01/26/17 - 02/25/17 | $ 14.21 |
| **Grand Total** | | | **$ 72.87** |