UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re  CFG Peru Investments Pte. Limited (Singapore)          Case No. 16-11914
         **Debtor**                                           **Reporting Period:** 12/01/2016 - 12/31/2016

                                                              **Federal Tax I.D. #**

### CORPORATE MONTHLY OPERATING REPORT

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | X | |
|    Copies of bank statements | | | n/a |
|    Cash disbursements journals | | | n/a |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Post-petition Taxes | MOR-4 | | n/a |
|    Copies of IRS Form 6123 or payment receipt | | | n/a |
|    Copies of tax returns filed during reporting period | | | available upon request |
| Summary of Unpaid Post-petition Debts | MOR-4 | | n/a |
|    Listing of Aged Accounts Payable | | | n/a |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | n/a |
| Taxes Reconciliation and Aging | MOR-5 | | n/a |
| Payments to Insiders and Professional | MOR-6 | X | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | X | |
| Debtor Questionnaire | MOR-7 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor _____       Date 03/15/17

Signature of Authorized Individual* _____       Date 03/15/17

William A. Brandt Jr., Chapter 11 Trustee _____       Date 03/15/17

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

| CFG Peru Investments Pte. Limited (Singapore) | Case No. 16-11914 |
|---|---|
| **Debtor** | **Reporting Period:** 12/01/2016 - 12/31/2016 |

*Note 1*
The Monthly Operating Report includes activity for the following:

| Debtor Legal Name | AKA | Bankruptcy Case No. |
|---|---|---|
| CFG Investment S.A.C. (Peru) | **CFGI** | n/a |
| CFG Investments Shanghai Ltd. | **CFGI Shanghai** | n/a |
| CFG Peru Investments Pte.Ltd. (Singapore) | **CFG Peru** | 16-11914 |
| China Fishery Group Limited (HK) | **CFGL HK** | n/a |
| Consorcio Vollmacht S.A.C. (Peru) | **Consorcio Vollmacht** | n/a |
| Copeinca AS (Norway) | **Copeinca Norway** | n/a |
| Copeinca International SLU (Spain) | **Copeinca Spain** | n/a |
| Corporacion Pesquera Frami S.A.C. (Peru) | **Corporacion Pesquera Frami** | n/a |
| Corporacion Pesquera Inca S.A.C. (Peru) | **Copeinca** | n/a |
| Inmobiliaria Gainesville S.A.C. (Peru) | **Inmobiliaria Gainesville** | n/a |
| Inmobiliaria Y Constructora Pahk S.A.C. | **Inmobiliaria Pahk** | n/a |
| Inversiones Pesquera West S.A.C. (Peru) | **Inversiones Pesquera West** | n/a |
| J. Wiludi & Asociados S.A.C. (Peru) | **J. Wiludi** | n/a |
| Macro Capitales S.A. (Panama) | **Macro Capitales** | n/a |
| Protein Trading Limited (Samoa) | **Protein Trading** | 16-11923 |
| Sustainable Fishing Resources S.A.C. (Peru) | **SFR** | n/a |
| Sustainable Pelagic Fishery S.A.C. (Peru) | **Sustainable Pelagic Fishery** | n/a |

The Monthly Operating Report ("MOR") filed by CFG Peru Investments Pte. Ltd. ("CFG Peru") and its subsidiaries (the "CFG Peru Singapore Subsidiaries" and collectively with CFG Peru, the "CFG Peru Entities") is limited in scope, covers a limited time and has been prepared by the Chapter 11 Trustee with the assistance of the Chapter 11 Trustee's advisors solely for the purpose of complying with the reporting requirements of the United States Bankruptcy Code (the "Bankruptcy Code").

*Note 2*
On November 10, 2016, the U.S. Trustee sought approval of William A. Brandt, Jr., as the Chapter 11 Trustee of CFG Peru [Dkt. No. 218]. On that same date, the Court entered an order approving the selection of Mr. Brandt as the Chapter 11 Trustee. [Dkt. No. 219]

*Note 3*
Meyer, Suozzi, English & Klein, P.C. filed MORs on behalf of CFG Peru and Protein Trading Limited ("Protein Trading") through January 2017. The Chapter 11 Trustee plans to refile the MORs for the time period covering November 10, 2016 through January 31, 2017. The Chapter 11 Trustee will take responsibility for filing future MORs for CFG Peru and Protein Trading.

*Note 4*

The financial information contained in the MOR is preliminary and unaudited, and as such may be subject to revision. The information in the MOR should not be viewed as indicative of future results. At the time of this MOR, the Chapter 11 Trustee is not in possession of all of the CFG Peru Entities' books and records. The Chapter 11 Trustee is in the process of reviewing material received from various parties. As of today, the Chapter 11 Trustee cannot independently verify certain financial data.

The financial statements, schedules and explanations in this MOR are subject to ongoing investigation and review by the Chapter 11 Trustee, the results of which may necessitate adjustments that may have a material impact on the financial statements and schedules taken as a whole. Each item is subject to reclassification, re-characterization, and/or adjustment, and the Chapter 11 Trustee reserves all rights with respect to the amount, classification, characterization and explanation of each item reported herein. Nothing set forth in this MOR shall be deemed a waiver of the Chapter 11 Trustee's right to challenge the amount, classification or characterization and/or classification of any asset, liability or equity interest.

Copies of the financial statements or schedules are available for inspection upon request by the Office of the United States Trustee.

