**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | : | |
| In re: | : | **Chapter 11** |
| | : | |
| **CHINA FISHERY GROUP LIMITED (CAYMAN)** | : | **Case No. 16-11895 (JLG)** |
| *et al.*, | : | |
| Debtors.[1] | : | **(Jointly Administered)** |
| | : | |
| In re: | : | **Chapter 11** |
| | : | |
| **CFG Peru Investments Pte. Limited (Singapore),** | : | **Case No. 16-11914 (JLG)** |
| Debtor. | : | |
| | : | **(Jointly Administered)** |
| | : | |

**ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION FOR ORDER PURSUANT
TO BANKRUPTCY CODE SECTIONS 105(a) AND 1106, BANKRUPTCY RULES 2015.3
AND 9006(B), AND LOCAL BANKRUPTCY RULE 9006-2 (I) WAIVING THE
REQUIREMENT TO FILE REPORTS OF FINANCIAL INFORMATION REQUIRED
UNDER BANKRUPTCY RULE 2015.3; (II) FURTHER GRANTING ADDITIONAL
TIME TO FILE THE MONTHLY OPERATING REPORT FOR THE PERIOD ENDING
JANUARY 31, 2017; AND (III) WAIVING THE REQUIREMENT TO INCLUDE
DEREGISTERED COMPANIES IN MONTHLY OPERATING REPORTS**

Upon the motion (the "Motion"),[2] dated March 13, 2017, William A. Brandt, Jr.,

not individually but solely in his capacity as Chapter 11 Trustee of CFG Peru Singapore for an

order (this "Order"), pursuant to sections 105(a) and 1106 of title 11 of the United States Code

---

[1]    The Debtors are China Fishery Group Limited (Cayman) ("CFGL"), Pacific Andes International Holdings Limited (Bermuda) ("PAIH"), N.S. Hong Investment (BVI) Limited ("NS Hong"), South Pacific Shipping Agency Limited (BVI) ("SPSA"), China Fisheries International Limited (Samoa) ("CFIL"), CFGL (Singapore) Private Limited ("CFGLPL"), Chanery Investment Inc. (BVI) ("Chanery"), Champion Maritime Limited (BVI) ("Champion"), Growing Management Limited (BVI) ("Growing Management"), Target Shipping Limited (HK) ("Target Shipping"), Fortress Agents Limited (BVI) ("Fortress"), Ocean Expert International Limited (BVI) ("Ocean Expert"), Protein Trading Limited (Samoa) ("Protein Trading"), CFG Peru Investments Pte. Limited (Singapore) ("CFG Peru Singapore"), Smart Group Limited (Cayman) ("Smart Group"), Super Investment Limited (Cayman) ("Super Investment") and Pacific Andes Resources Development Ltd. ("PARD").

[2]    Capitalized terms not otherwise defined herein have the meanings ascribed to such terms in the Motion.

(the "Bankruptcy Code"), Rules 2015.3 and 9006(b) of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), and Rule 9006-2 of the Local Bankruptcy Rules for the

United States Bankruptcy Court for the Southern District of New York (the "Local Bankruptcy

Rules") (i) waiving the requirement to file financial information reports pursuant to Bankruptcy

Rule 2015.3; (ii) further granting additional time to file the Monthly Operating Report for the

period ending January 31, 2017; and (iii) waiving the requirement to include deregistered

companies in Monthly Operating Reports; and the Court having subject matter jurisdiction to

consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and

venue of these Chapter 11 Cases and the Motion in this district being proper pursuant to 28

U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C.

§ 157(b); and this Court having found that proper and adequate notice of the Application and

relief requested therein has been provided in accordance with the Bankruptcy Rules and the

Local Rules, and that, except as otherwise ordered herein, no other or further notice is necessary;

and objections (if any) to the Motion having been withdrawn or overruled on the merits; and the

Court having found and determined that the relief sought in the Motion is in the best interests of

the Debtors, their estates, their creditors and all other parties in interest; and that the legal and

factual bases set forth in the Motion establish just cause for the relief granted herein; and after

due deliberation and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED AND DECREED that:**

1.      The Motion is GRANTED to the extent set forth herein.

2.      The reporting requirements contained in Bankruptcy Rule 2015.3 are

satisfied by their inclusion in the Monthly Operating Reports to be filed by the Chapter 11

Trustee, and accordingly, the Chapter 11 Trustee is not required to comply with the reporting requirements contained in Bankruptcy Rules 2015.3.

3.      The time by which the Chapter 11 Trustee must file the Monthly Operating Report for the period ending January 31, 2017 is extended by fifteen (15) days, such that the Monthly Operating Report for such period must be filed by March 30, 2017, unless extended by further order of the Court.

4.      The relief granted by this Order is without prejudice to the Chapter 11 Trustee's right to seek further extensions of time to file any future Monthly Operating Report.

5.      The Chapter 11 Trustee is authorized to file CFG Peru Singapore's Monthly Operating Reports on the 30th day of each month hereafter.

6.      The Chapter 11 Trustee is not required to include information regarding any deregistered CFG Peru Singapore Subsidiary in the Monthly Operating Reports.

7.      The requirements set forth in Local Bankruptcy Rule 9013-1(b) are satisfied by the contents of the Motion.

8.      The Chapter 11 Trustee is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

9.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: New York, New York

March 20, 2017

/s/ *James L. Garrity, Jr.*
HON. JAMES L. GARRITY, JR.
UNITED STATES BANKRUPTCY JUDGE

3