SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Jay M. Goffman
Lisa Laukitis
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

-and-

Sarah E. Pierce (admitted *pro hac vice*)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

-and-

Elizabeth M. Downing (admitted *pro hac vice*)
500 Boylston Street
Boston, Massachusetts 02116
Telephone: (617) 573-4800
Fax: (617) 573-4870

*Counsel for William A. Brandt, Jr.,*
 *Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **CHINA FISHERY GROUP LIMITED (CAYMAN)** | : | **Case No. 16-11895 (JLG)** |
| *et al.*, | : | |
| **Debtors.**[1] | : | **(Jointly Administered)** |
| | : | |

---

[1]  The Debtors are China Fishery Group Limited (Cayman) ("CFGL"), Pacific Andes International Holdings Limited (Bermuda) ("PAIH"), N.S. Hong Investment (BVI) Limited ("NS Hong"), South Pacific Shipping Agency Limited (BVI) ("SPSA"), China Fisheries International Limited (Samoa) ("CFIL"), CFGL (Singapore) Private Limited ("CFGLPL"), Chanery Investment Inc. (BVI) ("Chanery"), Champion Maritime Limited (BVI) ("Champion"), Growing Management Limited (BVI) ("Growing Management"), Target Shipping Limited (HK) ("Target Shipping"), Fortress Agents Limited (BVI) ("Fortress"), Ocean Expert International Limited (BVI) ("Ocean Expert"), Protein Trading Limited (Samoa) ("Protein Trading"), CFG Peru Investments Pte. Limited (Singapore) ("CFG Peru"), Smart Group Limited (Cayman) ("Smart Group"), Super Investment Limited (Cayman) ("Super Investment") and Pacific Andes Resources Development Ltd. ("PARD").

| | |
|---|---|
| In re: | Chapter 11 |
| CFG Peru Investments Pte. Limited (Singapore), Debtor. | Case No. 16-11914 (JLG) |
| | (Jointly Administered) |

**SUPPLEMENTAL DECLARATION OF LISA LAUKITIS IN SUPPORT OF THE APPLICATION OF THE CHAPTER 11 TRUSTEE FOR RETENTION OF SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AS COUNSEL *NUNC PRO TUNC* TO NOVEMBER 18, 2016**

I, Lisa Laukitis, being duly sworn, depose and say:

1. I am a member of the firm of Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden, Arps" or the "Firm"), which maintains offices for the practice of law at, among other locations, Four Times Square, New York, New York 10036-6522. I am admitted in and a member in good standing of the bar of the State of New York and the bar of the United States District Court for the Southern District of New York.

2. I submit this declaration (the "First Supplemental Declaration") to supplement the disclosures in my declaration (the "Initial Declaration") dated November 22, 2016 [Docket No. 238], in support of the Chapter 11 Trustee's Application for Order Under Bankruptcy Code Section 327(a), Bankruptcy Rules 2014 and 2016, and Local Bankruptcy Rules 2014-1 and 2016-1 Authorizing Employment and Retention of Skadden, Arps, Slate, Meagher & Flom LLP as Counsel Nunc Pro Tunc to November 18, 2016 (the "Application") filed by William A. Brandt, Jr., in his capacity as Chapter 11 Trustee (the "Chapter 11 Trustee") of CFG Peru Investments Pte. Limited (Singapore) ("CFG Peru Singapore"). In the Initial Declaration, Skadden, Arps previously disclosed its current or past representations in unrelated matters of parties or potential parties in these Chapter 11 Cases, or their affiliates. Except otherwise

2

indicated herein, I have personal knowledge of the matter set forth herein and, if called as a witness, would testify competently thereto.[2]

3. Since the filing of the Initial Declaration, Skadden has engaged in further inquiry of its partners, counsel, and associates with respect to the matters contained in the Initial Declaration, and has continued to conduct further periodic checks with respect to known and newly-identified persons and parties in interest in these Chapter 11 Cases.

4. Based on such queries, in addition to the entities or individuals previously disclosed in the Initial Declaration, Skadden, Arps makes the following additional disclosures:

(a) **Development Specialists, Inc.** Skadden, Arps has had the following disclosable relationships with Development Specialists, Inc. ("DSI"):

(i) Skadden, Arps represented DSI as assignee in connection with the assignment for the benefit of creditors by Network Physics, Inc.

(ii) Skadden, Arps represents Statek Corporation on claims against Coudert Brothers, as to which DSI serves as the plan administrator.

5. Skadden will continue to conduct due diligence and will file additional supplemental declarations to the extent necessary.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

---

[2] Certain of the disclosures herein relate to matters within the knowledge of other attorneys or employees at Skadden, Arps and are based on information provided by them.

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 29, 2017.

                                        SKADDEN, ARPS, SLATE, MEAGHER
                                            & FLOM LLP

*/s/ Lisa Laukitis*
Lisa Laukitis
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
Lisa.Laukitis@skadden.com

4