**Hearing Date: April 12, 2017 at 2:00 p.m. (prevailing Eastern Time)**
**Objection Deadline: April 5, 2017 at 4:00 p.m. (prevailing Eastern Time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Jay M. Goffman
Lisa Laukitis
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

-and-

Sarah E. Pierce (admitted *pro hac vice*)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

-and-

Elizabeth M. Downing (admitted *pro hac vice*)
500 Boylston Street
Boston, Massachusetts 02116
Telephone: (617) 573-4800
Fax: (617) 573-4870

*Counsel for William A. Brandt, Jr.*
  *Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | : | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **CHINA FISHERY GROUP LIMITED (CAYMAN)** | : | **Case No. 16-11895 (JLG)** |
| *et al.,* | : | |
| **Debtors.**[1] | : | **(Jointly Administered)** |
| | : | |

---

[1]    The Debtors are China Fishery Group Limited (Cayman) ("CFGL"), Pacific Andes International Holdings Limited (Bermuda) ("PAIH"), N.S. Hong Investment (BVI) Limited ("NS Hong"), South Pacific Shipping Agency Limited (BVI) ("SPSA"), China Fisheries International Limited (Samoa) ("CFIL"), CFGL (Singapore) Private Limited ("CFGLPL"), Chanery Investment Inc. (BVI) ("Chanery"), Champion Maritime Limited (BVI) ("Champion"), Growing Management Limited (BVI) ("Growing Management"), Target Shipping Limited (HK) ("Target Shipping"), Fortress Agents Limited (BVI) ("Fortress"), Ocean Expert International Limited (BVI) ("Ocean Expert"), Protein Trading Limited (Samoa) ("Protein Trading"), CFG Peru Investments Pte. Limited (Singapore) ("CFG Peru Singapore"), Smart Group Limited (Cayman) ("Smart Group"), Super Investment Limited (Cayman) ("Super Investment") and Pacific Andes Resources Development Ltd. ("PARD").

|  | : |  |
|---|---|---|
| **In re:** | : | **Chapter 11** |
|  | : |  |
| **CFG Peru Investments Pte. Limited (Singapore),** | : | **Case No. 16-11914 (JLG)** |
| **Debtor.** | : |  |
|  | : | **(Jointly Administered)** |
|  | : |  |
| _____ | : |  |

### NOTICE OF CHAPTER 11 TRUSTEE'S MOTION FOR THE ENTRY OF AN ORDER PURSUANT TO SECTION 105 AUTHORIZING THE CHAPTER 11 TRUSTEE TO COMMENCE RECOGNITION PROCEEDINGS BEFORE THE HIGH COURT OF THE REPUBLIC OF SINGAPORE

**PLEASE TAKE NOTICE** that William A. Brandt, Jr., not individually but solely in his capacity as chapter 11 trustee (the "Trustee" or the "Chapter 11 Trustee") of CFG Peru Investments Pte. Limited (Singapore) ("CFG Peru Singapore" or the "Debtor") in the above-captioned chapter 11 cases, by his attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, hereby files the *Chapter 11 Trustee's Motion for the Entry of an Order Pursuant to Section 105 Authorizing the Chapter 11 Trustee to Commence Recognition Proceedings Before the High Court of the Republic of Singapore* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before the Honorable James L. Garrity, United States Bankruptcy Judge for the Southern District of New York, in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 601, New York, New York 10004 (the "Bankruptcy Court"), on **April 12, 2017 at 2:00 p.m. (prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Motion  and the relief requested therein, if any, must be made in writing and (a) filed with the Bankruptcy Court no later than **4:00 p.m. (prevailing Eastern Time) on April 5, 2017** (the

"Objection Deadline") and (b) served so as to be actually received by the following parties by the

Objection Deadline:

      (i)      counsel for William A. Brandt, Jr., the Chapter 11 Trustee for the bankruptcy estate of CFG Peru Investments Pte. Ltd., Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, Attn: Lisa Laukitis (lisa.laukitis@skadden.com), and Skadden, Arps, Slate, Meagher & Flom LLP, 500 Boylston Street, Boston, Massachusetts 02116, Attn: Elizabeth Downing (elizabeth.downing@skadden.com);

      (ii)      proposed counsel for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attn: Matthew S. Barr, Esq. (matt.barr@weil.com), Marcia Goldstein, Esq. (marcia.goldstein@weil.com), and Gabriel A. Morgan, Esq. (gabriel.morgan@weil.com);

      (iii)      the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Susan Golden (susan.golden@usdoj.gov); and

      (iv)      the Chapter 11 Trustee, 110 East 42nd Street, Suite 1818, New York, New York 10017, Attn: William A. Brandt, Jr. (bbrandt@dsi.biz).

