**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
In re:                                                      :
                                                            :       **Chapter 11**
**CHINA FISHERY GROUP LIMITED**                             :
**(CAYMAN),** *et al.,*                                     :       **Case No. 16-11895 (JLG)**
                                                            :
                 **Debtors.**[1]                            :       **(Jointly Administered)**
------------------------------------------------------------x

**BRIDGE ORDER PURSUANT TO**
**11 U.S.C. § 1121(d) EXTENDING EXCLUSIVE PERIODS**

Upon the Motion, dated March 24, 2017 (the "**Motion**"),[2] of China Fishery Group

Limited (Cayman) and certain of its affiliated debtors and debtors-in-possession (collectively,

the "**Debtors**"),[3] for entry of an order extending (a) the exclusive period of time during which only

the Debtors may file a plan of reorganization (the "**Exclusive Filing Period**") and (b) the period

of time during which only the Debtors may solicit acceptances of a plan of reorganization (the

"**Exclusive Solicitation Period**," and, together with the Exclusive Filing Period, the "**Exclusive**

**Periods**"), all as more fully described in the Motion; and this Court having jurisdiction to consider

the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and Amended Standing Order of Reference M-

431, dated January 31, 2012 (Preska, C.J.); and venue of these Chapter 11 Cases and the Motion

---

[1] The Debtors in these chapter 11 cases are as follows: China Fishery Group Limited (Cayman), Pacific Andes International Holdings Limited (Bermuda), N.S. Hong Investment (BVI) Limited, South Pacific Shipping Agency Limited (BVI), China Fisheries International Limited (Samoa), CFGL (Singapore) Private Limited, Chanery Investment Inc. (BVI), Champion Maritime Limited (BVI), Growing Management Limited (BVI), Target Shipping Limited (HK), Fortress Agents Limited (BVI), Ocean Expert International Limited (BVI), Protein Trading Limited (Samoa), CFG Peru Investments Pte. Limited (Singapore), Smart Group Limited (Cayman), Super Investment Limited (Cayman), and Pacific Andes Resources Development Limited (Bermuda).

[2] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

[3] As used herein, the term "Debtors" shall not include CFG Peru Investments Pte. Limited (Singapore), ("**CFG Peru Singapore**") unless otherwise stated.

in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and it appearing that the Exclusive Filing Period currently expires on March 31, 2017; and it appearing that the hearing to consider the Motion has been scheduled for **April 12, 2017 at 2:00 p.m. (Eastern Time)**; and it appearing that, based on such scheduling, entry of this bridge order is appropriate; and after due deliberation;

**IT IS HEREBY ORDERED THAT:**

1.    Pursuant to section 1121(d) of the Bankruptcy Code the Debtors' Exclusive Filing Period is extended through and including the earlier of (i) the entry of an order extending the Debtors' Exclusive Periods, and (ii) April 14, 2017.

2.    This Court shall retain jurisdiction with respect to any matters, claims, rights, or disputes arising from or related to the Motion or the implementation of this Order.

Dated: March 30, 2017         /s/ *James L. Garrity, Jr.*
New York, New York         _____
         HONORABLE JAMES L. GARRITY, JR.
         UNITED STATES BANKRUPTCY JUDGE