1

In re CFG Peru Investments Pte. Limited (Singapore)
_____
Debtor

Case No. 16-11914
Reporting Period: 12/01/2016 - 12/31/2016

| in USD 000's | BANK ACCOUNTS | | | | | | | | | |
| | DEBTOR | CFG Peru Singapore Subsidiaries | | | | | | | | |
| | CFG Peru Investments Pte. Ltd. (Singapore) | Sustainable Pelagic Fishery S.A.C. (Peru) | CFG Investment S.A.C. (Peru) | Sustainable Fishing Resources S.A.C. (Peru) | Protein Trading Limited (Samoa) Case No. 16-11923 | Inmobiliaria Gainesville S.A.C. (Peru) | Inmobiliaria Y Constructora Pahk S.A.C. (Peru) | J. Wiludi & Asociados S.A.C. (Peru) | China Fishery Group Limited (HK) | CFG Investments Shanghai Ltd. |
|---|---|---|---|---|---|---|---|---|---|---|
| **CASH BEGINNING OF MONTH** | - | - | 868 | 14 | | 0 | 2 | 5 | | |
| **RECEIPTS** | | | | | | | | | | |
| FISH OIL, FISHMEAL & FISH SALES | - | - | 13,564 | - | | - | - | - | | |
| LOANS AND ADVANCES | - | - | - | - | | - | - | - | | |
| SALE OF ASSETS | - | - | - | - | | - | - | - | | |
| INTERCOMPANY (Trustee) | - | - | 9,725 | 238 | | - | 2 | 6 | | |
| INTERCOMPANY (non-Trustee) | - | - | - | - | | - | - | - | | |
| OTHER RECEIPTS (ATTACH LIST) | - | - | 37 | 0 | | - | - | - | | |
| **TOTAL RECEIPTS** | - | - | 23,326 | 238 | - | - | 2 | 6 | - | |
| **DISBURSEMENTS** | | | | | | | | | | |
| NET PAYROLL | - | - | (2,534) | - | | - | - | - | | |
| PAYROLL TAXES | - | - | - | - | | - | - | - | | |
| SALES, USE, & OTHER TAXES | - | - | (2,363) | (55) | | - | (5) | (5) | | |
| FISHING RIGHTS PAYMENT | - | - | (79) | - | | - | - | - | | |
| JUDICIAL RETENTION | - | - | (288) | - | | - | - | - | | |
| SUPPLIERS | - | - | (15,183) | (182) | | - | (1) | (1) | | |
| SECURED/ RENTAL/ LEASES | - | - | - | - | | - | - | (6) | | |
| INSURANCE | - | - | 17 | - | | - | - | - | | |
| ADMINISTRATIVE | - | - | (187) | - | | - | - | - | | |
| SELLING | - | - | (58) | - | | - | - | - | | |
| INTERCOMPANY (Trustee) | - | - | (3,317) | - | | - | - | (1) | | |
| INTERCOMPANY (non-Trustee) | - | - | - | - | | - | - | - | | |
| OTHER | - | - | - | - | | - | - | - | | |
| OWNER DRAW * | - | - | - | - | | - | - | - | | |
| PROFESSIONAL FEES | - | - | - | - | | - | - | - | | |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | | - | - | - | | |
| COURT COSTS | - | - | - | - | | - | - | - | | |
| **TOTAL DISBURSEMENTS** | - | - | (23,992) | (237) | - | - | (6) | (13) | - | |
| | | | | | | | | | | |
| **NET CASH FLOW** | - | - | (666) | 1 | - | - | (5) | (7) | - | |
| Less: CFG Peru Singapore Subsidiaries' Cash | | | | | | | | | | |
| | | | | | | | | | | |
| **CASH – END OF MONTH** | - | - | 202 | 15 | - | 0 | (3) | (3) | - | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

[1] The "Trustee" and "non-Trustee" designations refer to entities controlled by William A. Brandt, Jr. as Trustee of CFG Peru Investments Pte. Ltd. (Singapore).

### THE FOLLOWING SECTION MUST BE COMPLETED

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

*in USD 000's*

| | |
|---|---|
| **TOTAL DISBURSEMENTS (Debtor + CFG Peru Singapore Subsidiaries)** | **69,663** |
| LESS: INTERCOMPANY TRANSFERS | (13,059) |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY** | 56,604 |

In re CFG Peru Investments Pte. Ltd. (Singapore) et al      **Case No.** 16-11914