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the

Application, with proof of service, is filed with the Bankruptcy Court and a courtesy copy

delivered to the Honorable James L. Garrity's Chambers by the Objection Deadline, the Chapter

11 Trustee may, on or after the Objection Deadline, submit to the Bankruptcy Court an order

substantially in the form of the proposed order attached to the Application, which order may be

entered with no further notice or opportunity to be heard.

Dated: March 29, 2017
      New York, New York

                 SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

               By:   */s/ Lisa Laukitis*
                    Jay M. Goffman
                    Lisa Laukitis
                    Four Times Square
                    New York, New York 10036-6522
                    Telephone: (212) 735-3000
                    Fax: (212) 735-2000

                    -and-

                    Sarah E. Pierce (admitted *pro hac vice*)
                    One Rodney Square
                    P.O. Box 636
                    Wilmington, Delaware 19899-0636
                    Telephone: (302) 651-3000
                    Fax: (302) 651-3001

                    -and-

                    Elizabeth M. Downing (admitted *pro hac vice*)
                    500 Boylston Street
                    Boston, Massachusetts 02116
                    Telephone: (617) 573-4800
                    Fax: (617) 573-4870

                    *Counsel for William A. Brandt, Jr.*
                     *Chapter 11 Trustee*

**Hearing Date: April 12, 2017 at 2:00 p.m. (prevailing Eastern Time)**
**Objection Deadline: April 5, 2017 at 4:00 p.m. (prevailing Eastern Time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Jay M. Goffman
Lisa Laukitis
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000
-and-
Sarah E. Pierce (admitted *pro hac vice*)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001
-and-
Elizabeth M. Downing (admitted *pro hac vice*)
500 Boylston Street
Boston, Massachusetts 02116
Telephone: (617) 573-4800
Fax: (617) 573-4870

*Counsel for William A. Brandt, Jr.*
  *Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | : | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **CHINA FISHERY GROUP LIMITED (CAYMAN)** | : | **Case No. 16-11895 (JLG)** |
| *et al.*, | : | |
| **Debtors.**[1] | : | **(Jointly Administered)** |
| | : | |
| | : | |

---

[1]   The Debtors are China Fishery Group Limited (Cayman) ("CFGL"), Pacific Andes International Holdings Limited (Bermuda) ("PAIH"), N.S. Hong Investment (BVI) Limited ("NS Hong"), South Pacific Shipping Agency Limited (BVI) ("SPSA"), China Fisheries International Limited (Samoa) ("CFIL"), CFGL (Singapore) Private Limited ("CFGLPL"), Chanery Investment Inc. (BVI) ("Chanery"), Champion Maritime Limited (BVI) ("Champion"), Growing Management Limited (BVI) ("Growing Management"), Target Shipping Limited (HK) ("Target Shipping"), Fortress Agents Limited (BVI) ("Fortress"), Ocean Expert International Limited (BVI) ("Ocean Expert"), Protein Trading Limited (Samoa) ("Protein Trading"), CFG Peru Investments Pte. Limited (Singapore) ("CFG Peru Singapore"), Smart Group Limited (Cayman) ("Smart Group"), Super Investment Limited (Cayman) ("Super Investment") and Pacific Andes Resources Development Ltd. ("PARD").

|  | : |  |
|---|---|---|
| **In re:** | : | **Chapter 11** |
|  | : |  |
| **CFG Peru Investments Pte. Limited (Singapore),** | : | **Case No. 16-11914 (JLG)** |
| **Debtor.** | : |  |
|  | : | **(Jointly Administered)** |
| _____ | : |  |

### CHAPTER 11 TRUSTEE'S MOTION FOR THE ENTRY OF AN ORDER PURSUANT TO SECTION 105 AUTHORIZING THE CHAPTER 11 TRUSTEE TO COMMENCE RECOGNITION PROCEEDINGS BEFORE THE HIGH COURT OF THE REPUBLIC OF SINGAPORE