Debtor      **Reporting Period:** 12/01/2016 - 12/31/2016

| *in USD 000's* | BANK ACCOUNTS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | CFG Peru Singapore Subsidiaries | | | | | | | | |
| | Copeinca AS (Norway) | Copeinca International SLU (Spain) | Corporacion Pesquera Inca S.A.C. (Peru) | Macro Capitales S.A. (Panama) | Corporacion Pesquera Frami S.A.C. (Peru) | Consorcio Vollmucht S.A.C. (Peru) | Inversiones Pesqueras West S.A.C. (Peru) | ADJSTMTS | TOTAL OF ALL ACCTS (USD) |
| **CASH BEGINNING OF MONTH** | 423 | - | 7,800 | - | 0 | - | - | (9,113) | - |
| **RECEIPTS** | | | | | | | | | |
| FISH OIL, FISHMEAL & FISH SALES | - | - | 35,488 | - | - | - | - | | 49,053 |
| LOANS AND ADVANCES | - | - | - | - | - | - | - | | - |
| SALE OF ASSETS | - | - | - | - | - | - | - | | - |
| INTERCOMPANY (Trustee) | 9 | 5 | 3,072 | - | - | - | - | | 13,056 |
| INTERCOMPANY (non-Trustee) | - | - | - | - | - | - | - | | - |
| OTHER RECEIPTS *(ATTACH LIST)* | - | - | 50 | - | - | - | - | | 87 |
| **TOTAL RECEIPTS** | 9 | 5 | 38,610 | - | - | - | - | | 62,195 |
| **DISBURSEMENTS** | | | | | | | | | |
| NET PAYROLL | - | - | (4,868) | - | - | - | - | | (7,401) |
| PAYROLL TAXES | - | - | - | - | - | - | - | | - |
| SALES, USE, & OTHER TAXES | - | - | (992) | - | - | - | - | | (3,421) |
| FISHING RIGHTS PAYMENT | - | - | (99) | - | - | - | - | | (178) |
| JUDICIAL RETENTION | - | - | (305) | - | - | - | - | | (593) |
| SUPPLIERS | - | - | (28,999) | - | - | - | - | | (44,366) |
| SECURED/ RENTAL/ LEASES | - | - | (1) | - | - | - | - | | (7) |
| INSURANCE | - | - | 78 | - | - | - | - | | 95 |
| ADMINISTRATIVE | (9) | (5) | (461) | - | - | - | - | | (662) |
| SELLING | - | - | (12) | - | - | - | - | | (70) |
| INTERCOMPANY (Trustee) | - | - | (9,741) | - | - | - | - | | (13,059) |
| INTERCOMPANY (non-Trustee) | - | - | - | - | - | - | - | | - |
| OTHER | - | - | - | - | - | - | - | | - |
| OWNER DRAW * | - | - | - | - | - | - | - | | - |
| PROFESSIONAL FEES | - | - | - | - | - | - | - | | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - | - | - | | - |
| COURT COSTS | - | - | - | - | - | - | - | | - |
| **TOTAL DISBURSEMENTS** | (9) | (5) | (45,400) | - | - | - | - | | (69,663) |
| | | | | | | | | | |
| NET CASH FLOW | - | - | (6,791) | - | - | - | - | | (7,468) |
| Less: CFG Peru Singapore Subsidiaries' Cash | | | | | | | | 7,468 | 7,468 |
| | | | | | | | | | |
| **CASH – END OF MONTH** | 423 | - | 1,010 | - | 0 | - | - | (1,645) | - |

\* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

[1] The "Trustee" and "non-Trustee" designations refer to entities controlled by William A. Brandt, Jr. as Trustee of CFG Peru Investments Pte. Ltd. (Singapore).

**In re** CFG Peru Investments Pte. Limited (Singapore)
    **Debtor**

**Case No.** 16-11914
**Reporting Period:** 12/01/2016 - 12/31/2016

| | December 1 through December 31 | | | Case-to-Date | |
| | Receipts [1] | Disbursements [1] | | Receipts [1] | Disbursements [1] |
|---|---|---|---|---|---|
| 16-11914  CFG Peru Investments Pte. Ltd. (Singapore) | $ 49,139,141 | $ (56,603,875) | | $ 64,700,203 | $ (65,485,412) |
| 16-11923  Protein Trading Limited (Samoa) | - | - | | - | - |
| **Total Disbursements** | **$ 49,139,141** | **$ (56,603,875)** | | **$ 64,700,203** | **$ (65,485,412)** |

[1] Receipts and disbursements are net of Trustee-controlled intercompany activity.

In re CFG Peru Investments Pte. Limited (Singapore)                    Case No. 16-11914

Debtor                                                        Reporting Period: 12/01/2016 - 12/31/2016

# BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| in USD 000's | DEBTOR | CFG Peru Singapore Subsidiaries | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | CFG Peru Investments Pte. Ltd. (Singapore) | Sustainable Pelagic Fishery S.A.C. (Peru) | CFG Investment S.A.C. (Peru) | Sustainable Fishing Resources S.A.C. (Peru) | Protein Trading Limited (Samoa) Case No. 16-11923 | Inmobilaria Gainesville S.A.C. (Peru) | Inmobilaria Y Constructora Pahk S.A.C. (Peru) | J. Wiludi & Asociados S.A.C. (Peru) | China Fishery Group Limited (HK) |
| | | | | | | | | | |
| **BALANCE PER BOOKS (USD)** | - | - | 186 | 16 | | 0 | 1 | 3 | |
| | | | | | | | | | |
| BANK BALANCE | - | - | 275 | 16 | | - | - | - | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | - | - | 1 | - | | - | - | - | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | - | - | (67) | - | | - | - | - | |
| OTHER  *(ATTACH EXPLANATION)* | - | - | (20) | - | | 0 | 1 | 3 | |
| | | | | | | | | | |
| **ADJUSTED BANK BALANCE \*** | - | - | 189 | 16 | - | 0 | 1 | 3 | |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| CHECKS OUTSTANDING | Ck. # | Amount | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**OTHER**

Other activity is net amount of credits and debits recorded by the bank but not yet recorded on the books.

Detail for the individual bank accounts is not included, all account balances and reconciling activity has been converted to US dollars.

**In re** CFG Peru Investments Pte. Limited (Singapore)  
**Debtor**

**Case No.** 16-11914  
**Reporting Period:** 12/01/2016 - 12/31/2016

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| *in USD 000's* | | CFG Peru Singapore Subsidiaries | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | CFG Investments Shanghai Ltd. | Copeinca AS (Norway) | Copeinca International SLU (Spain) | Corporacion Pesquera Inca S.A.C. (Peru) | Macro Capitales S.A. (Panama) | Corporacion Pesquera Frami S.A.C. (Peru) | Consorcio Vollmacht S.A.C. (Peru) | Inversiones Pesqueras West S.A.C. (Peru) |
| **BALANCE PER BOOKS (USD)** | | 424 | - | 1,385 | - | 0 | - | - |
| | | | | | | | | |
| BANK BALANCE | | - | - | 1,522 | - | - | - | - |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | - | - | - | - | - | - | - |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | | - | - | (119) | - | - | - | - |
| OTHER *(ATTACH EXPLANATION)* | | 424 | - | (19) | - | 0 | - | - |
| | | | | | | | | |
| **ADJUSTED BANK BALANCE \*** | | 424 | - | 1,385 | - | 0 | - | - |

\*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | | Date | Amount | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| CHECKS OUTSTANDING | | Ck. # | Amount | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

OTHER

Other activity is net amount of credits and debits recorded by the bank but not yet recorded on the books.