William A. Brandt, Jr., not individually but solely in his capacity as chapter 11 trustee (the "Trustee" or the "Chapter 11 Trustee") of CFG Peru Investments Pte. Limited (Singapore) ("CFG Peru Singapore"), hereby applies to this Court (the "Motion") for entry of an order (the "Order"), substantially in the form attached hereto as Exhibit A, under section 105 of Title 11 of the United States Code (the "Bankruptcy Code") authorizing the Chapter 11 Trustee to takes such actions as are necessary to commence court proceedings (the "Recognition Proceedings") before the High Court of the Republic of Singapore.  In support of the Motion, the Trustee, by and through his undersigned counsel, respectfully represents:

### STATEMENT OF FACTS

1.      On June 30, 2016 (the "Petition Date"), each of the debtors in the above-captioned cases (the "Debtors"), except PARD, filed voluntary petitions under Chapter 11 of the Bankruptcy Code in this Court.  On September 29, 2016, PARD filed its Chapter 11 bankruptcy case (collectively with the other Debtors' Chapter 11 cases, the "Chapter 11 Cases").

2

2.      To date, no creditors' committee has been appointed in these Chapter 11

Cases by the Office of the United States Trustee for the Southern District of New York (the

"U.S. Trustee").

3.      On November 10, 2016, the U.S. Trustee sought approval of William A.

Brandt, Jr.,  as the Chapter 11 Trustee of CFG Peru Singapore [Dkt. No. 218].  On that same

date, the Court entered an order approving the selection of Mr. Brandt as the Chapter 11

Trustee [Dkt. No. 219].

## JURISDICTION AND VENUE

4.      This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue of these

cases and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

5.      The statutory predicates for the relief requested herein is Bankruptcy

Code section 105(a).

## BASIS FOR RELIEF REQUESTED

6.      Section 105(a) of the Bankruptcy Code empowers the Court to "issue

any order, process, or judgment that is necessary or appropriate to carry out the provisions of

this title."  11 U.S.C. § 105(a)

7.       While the Trustee does not believe approval of this Court is necessarily

required for him to cause CFG Peru Singapore to commence Recognition Proceedings in

Singapore, out of a desire for transparency and out of an abundance of caution, the Trustee

seeks this Court's permission to proceed with the recognition and assistance process in

Singapore.

3

8.      The Trustee has been advised by Singapore counsel that, given that CFG Peru Singapore is a Singapore entity, it is prudent and desirable to commence Recognition Proceedings in Singapore for recognition of the CFG Peru Chapter 11 Case and the resulting appointment of Mr. Brandt as the Chapter 11 Trustee.  Further, Singapore counsel has advised that if orders for recognition and appropriate assistance were granted by the Singapore court, it would, amongst other things, clarify the authority and powers, under Singapore law, of Mr. Brandt as the Chapter 11 Trustee to act on behalf of and bind CFG Peru Singapore, and better protect and secure the property and undertakings of CFG Peru Singapore (e.g., as the Singapore Court may grant moratoriums and other orders preventing actions, proceedings, or enforcement against CFG Peru Singapore or its assets absent permission of the Singapore Court).  It may also help to minimize personal liability on the part of Mr. Brandt in acting as the Chapter 11 Trustee.

9.      In light of this, the Trustee reached out to the directors and member of CFG Peru Singapore for directors' resolutions and members' resolutions authorizing the commencement of the Recognition Proceedings in Singapore (the "Directors' Resolutions" and the "Members' Resolutions" respectively, and collectively the "Recognition Resolutions"). The Directors' Resolutions are attached hereto as Exhibit B and the Members' Resolutions are attached hereto as Annex 1 to Exhibit B.  The Recognition Resolutions were executed by the directors and member respectively on March 20, 2017.

10.     As such, while the Trustee has the requisite corporate governance authorizations to proceed with commencing the Recognition Proceedings as evidenced by the Recognition Resolutions, out of an abundance of caution and desire for transparency, the Trustee seeks authorization from this Court pursuant to its section 105(a) powers for the

4

Trustee to take such further actions as are necessary to commence the Recognition

Proceedings, including filing an Ex Parte Originating Summons in a form substantially similar

to that approved by the Directors' Resolutions and attached hereto as Annex 2 to <u>Exhibit B</u>.