Detail for the individual bank accounts is not included, all account balances and reconciling activity has been converted to US dollars.

In re CFG Peru Investments Pte. Limited (Singapore)

Debtor

Case No. 16-11914

Reporting Period: 12/01/2016 - 12/31/2016

## STATEMENT OF OPERATIONS  (Income Statement)

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue
when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| in USD 000's | DEBTOR CFG Peru Investments Pte. Ltd. (Singapore) | Sustainable Pelagic Fishery S.A.C. (Peru) | CFG Investment S.A.C. (Peru) | Sustainable Fishing Resources S.A.C. (Peru) | Protein Trading Limited (Samoa) Case No. 16-11923 | Inmobilaria Gainesville S.A.C. (Peru) | Inmobilaria Y Constructora Pahk S.A.C. (Peru) | J. Wiludi & Asociados S.A.C. (Peru) | China Fishery Group Limited (HK) |
|---|---|---|---|---|---|---|---|---|---|
| **REVENUES** | | | | | | | | | |
| Net Revenue | - | - | 26,162 | - | - | - | - | 62 | - |
| Cost of Goods Sold | - | - | (21,269) | - | - | - | (2) | (60) | - |
| Gross Profit | - | - | 4,893 | - | - | - | (2) | 2 | - |
| **OPERATING EXPENSES** | | | | | | | | | |
| Personnel | - | - | 140 | - | - | - | - | - | - |
| Selling & Administrative Expenses | - | 18 | 780 | 293 | - | - | 2 | 1 | - |
| Other Selling, General & Administrative Expenses | - | 0 | 72 | - | - | 0 | 0 | 0 | - |
| Other Operating Expenses | - | - | 608 | 1 | - | - | - | - | - |
| Taxes | - | - | 789 | 66 | - | 2 | 0 | 0 | - |
| Total Operating Expenses Before Depreciation | - | 18 | 2,389 | 359 | - | 2 | 3 | 1 | - |
| Depreciation / Amortization | - | - | 33 | (0) | - | - | - | - | - |
| Net Profit (Loss) Before Other Income & Expenses | - | (18) | 2,471 | (359) | - | (2) | (4) | 1 | - |
| **OTHER INCOME AND EXPENSES** | | | | | | | | | |
| Ordinary Course Sale of Fixed Assets (net) | - | - | 278 | - | - | - | - | - | - |
| Income from Operation & Administrative Services rendered to CFG / COP | - | - | (18) | - | - | - | - | - | - |
| Impairment Reversal (Income) / Loss | - | - | (370) | - | - | - | - | - | - |
| Logistic Service Income (net) | - | - | (8) | - | - | - | - | - | - |
| Contingency Recovery Income | - | - | 224 | - | - | - | - | - | - |
| Gain on Sale of Supplies | - | - | (45) | - | - | - | - | - | - |
| Interest Income | - | - | (0) | - | - | - | - | - | - |
| Interest Income - Related | - | - | (1,170) | - | - | - | - | - | - |
| Interest Expense | - | - | 15,345 | - | - | - | - | - | - |
| Interest Expense - Related | - | - | - | - | - | - | - | - | - |
| Other Financial Expense | - | - | 29 | - | - | 0 | - | - | - |
| Exchange Difference | - | 0 | 63 | 9 | - | (0) | 0 | (1) | - |
| Non-Operating Units Expenses (incl Depreciation) | - | - | 301 | - | - | - | - | - | - |
| Other Income (attach schedule) | - | - | 336 | - | - | - | - | - | - |
| Net Profit (Loss) Before Reorganization Items | - | (19) | (12,493) | (369) | - | (2) | (4) | 2 | - |
| **REORGANIZATION ITEMS** | | | | | | | | | |
| Professional Fees | - | - | - | - | - | - | - | - | - |
| U. S. Trustee Quarterly Fees | - | - | - | - | - | - | - | - | - |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | - | - | - | - | - | - | - | - | - |
| Gain (Loss) from Sale of Equipment | - | - | - | - | - | - | - | - | - |
| Other Reorganization Expenses (attach schedule) | - | - | - | - | - | - | - | - | - |
| Total Reorganization Expenses | - | - | - | - | - | - | - | - | - |
| Income Taxes - Current | - | - | - | - | - | (6) | - | - | - |
| Income Taxes - Deferred | - | - | 2,776 | (123) | - | - | (0) | (46) | - |
| Net Profit (Loss) | - | (19) | (9,716) | (491) | - | (8) | (5) | (44) | - |

*"Insider" is defined in 11 U.S.C. Section 101(31).