**NOTICE**

11.     The Trustee will provide notice of this Motion to the following parties,

or, in lieu thereof, their counsel: (a) the U.S. Trustee; (b) creditors holding the fifty largest

claims as set forth in the consolidated list filed with the Debtors' petitions; (c) U.S. counsel to

Standard Chartered Bank (Hong Kong) Limited, Cooperatieve Rabobank, U.A., and DBS Bank

(Hong Kong) Limited; (d) U.S. counsel to China CITIC Bank International Limited; (e) U.S.

counsel to the ad hoc noteholders committee; (f) U.S. counsel to Bank of America N.A.; (g)

U.S. counsel to Malayan Banking Berhad, Hong Kong Branch; (h) U.S. counsel to Fredrich

von Kaltenborn-Stachue, the insolvency administrator for the Pickenpack companies; (i) U.S.

counsel to the Debtors; (j) the United States Attorney's Office for the Southern District of New

York; (k) the Internal Revenue Service; (m) the United States Securities and Exchange

Commission; and (l) any party that has requested notice pursuant to Bankruptcy Rule 2002.  A

copy of this Motion is also available on the Court's website.  The Trustee submits that no other

or further notice need be provided.

**NO PRIOR REQUEST**

12.     No previous request for the relief sought herein has been made to this

Court or to any other court.

**CONCLUSION**

13.     **WHEREFORE**, the Trustee respectfully requests that the Court enter

an Order substantially in the form annexed hereto authorizing the Chapter 11 Trustee to takes

such actions as are necessary to commence the Recognition Proceedings before the High Court

of the Republic of Singapore.

Dated:  March 29, 2017
       New York, New York

              SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

            By:  */s/ Lisa Laukitis*
              Jay M. Goffman
              Lisa Laukitis
              Four Times Square
              New York, New York 10036-6522
              Telephone: (212) 735-3000
              Fax: (212) 735-2000

              -and-

              Sarah E. Pierce (admitted *pro hac vice*)
              One Rodney Square
              P.O. Box 636
              Wilmington, Delaware 19899-0636
              Telephone: (302) 651-3000
              Fax: (302) 651-3001

              -and-

              Elizabeth M. Downing (admitted *pro hac vice*)
              500 Boylston Street
              Boston, Massachusetts 02116
              Telephone: (617) 573-4800
              Fax: (617) 573-4870

              *Counsel for William A. Brandt, Jr.,*
               *Chapter 11 Trustee*

6

## EXHIBIT A

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

|  |  |  |
|---|---|---|
| In re: | : | **Chapter 11** |
|  | : |  |
| **CHINA FISHERY GROUP LIMITED (CAYMAN)** | : | **Case No. 16-11895 (JLG)** |
| *et al.*, | : |  |
| Debtors.[1] | : | **(Jointly Administered)** |
|  | : |  |

_____

|  |  |  |
|---|---|---|
| In re: | : | **Chapter 11** |
|  | : |  |
| **CFG Peru Investments Pte. Limited (Singapore),** | : | **Case No. 16-11914 (JLG)** |
| Debtor. | : |  |
|  | : | **(Jointly Administered)** |
|  | : |  |

_____

**ORDER PURSUANT TO SECTION 105(a) AUTHORIZING THE CHAPTER 11
TRUSTEE TO COMMENCE RECOGNITION PROCEEDINGS BEFORE THE HIGH
COURT OF THE REPUBLIC OF SINGAPORE**

Upon the application to this Court (the "Motion")[2] of the Trustee for entry of an order

pursuant to section 105(a) of Title 11 of the United States Code (the "Bankruptcy Code"):

authorizing the Chapter 11 Trustee to takes such actions as are necessary to commence court

proceedings (the "Recognition Proceedings") before the High Court of the Republic of

Singapore; and due and sufficient notice of the Motion having been given under the particular

circumstances; no other or further notice need be provided; and it appearing that the relief

_____

[1]    The Debtors are China Fishery Group Limited (Cayman) ("CFGL"), Pacific Andes International Holdings
Limited (Bermuda) ("PAIH"), N.S. Hong Investment (BVI) Limited ("NS Hong"), South Pacific Shipping
Agency Limited (BVI) ("SPSA"), China Fisheries International Limited (Samoa) ("CFIL"), CFGL (Singapore)
Private Limited ("CFGLPL"), Chanery Investment Inc. (BVI) ("Chanery"), Champion Maritime Limited (BVI)
("Champion"), Growing Management Limited (BVI) ("Growing Management"), Target Shipping Limited (HK)
("Target Shipping"), Fortress Agents Limited (BVI) ("Fortress"), Ocean Expert International Limited (BVI)
("Ocean Expert"), Protein Trading Limited (Samoa) ("Protein Trading"), CFG Peru Investments Pte. Limited
(Singapore) ("CFG Peru Singapore"), Smart Group Limited (Cayman) ("Smart Group"), Super Investment
Limited (Cayman) ("Super Investment") and Pacific Andes Resources Development Ltd. ("PARD").