## BREAKDOWN OF "OTHER" CATEGORY

### OTHER OPERATIONAL EXPENSES

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Past period expenses | | | 368 | | | | | | |
| Freight expenses | | | | | | | | | |
| Loss expenses (insurance) | | | - | | | | | | |
| Other operating expenses | | | 240 | | | | | | |
| **OTHER OPERATIONAL EXPENSES TOTAL** | | | **608** | | | | | | |

### OTHER INCOME

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Rentals | | | (10) | | | | | | |
| Other income | | | 353 | | | | | | |
| Recovery of provisions | | | - | | | | | | |
| Loss recovery (insurance) | | | - | | | | | | |
| Freight reimbursement | | | (7) | | | | | | |
| **OTHER INCOME TOTAL** | | | **336** | | | | | | |

In re CFG Peru Investments Pte. Limited (Singapore)

Debtor

Case No. 16-11914

Reporting Period: 12/01/2016 - 12/31/2016

## STATEMENT OF OPERATIONS  (Income Statement)

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| in USD 000's | CFG Investments Shanghai Ltd. | Copeinca AS (Norway) | Copeinca International SLU (Spain) | Corporacion Pesquera Inca S.A.C. (Peru) | Macro Capitales S.A. (Panama) | Corporacion Pesquera Frami S.A.C. (Peru) | Consorcio Vollmacht S.A.C. (Peru) | Inversiones Pesqueras West S.A.C. (Peru) | TOTAL (CONSOLIDATING) |
|---|---|---|---|---|---|---|---|---|---|
| **REVENUES** | | | | | | | | | |
| Net Revenue | - | - | 40,280 | - | - | - | - | - | 66,504 |
| Cost of Goods Sold | - | - | (33,787) | - | - | - | - | - | (55,116) |
| Gross Profit | - | - | 6,493 | - | - | - | - | - | 11,387 |
| **OPERATING EXPENSES** | | | | | | | | | |
| Personnel | - | - | 456 | - | - | - | - | - | 596 |
| Selling & Administrative Expenses | 3 | (0) | 1,304 | - | - | 1 | 1 | 1 | 2,404 |
| Other Selling, General & Administrative Expenses | - | - | 136 | - | - | - | - | - | 210 |
| Other Operating Expenses | - | - | 664 | - | - | - | - | - | 1,272 |
| Taxes | - | - | 1,155 | - | - | - | - | (0) | 2,012 |
| Total Operating Expenses Before Depreciation | 3 | (0) | 3,715 | - | - | 1 | 1 | 1 | 6,494 |
| Depreciation / Amortization | - | - | 25 | - | - | - | - | - | 59 |
| Net Profit (Loss) Before Other Income & Expenses | (3) | 0 | 2,753 | - | - | (1) | (1) | (1) | 4,835 |
| **OTHER INCOME AND EXPENSES** | | | | | | | | | |
| Ordinary Course Sale of Fixed Assets (net) | - | - | (70) | - | - | - | - | - | 207 |
| Income from Operation & Administrative Services rendered to CFG / COP | - | - | (27) | - | - | - | - | - | (45) |
| Impairment Reversal (Income) / Loss | - | - | - | - | - | - | - | - | (370) |
| Logistic Service Income (net) | - | - | (38) | - | - | - | - | - | (46) |
| Contingency Recovery Income | - | - | 287 | - | - | - | - | - | 511 |
| Gain on Sale of Supplies | - | - | (84) | - | - | - | - | - | (129) |
| Interest Income | - | - | (1) | - | - | - | - | - | (2) |
| Interest Income - Related | (1,214) | - | (612) | - | - | - | - | - | (2,996) |
| Interest Expense | - | - | 49 | - | - | - | - | - | 15,394 |
| Interest Expense - Related | - | 571 | 1,170 | - | - | - | - | - | 1,740 |
| Other Financial Expense | - | - | 153 | - | - | 0 | - | - | 181 |
| Exchange Difference | 1,286 | 440 | (98) | - | - | 3 | 1 | (1) | 1,702 |
| Non-Operating Units Expenses (incl Depreciation) | - | - | 8 | - | - | - | - | - | 309 |
| Other Income (attach schedule) | - | - | (320) | - | - | - | - | - | 16 |
| Net Profit (Loss) Before Reorganization Items | (76) | (1,010) | 2,338 | - | - | (4) | (2) | 0 | (11,638) |
| **REORGANIZATION ITEMS** | | | | | | | | | |
| Professional Fees | - | - | - | - | - | - | - | - | - |
| U. S. Trustee Quarterly Fees | - | - | - | - | - | - | - | - | - |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | - | - | - | - | - | - | - | - | - |
| Gain (Loss) from Sale of Equipment | - | - | - | - | - | - | - | - | - |
| Other Reorganization Expenses (attach schedule) | - | - | - | - | - | - | - | - | - |
| Total Reorganization Expenses | - | - | - | - | - | - | - | - | - |
| Income Taxes - Current | (498) | - | (1,871) | - | - | - | - | - | (2,375) |
| Income Taxes - Deferred | (365) | - | (1,573) | - | - | - | - | - | 669 |
| Net Profit (Loss) | (938) | (1,010) | (1,107) | - | - | (4) | (2) | 0 | (13,344) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

## BREAKDOWN OF "OTHER" CATEGORY

### OTHER OPERATIONAL EXPENSES

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Past period expenses | | | | 321 | | | | | |
| Freight expenses | | | | - | | | | | |
| Loss expenses (insurance) | | | | 8 | | | | | |
| Other operating expenses | | | | 334 | | | | | |
| **OTHER OPERATIONAL EXPENSES TOTAL** | | | | **664** | | | | | |

### OTHER INCOME

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Rentals | | | | (49) | | | | | |
| Other income | | | | (240) | | | | | |
| Recovery of provisions | | | | 3 | | | | | |
| Loss recovery (insurance) | | | | (16) | | | | | |
| Freight reimbursement | | | | (18) | | | | | |
| **OTHER INCOME TOTAL** | | | | **(320)** | | | | | |

In re CFG Peru Investments Pte. Limited (Singapore)