[2]    Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

1

requested by the Motion is in the best interests of the Debtors, their estates, their creditors, their

stakeholders, and other parties in interest; and after due deliberation thereon, and sufficient cause

appearing therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED that**

1.    The Motion is GRANTED.

2.    Pursuant to Bankruptcy Code section 105(a), the Chapter 11 Trustee is

authorized to take such further actions as are necessary to commence the Recognition

Proceedings, including filing an Ex Parte Originating Summons in a form substantially similar to

that approved by the Directors' Resolutions and attached to the Motion as Annex 2 to Exhibit B.

3.    The Chapter 11 Trustee is authorized and empowered to take all actions

necessary to implement the relief granted in this Order.

4.    The terms and conditions of this Order shall be immediately effective and

enforceable upon its entry.

Dated:        New York, New York
              _____, 2017


              _____
              HONORABLE JAMES L. GARRITY

**<u>EXHIBIT B</u>**

**Directors' Resolutions**

**CFG PERU INVESTMENTS PTE. LTD.**
(Co. Reg. No. 200603027K)
(the "**Company**")

**DIRECTORS' RESOLUTIONS IN WRITING PURSUANT TO ARTICLE 104 OF THE CONSTITUTION
OF THE COMPANY**

---

1   DIRECTORS' DECLARATION OF INTERESTS

RESOLVED THAT IT BE NOTED THAT the Directors confirmed that they have disclosed all
their interests in the subject of these Resolutions.

2.   PROPOSED COURT APPLICATION AND MEMBERS' RESOLUTIONS IN WRITING
PURSUANT TO SECTION 184A OF THE COMPANIES ACT, CHAPTER 50

2.1   RESOLVED THAT IT BE NOTED THAT:

(a)   the Directors of the Company have caused the Company to commence proceedings
(the "**Chapter 11 Proceedings**") pursuant to Title 11 of the United States Code before
the Southern District of New York Bankruptcy Court (the "**US Bankruptcy Court**") and
accept that, as a consequence, William A. Brandt, Jr. has been appointed the Chapter
11 Trustee (the "**Chapter 11 Trustee**") of the Company by the US Bankruptcy Court;

(b)   William A. Brandt., Jr., in his capacity as the Chapter 11 Trustee of the Company and
on behalf of the Company, will be commencing court proceedings (the "**Recognition
Proceedings**") in Singapore, for recognition of the Chapter 11 Proceedings and his
appointment as Chapter 11 Trustee of the Company and any other forms of assistance
and relief arising from or in connection with the Chapter 11 Proceedings and such
appointment;

(c)   Without limitation to the Chapter 11 Trustee taking any necessary, desirable, or
incidental actions or steps in relation to the Chapter 11 Proceedings or the Recognition
Proceedings, a draft of the originating summons for the Recognition Proceedings is
annexed hereto as **Annex 2**; and

(d)   the Directors have carefully considered the circumstances, documents, and relief
referred to in Resolution 2.1(a), (b) and (c).

2.2   CIRCULATION OF MEMBERS' RESOLUTION IN WRITING

RESOLVED FURTHER THAT pursuant to Section 184C of the Companies Act, Chapter 50
(the "**Companies Act**"),  approval be and is hereby given for a Members' Resolutions in Writing
in the form annexed hereto as "**Annex 1**" to be circulated by any Director of the Company to
each member, having the right to vote on that resolution at a general meeting, for the purpose
of considering and, if thought fit, passing the resolution referred to therein which shall be
proposed as a Special Resolution.