Debtor

Case No. 16-11914

Reporting Period: 12/01/2016 - 12/31/2016

**BALANCE SHEET**

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from post-petition obligations.

| in USD 000's | DEBTOR | CFG Peru Singapore Subsidiaries | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | CFG Peru Investments Pte. Ltd. (Singapore) | Sustainable Pelagic Fishery S.A.C. (Peru) | CFG Investment S.A.C. (Peru) | Sustainable Fishing Resources S.A.C. (Peru) | Protein Trading Limited (Samoa) Case No. 16:11923 | Inmobiliaria Gainesville S.A.C. (Peru) | Inmobiliaria Y Constructora Pahk S.A.C. (Peru) | J. Wiludi & Asociados S.A.C. (Peru) | China Fishery Group Limited (HK) |
| **ASSETS** *BOOK VALUE AT END OF CURRENT REPORTING MONTH\** | | | | | | | | | |
| *CURRENT ASSETS* | | | | | | | | | |
| Cash and Equivalents | - | - | 497 | 22 | 0 | 0 | 5 | 3 | - |
| Accounts Receivable - Trade [1] | - | - | 15,074 | - | - | - | - | - | - |
| Accounts Receivable - Other | - | 83 | 12,792 | 348 | - | 108 | 35 | 56 | - |
| Accounts Receivable - Related Parties (Trustee) [2] | 160 | - | 42,301 | - | - | - | - | 1 | - |
| Accounts Receivable - Related Parties (Non-Trustee) [2] | 1 | - | 735 | 7,013 | - | - | - | - | 0 |
| Inventories | - | - | 10,654 | - | - | - | - | - | - |
| Supplies & Spare Parts & Other Assets | - | - | 4,952 | - | - | 3,342 | - | - | - |
| Deferred Expenses | 17,393 | - | 4,556 | - | - | - | - | - | - |
| *TOTAL CURRENT ASSETS* | 17,554 | 83 | 91,559 | 7,384 | 0 | 3,450 | 39 | 61 | 0 |
| *PROPERTY & EQUIPMENT* | | | | | | | | | |
| Property, Plant & Equipment | - | - | 105,193 | 66,842 | - | - | 182 | 10,503 | - |
| Fishing & Plant Permits | - | - | 224,867 | - | - | - | - | - | - |
| Loans Receivable - Related Parties LT (Trustee) [2] | - | - | 235,558 | - | 19,943 | - | - | 595 | - |
| Loans Receivable - Related Parties LT (Non-Trustee) [2] | - | - | 1,005 | 2,070 | 16,384 | - | - | 2,427 | - |
| Investments in Associates & Subs | 365,504 | - | 800,029 | - | - | - | - | 0 | 150 |
| Goodwill & Other Intangible Assets | - | - | 90,631 | - | - | - | - | - | - |
| *TOTAL PROPERTY & EQUIPMENT* | 365,504 | - | 1,457,283 | 68,912 | 36,327 | - | 182 | 13,525 | 150 |
| **TOTAL ASSETS** | 383,059 | 83 | 1,548,841 | 76,296 | 36,327 | 3,450 | 222 | 13,586 | 150 |
| *LIABILITIES AND OWNER EQUITY* | | | | | | | | | |
| *LIABILITIES* | | | | | | | | | |
| Accounts Payable - Trade | 25 | - | 7,529 | 1,927 | - | 3 | 0 | 3 | - |
| Accounts Payable - Related Parties (Trustee) [2] | - | 38 | 1,784 | 1,770 | - | - | 93 | 28 | 160 |
| Accounts Payable - Related Parties (non-Trustee) [2] | 3 | 526 | 111 | 25 | - | - | - | - | 8 |
| Current Portion of Borrowings (3rd Parties) | - | 4 | 718,797 | 34 | - | - | 0 | 2 | - |
| Current Portion of Lawsuits | - | - | 2,123 | - | - | - | - | - | - |
| Other Accounts Payable | 0 | 112 | 87,829 | 22,060 | - | 6 | - | 14,000 | - |
| Loans Payable - Related Parties (Trustee) [2] | 19,943 | - | 1,001 | - | 6,821 | 3,635 | - | - | - |
| Loans Payable - Related Parties (non-Trustee) [2] | 372,211 | 5,331 | 466,260 | 136 | 6,007 | - | - | 0 | - |
| Long Term Borrowings (3rd Parties) | - | - | - | - | - | - | - | - | - |
| Deferred Income Tax | - | - | 27,068 | 3,408 | - | - | 9 | 747 | - |
| Contingencies | - | - | 5,170 | 423 | - | - | - | - | - |
| *TOTAL LIABILITIES* | 392,182 | 6,011 | 1,317,673 | 29,783 | 12,828 | 3,644 | 102 | 14,781 | 168 |
| *OWNERS' EQUITY* | | | | | | | | | |
| Share Capital | 0 | 6,743 | 365,500 | 76,685 | - | 0 | 1,002 | 1 | 4 |
| Share Premium | - | - | - | - | - | - | - | - | - |
| Additional Share Capital | - | - | - | - | - | - | - | - | - |
| Investment Shares | - | - | - | - | - | - | - | - | - |
| Other Reserves | - | - | - | - | - | - | - | - | - |
| Cumulative Translation Adjustment | - | - | - | - | - | - | - | - | - |
| Retained Earnings | (9,123) | (12,671) | (134,332) | (30,171) | 23,499 | (194) | (882) | (1,196) | (22) |
| *NET OWNERS' EQUITY* | (9,123) | (5,928) | 231,169 | 46,513 | 23,499 | (194) | 120 | (1,195) | (18) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 383,059 | 83 | 1,548,841 | 76,296 | 36,327 | 3,450 | 222 | 13,586 | 150 |

\*"Insider" is defined in 11 U.S.C. Section 101(31).