Ref: 17/LD-C—4/CFGP
Resolutions - Recognition summons

3.    FURTHER AUTHORITY

RESOLVED THAT contingent upon the passing of the aforesaid Special Resolution set forth in
Resolution 2 above by way of a Members' Resolutions in Writing pursuant to Section 184C of
the Companies Act:

(a)    the Directors or any persons authorised by any Director to act on the Company's behalf
are hereby authorised to do all acts and things as they may consider necessary or
expedient to give effect to the said Special Resolution, including the swearing or affirming
of any affidavit required in connection with any application to any court, or in relation to
the documents and/or filings which are required to be executed or lodged by the
Company and/or the Directors (to the extent applicable);

(b)    William A. Brandt., Jr., in his capacity as the Chapter 11 Trustee of the Company and
on behalf of the Company, is authorised to take all actions necessary or desirable in
relation to the Recognition Proceedings, including but not limited to commencing any
court applications on behalf of and in the name of the Company and in his own name
(in his capacity as the Chapter 11 Trustee of the Company), and is authorised to give all
necessary or relevant instructions to his legal advisors in connection with any such
application; and

(c)    Without prejudice to all or any powers that William A. Brandt, Jr. may have as the
Chapter 11 Trustee of the Company, William A. Brandt, Jr., as the Chapter 11 Trustee
of the Company, shall be recognised as being empowered to act on behalf of the
Company and, if the Singapore Court grants the Recognition Application, William A.
Brandt, Jr.. shall be authorised to exercise all powers and authority to act on behalf of
the Company as recognised by the Singapore Court.

Dated this 20th day of March  2017

_____                _____
**Ng Joo Kwee**                        **Ng Joo Thieng**

_____                _____
**Ng Puay Yee Annie**                  **Ng Puay Joo Puay**

_____
**Quck Wee Lin**

Note:   Under Article 104 of the Company's Constitution, a resolution in writing signed or approved by
facsimile, cable, or telex communication and subsequently confirmed in writing by a majority of
Directors for the time being shall be as valid and effectual as if it has been passed at a meeting of
the Directors duly convened and held.

**Annex 1**

**CFG PERU INVESTMENTS PTE. LTD.**
(Co. Reg. No. 200603027K)
(the "**Company**")

Pursuant to Section 184A of the Companies Act, Chapter 50, a Members' Resolution in Writing is hereby circulated to the Members of the Company for their consideration and if they think fit, passing the following resolution which shall be proposed as a Special Resolution:

"**SPECIAL RESOLUTION**

RESOLVED THAT:

(a)     Pursuant to and in connection with the Constitution of CFG Peru Investments Pte. Ltd. (the "<u>**Constitution**</u>"):

       (i)     the commencement of proceedings (the "**Chapter 11 Proceedings**") by the Directors of the Company pursuant to Title 11 of the United States Code before the Southern District of New York Bankruptcy Court (the "**US Bankruptcy Court**"), as a consequence to which William A. Brandt, Jr. has been appointed as the Chapter 11 Trustee of the Company by the US Bankruptcy Court, be and hereby is approved, confirmed and ratified;

       (ii)     authority be given to the Company to commence court proceedings (the "**Recognition Proceedings**") in Singapore for recognition of the Chapter 11 Proceedings and the consequential appointment of William A Brandt, Jr. as the Chapter 11 Trustee of the Company by the US Bankruptcy Court and any other forms of assistance and relief arising from or in connection with the Chapter 11 Proceedings and such appointment;

       (iii)     authority be and is hereby given for William A. Brandt, Jr., in his capacity as the Chapter 11 Trustee of the Company and on behalf of the Company, to take all actions necessary or desirable in relation to the Recognition Proceedings, including but not limited to commencing any court applications on behalf of and in the name of the Company and in his own name (in his capacity as the Chapter 11 Trustee of the Company), and is authorised to give all necessary or relevant

    instructions to his legal advisors in connection with any such application;

(iv)    authority be and is hereby given for William A. Brandt, Jr., to be recognised as being empowered to act on behalf of the Company and, if the Singapore Court grants the Recognition Application, to be authorised to exercise all powers and authority to act on behalf of the Company as recognised by the Singapore Court; and

(v)    the authority conferred by the foregoing paragraphs shall take effect from the passing of this Resolution and continue in force until the date of **March 1, 2018**; and

(b)    Each of the Directors and William A. Brandt, Jr., in his capacity as Chapter 11 Trustee of the Company, be and is hereby authorised on behalf of the Company to approve, execute and deliver all other documents or instruments, and do all other acts, matters or things (including executing all such agreements and other documents as may be required), on behalf of the Company as may be deemed necessary or desirable by such person, in such person's sole discretion, to give effect to, perform or implement any steps desirable or necessary to effectuate the Recognition Proceedings."