[1] Accounts Receivable - Trade includes $19M of significantly past due receivables that the Trustee is investigating the likelihood of collectibility.

[2] The "Trustee" and "non-Trustee" designations refer to entities controlled by William A. Brandt, Jr. as Trustee of CFG Peru Investments Pte. Ltd. (Singapore).

In re CFG Peru Investments Pte. Limited (Singapore)  Case No. 16-11914
**Debtor**  Reporting Period: 12/01/2016 - 12/31/2016

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from post-petition obligations.

| *in USD 000's* | CFG Peru Singapore Subsidiaries | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | CFG Investments Shanghai Ltd. | Copeinca AS (Norway) | Copeinca International SLU (Spain) | Corporacion Pesquera Inca S.A.C. (Peru) | Macro Capitales S.A. (Panama) | Corporacion Pesquera Frami S.A.C. (Peru) | Consorcio Vollmach S.A.C. (Peru) | Inversiones Pesqueras West S.A.C. (Peru) |
| **ASSETS** *BOOK VALUE AT END OF CURRENT REPORTING MONTH\** | | | | | | | | |
| *CURRENT ASSETS* | | | | | | | | |
| Cash and Equivalents | 424 | - | 1,881 | 1 | 0 | 2 | - | - |
| Accounts Receivable - Trade [1] | - | - | 28,626 | - | - | - | - | - |
| Accounts Receivable - Other | 20 | - | 12,657 | - | 4 | 8 | 88 | |
| Accounts Receivable - Related Parties (Trustee) [2] | - | - | 4,371 | - | - | - | - | - |
| Accounts Receivable - Related Parties (Non-Trustee) [2] | - | - | 263 | - | - | - | - | - |
| Inventories | - | - | 25,496 | - | - | - | - | - |
| Supplies & Spare Parts & Other Assets | - | - | 7,000 | - | - | - | - | - |
| Deferred Expenses | - | - | 11,305 | - | - | - | - | - |
| *TOTAL CURRENT ASSETS* | 443 | - | 91,599 | 1 | 4 | 10 | 88 | |
| *PROPERTY & EQUIPMENT* | | | | | | | | |
| Property, Plant & Equipment | - | - | 220,145 | - | - | - | - | - |
| Fishing & Plant Permits | - | - | 70,470 | - | - | - | - | - |
| Loans Receivable - Related Parties LT (Trustee) [2] | 40,886 | - | 51,214 | - | - | - | - | - |
| Loans Receivable - Related Parties LT (Non-Trustee) [2] | 79,715 | - | 81,383 | - | - | - | - | - |
| Investments in Associates & Subs | 290,887 | 109,194 | 2,603 | - | - | - | - | - |
| Goodwill & Other Intangible Assets | - | - | 69,897 | - | - | - | - | - |
| *TOTAL PROPERTY & EQUIPMENT* | 411,488 | 109,194 | 495,713 | - | - | - | - | - |
| | | | | | | | | |
| *TOTAL ASSETS* | 411,932 | 109,194 | 587,312 | 1 | 4 | 10 | 88 | |
| *LIABILITIES AND OWNER EQUITY* | | | | | | | | |
| | | | | | | | | |
| *LIABILITIES* | | | | | | | | |
| Accounts Payable - Trade | 47 | - | 18,595 | - | - | - | - | - |
| Accounts Payable - Related Parties (Trustee) [2] | - | - | 37,668 | - | 202 | 56 | 29 | |
| Accounts Payable - Related Parties (non-Trustee) [2] | - | - | 69 | - | - | - | - | - |
| Current Portion of Borrowings (3rd Parties) | - | - | 7,914 | - | 1 | 2 | 1 | |
| Current Portion of Lawsuits | - | - | 2,393 | - | - | - | - | - |
| Other Accounts Payable | 498 | - | 22,679 | - | - | 17 | 19 | |
| Loans Payable - Related Parties (Trustee) [2] | - | 86,605 | 236,043 | - | - | - | - | - |
| Loans Payable - Related Parties (non-Trustee) [2] | - | - | - | - | - | - | - | - |
| Long Term Borrowings (3rd Parties) | - | - | 9 | - | - | - | - | - |
| Deferred Income Tax | 2,655 | - | 31,924 | - | - | - | - | - |
| Contingencies | - | - | 9,608 | - | - | - | 9 | |
| *TOTAL LIABILITIES* | 3,200 | 86,615 | 366,901 | - | 203 | 74 | 57 | |
| *OWNERS' EQUITY* | | | | | | | | |
| Share Capital | 65,891 | 1,332 | 157,002 | 1 | 0 | 0 | 0 | |
| Share Premium | 354,322 | 14,135 | - | - | - | - | - | - |
| Additional Share Capital | - | - | 4,199 | - | - | - | - | - |
| Investment Shares | - | - | 18 | - | - | - | - | - |
| Other Reserves | - | 266 | 33,343 | - | - | 0 | - | - |
| Cumulative Translation Adjustment | (6,394) | - | 2,606 | - | - | - | - | - |
| Retained Earnings | (5,087) | 6,845 | 23,243 | - | (199) | (65) | 30 | |
| *NET OWNERS' EQUITY* | 408,732 | 22,579 | 220,412 | 1 | (198) | (64) | 30 | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 411,932 | 109,194 | 587,312 | 1 | 4 | 10 | 88 | |

\*"Insider" is defined in 11 U.S.C. Section 101(31).

[1] Accounts Receivable - Trade includes $19M of significantly past due receivables that the Trustee is investigating the likelihood of collectibility.