If you, being the Members of the Company agree to approve the passing of the Special Resolution set out above, please sign the Members' Resolutions in Writing attached hereto (this document may be signed in counterparts) and return it to the Company at the following address and fax number:

**CFG PERU INVESTMENTS PTE. LTD.**

**50, Raffles Place, #17-01 Singapore Land Tower, Singapore 048623**

Dated this 20th day of March 2017.

BY ORDER OF THE BOARD

Ng Puay Yee Annie
Director

To:    The Members of CFG Peru Investments Pte. Ltd.

**CFG PERU INVESTMENTS PTE. LTD.**
(Co. Reg. No. 200603027K)
(the "**Company**")

*REGISTERED OFFICE:*
CFG Peru Investments Pte.
Ltd.
50, Raffles Place
#17-01 Singapore Land Tower
Singapore 048623

Date: 20th March 2017

To:
The Members of CFG Peru Investments Pte. Ltd.

Dear Sirs

**CFG PERU INVESTMENTS PTE. LTD.**
**- Members' Resolutions In Writing**

Please find enclosed for your attention a Notice of the Board of Directors of the Company seeking your agreement as a Member of the Company to the Special Resolution set out therein by written means pursuant to Section 184A of the Companies Act, Chapter 50 together with the Members' Resolutions in Writing.

Yours sincerely

Ng Puay Yee Annie
Director

encl.

Ref: 17-LD-C004/CFGP
Resolutions – Recognition Summons

**CFG PERU INVESTMENTS PTE. LTD.**
(Co. Reg. No. 200603027K)
(the "**Company**")

MEMBERS' RESOLUTIONS IN WRITING PURSUANT TO SECTION 184A OF THE
COMPANIES ACT, CHAPTER 50

---

**SPECIAL RESOLUTION**

RESOLVED THAT:

(a)     Pursuant to and in connection with the Constitution of CFG Peru Investments Pte. Ltd.
        (the "**Constitution**"):

     (i)     the commencement of proceedings (the "**Chapter 11 Proceedings**") by the
                Directors of the Company pursuant to Title 11 of the United States Code
                before the Southern District of New York Bankruptcy Court (the "**US
                Bankruptcy Court**"), as a consequence to which William A. Brandt, Jr. has
                been appointed as the Chapter 11 Trustee of the Company by the US
                Bankruptcy Court, be and hereby is approved, confirmed and ratified;

     (ii)    authority be given to the Company to commence court proceedings (the
                "**Recognition Proceedings**") in Singapore for recognition of the Chapter 11
                Proceedings and the consequential appointment of William A Brandt, Jr. as
                the Chapter 11 Trustee of the Company by the US Bankruptcy Court and any
                other forms of assistance and relief arising from or in connection with the
                Chapter 11 Proceedings and such appointment;

     (iii)   authority be and is hereby given for William A. Brandt, Jr., in his capacity as
                the Chapter 11 Trustee of the Company and on behalf of the Company, to take
                all actions necessary or desirable in relation to the Recognition Proceedings,
                including but not limited to commencing any court applications on behalf of
                and in the name of the Company and in his own name (in his capacity as the
                Chapter 11 Trustee of the Company), and is authorised to give all necessary or
                relevant instructions to his legal advisors in connection with any such
                application;

     (iv)    authority be and is hereby given for William A. Brandt, Jr., to be recognised as
                being empowered to act on behalf of the Company and, if the Singapore Court
                grants the Recognition Application, to be authorised to exercise all powers and

Ref: 17-LD-C004/CFGP
Resolutions – Recognition Summons

authority to act on behalf of the Company as recognised by the Singapore Court; and

(v)   the authority conferred by the foregoing paragraphs shall take effect from the passing of this Resolution and continue in force until the date of **March 1, 2018**; and

(b)   Each of the Directors and William A. Brandt, Jr., in his capacity as Chapter 11 Trustee of the Company, be and is hereby authorised on behalf of the Company to approve, execute and deliver all other documents or instruments, and do all other acts, matters or things (including executing all such agreements and other documents as may be required), on behalf of the Company as may be deemed necessary or desirable by such person, in such person's sole discretion, to give effect to, perform or implement any steps desirable or necessary to effectuate the Recognition Proceedings.