[2] The "Trustee" and "non-Trustee" designations refer to entities controlled by William A. Brandt, Jr. as Trustee of CFG Peru Investments Pte. Ltd. (Singapore).

| In re CFG Peru Investments Pte. Limited (Singapore) | Case No. 16-11914 |
|---|---|
| **Debtor** | **Reporting Period:** 12/01/2016 - 12/31/2016 |

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | | | | | | |
| FICA-Employee | | | | | | - |
| FICA-Employer | | | | | | - |
| Unemployment | | | | | | - |
| Income | - | | | | | - |
| Other:_____ | - | | | | | - |
| Total Federal Taxes | - | - | - | - | - | - |
| State and Local | | | | | | |
| Withholding | | | | | | - |
| Sales | | | | | | - |
| Excise | | | | | | - |
| Unemployment | | | | | | - |
| Real Property | - | | | | | - |
| Personal Property | - | | | | | - |
| Other: | - | | | | | - |
| Total State and Local | - | - | - | - | - | - |
| | | | | | | |
| Total Taxes | - | - | - | - | - | - |

*(N/A marked across tax table)*

## SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

| | Number of Days Past Due | | | | |
|---|---|---|---|---|---|
| | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Accounts Payable | | | | | |
| Wages Payable | | | | | |
| Taxes Payable | | | | | |
| Rent/Leases-Building | | | | | |
| Rent/Leases-Equipment | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | |
| Professional Fees | | | | | |
| Amounts Due to Insiders | | | | | |
| Other: Vacation | | | | | |
| Other:_____ | | | | | |
| **Total Post-petition Debts** | - | | | | |

*(N/A marked across debts table)*

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

_____

_____

_____

**In re** CFG Peru Investments Pte. Limited (Singapore)  
**Debtor**

**Case No.** 16-11914  
**Reporting Perio** 12/01/2016 - 12/31/2016

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| Plus:  Amounts billed during the period | |
| Less:  Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Accounts Receivable | - | | | | |
| | | | | | |
| Less:  Bad Debts (Amount considered uncollectible) | | | | | |
| | | | | | |
| Net Accounts Receivable | | | | | |

## TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Taxes Payable | | | | | |
| Total Accounts Payable | | | | | |

| In re CFG Peru Investments Pte. Limited (Singapore) | Case No. 16-11914 |
|---|---|
| **Debtor** | **Reporting Period:** 12/01/2016 - 12/31/2016 |

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals.  For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.).  Attach additional sheets if necessary.

| INSIDERS [1] | | | | |
|---|---|---|---|---|
| PAYOR | PAYEE | TYPE | AMOUNT PAID (USD) | TOTAL PAID TO DATE [2] |
| CFG Investment S.A.C. (Peru) | Inmobilaria Y Constructora Pahk S.A.C. (Peru) | Trustee-controlled | $          1,762 | $          1,762 |
| CFG Investment S.A.C. (Peru) | J. Wiludi & Asociados S.A.C. (Peru) | Trustee-controlled | 5,888 | 5,888 |
| CFG Investment S.A.C. (Peru) | Sustainable Fishing Resources SAC | Trustee-controlled | 237,702 | 237,702 |
| CFG Investment S.A.C. (Peru) | Corporacion Pesquera Inca S.A.C. (Peru) | Trustee-controlled | 3,071,644 | 3,071,644 |
| Corporacion Pesquera Inca S.A.C. (Peru) | CFG Investment S.A.C. | Trustee-controlled | 9,726,771 | 10,922,827 |
| Corporacion Pesquera Inca S.A.C. (Peru) | Copeinca ASA | Trustee-controlled | 8,547 | 21,824 |
| Corporacion Pesquera Inca S.A.C. (Peru) | Sustainable Fishing Resources SAC | Trustee-controlled | - | 181,162 |
| Corporacion Pesquera Inca S.A.C. (Peru) | Copeinca International SLU (Spain) | Trustee-controlled | 5,444 | 5,444 |
| J. Wiludi & Asociados S.A.C. (Peru) | Inmobilaria Y Constructora Pahk S.A.C. (Peru) | Trustee-controlled | 1,463 | 1,463 |
| J. Wiludi & Asociados S.A.C. (Peru) | Inmobiliaria Gainesville S.A.C. (Peru) | Trustee-controlled | - | 4,726 |
| TOTAL PAYMENTS TO INSIDERS | | - | $      13,059,220 | $      14,454,441 |

[1] All payments to insiders were made by CFG Peru Singapore subsidiaries; no payments were made to insiders by the Debtor or on behalf of the Debtor. The information is presented as supplementary data to information provided elsewhere in this report.
[2] Payments made post-appointment of the Chapter 11 Trustee on November 10, 2016.

| PROFESSIONALS | | | | |
|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | | - | - | |

\* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

In re CFG Peru Investments Pte. Limited (Singapore)                    Case No. 16-11914
Debtor                                                                 Reporting Period: 12/01/2016 - 12/31/2016

## DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | n/a |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? | | n/a |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | X | |
| 8 | Are any post petition payroll taxes past due? | | X |
| 9 | Are any post petition State or Federal income taxes past due? | | X |
| 10 | Are any post petition real estate taxes past due? | | X |
| 11 | Are any other post petition taxes past due? | | X |
| 12 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 13 | Are any amounts owed to post petition creditors delinquent? | | X |
| 14 | Are any wage payments past due? | | X |
| 15 | Have any post petition loans been been received by the Debtor from any party? | | X |
| 16 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 17 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| 18 | Have the owners or shareholders received any compensation outside of the normal course of business? | | X |