Dated this 20th day of March 2017.

_____

Smart Group Limited
Ng Puay Yee Annie

Ref: 17-LD-C004/CFGP
Resolutions – Recognition Summons

**Annex 2**

## IN THE HIGH COURT OF THE REPUBLIC OF SINGAPORE

HC/Originating Summons No.

of 2017/

> In the matter of Section 80 of the Supreme Court of Judicature Act (Cap. 322)
>
> And
>
> In the matter of Order 92, Rule 4 of the RULES OF COURT (Cap. 322, Rule 5)
>
> And
>
> In the Matter of the **Appointment of Chapter 11 Trustee in the United States Bankruptcy Court, Southern District of New York in Case No. 16-11914 (JLG), dated 10 November 2016**
>
> And
>
> In the Matter of **CFG Peru Investments Pte. Ltd.**
> (UEN No. 200603027K)

> (1)  **William A. Brandt, Jr. (Chapter 11 Trustee of CFG Peru Investments Pte. Ltd.)**
> (Identification No. (EIN) 850404384)
>
> (2)  **CFG Peru Investments Pte. Ltd.**
> (UEN No. 200603027K)

> …Applicant(s)

**Annex 2**

**EX PARTE ORIGINATING SUMMONS**

LET ALL PARTIES concerned attend before the Judge / Registrar on the          day of                    2017 at          a.m. / p.m. on the hearing of an application by the Applicants, for the following orders:

1.      that the Chapter 11 proceedings in *In re China Fishery Group Limited (Cayman) et al*, **Case No. 16-11895 (JLG)** in relation to CFG Peru Investments Pte. Ltd. (the "**Company**"), Case No. 16-11914 (JLG) (the "**CFG Peru Chapter 11 Proceedings**"), filed in the United States Bankruptcy Court, Southern District of New York on 30 June 2016, be hereby recognised by the Singapore Courts and in Singapore;

2.      that the appointment of **William A. Brandt, Jr.,** c/o Development Specialists, Inc. of 110 East 42nd Street, Suite 1818, New York 10017, NY, USA, as the Chapter 11 Trustee (the "**CFG Peru Chapter 11 Trustee**") of the Company pursuant to the order in *China Fishery Group Limited, (Cayman), et al., Case No. 16-11895 (JLG)* granted by the United States Bankruptcy Court, Southern District of New York on 10 November 2016, be hereby recognised by the Singapore Courts and in Singapore;

3.      That the CFG Peru Chapter 11 Trustee so recognised shall have the like powers in relation to the Company's property and assets located in Singapore (and the proceeds thereof) as it would have under the US Bankruptcy Code, provided that the CFG Peru Chapter 11 Trustee shall not cause or suffer

Annex 2

anything to be done in relation to those properties and assets (and the proceeds thereof) which would be a breach of any applicable insolvency law in Singapore.

4.  That the CFG Peru Chapter 11 Trustee be recognised as the foreign representative of the Company and be entrusted with the administration and realisation of all or any part of the property and assets of the Company located in Singapore.

5.  That, for so long as the CFG Peru Chapter 11 Proceedings (including any extensions thereto) is in force, except with the consent of the CFG Peru Chapter 11 Trustee or with leave of the Singapore High Court (the "**Court**") and (where the Court gives leave) subject to such terms as the Court may impose:

    (1)  no receiver, manager, receiver and manager or administrative receiver of all or any of the Company's property, assets or undertakings shall be appointed;

    (2)  no actions or proceedings (whether in rem or in personam or otherwise), including winding up proceedings or arbitration, and no arrest, attachment, sequestration, seizure, detention, enforcement, execution or other legal process shall be commenced or continued and no distress may be levied against the Company or its property, assets and undertakings; and

Ref: 17/LD-C004/CFGP
Resolutions – Recognition Summons

**Annex 2**

    (3)    no steps shall be taken to enforce security over the Company's property

            or assets or to repossess any goods under any hire-purchase agreement,

            chattels leasing agreement or retention of title agreement;

6.    That there be liberty to apply; and

7.    Such further or other orders, directions or relief as the Court deems fit.

Dated this

*Registrar*