WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Matthew S. Barr
Marcia Goldstein
Gabriel A. Morgan

*Attorneys for Certain Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re  :
:      **Chapter 11**
:
**CHINA FISHERY GROUP LIMITED**  :
**(CAYMAN),** *et al.*,  :      Case No. 16-11895 (JLG)
:
:
Debtors.[1]  :      **(Jointly Administered)**
---------------------------------------------------------------x

**NOTICE OF ADJOURNMENT AND CLARIFICATION OF NOTICE RESCHEDULING
HEARING PREVIOUSLY SCHEDULED FOR AUGUST 16, 2017 TO AUGUST 23, 2017**

         **PLEASE TAKE NOTICE** that on, August 1, 2017, the debtors in the above-captioned chapter 11 cases filed the *Notice Rescheduling Hearing Previously Scheduled for August 16, 2017 to August 23, 2017* [ECF No. 663] (the "**Notice of Adjournment**").

---

[1] The Debtors in these chapter 11 cases are as follows: China Fishery Group Limited (Cayman), Pacific Andes International Holdings Limited (Bermuda), N.S. Hong Investment (BVI) Limited, South Pacific Shipping Agency Limited (BVI), China Fisheries International Limited (Samoa), CFGL (Singapore) Private Limited, Chanery Investment Inc. (BVI), Champion Maritime Limited (BVI), Growing Management Limited (BVI), Target Shipping Limited (HK), Fortress Agents Limited (BVI), Ocean Expert International Limited (BVI), Protein Trading Limited (Samoa), CFG Peru Investments Pte. Limited (Singapore), Smart Group Limited (Cayman), Super Investment Limited (Cayman), Pacific Andes Resources Development Limited (Bermuda), Nouvelle Foods International Ltd. (BVI), Golden Target Pacific Limited (BVI), Pacific Andes International Holdings (BVI) Limited, Zhonggang Fisheries Limited (BVI), Admired Agents Limited (BVI), Chiksano Management Limited (BVI), Clamford Holding Limited (BVI), Excel Concept Limited (BVI), Gain Star Management Limited (BVI), Grand Success Investment (Singapore) Private Limited, Hill Cosmos International Limited (BVI), Loyal Mark Holdings Limited (BVI), Metro Island International Limited (BVI), Mission Excel International Limited (BVI), Natprop Investments Limited, Pioneer Logistics Limited (BVI), Sea Capital International Limited (BVI), Shine Bright Management Limited (BVI), Superb Choice International Limited (BVI), and Toyama Holdings Limited (BVI).

WEIL:\96240447\2\35234.0003

**PLEASE TAKE FURTHER NOTICE** that, notwithstanding anything to the contrary in the Notice of Adjournment, the omnibus hearing scheduled for August 16, 2017 at 11:00 a.m. (Eastern Time) (the "**Omnibus Hearing**") has been cancelled.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Notice of Adjournment, the hearing to consider the *Chapter 11 Trustee's Motion for an Order (I) Approving Bidding Procedures, (II) Approving the Form and Manner of Notice Thereof, and (III) Granting Related Relief* [ECF No. 646] (the "**Bidding Procedures Motion**"), which was the only motion scheduled to be heard at the Omnibus Hearing, has been adjourned to **August 23, 2017 at 11:00 a.m. (Eastern Time)** (the "**Bidding Procedures Hearing**").  For the avoidance of doubt, the Bidding Procedures Motion is the only matter to be heard at the Bidding Procedures Hearing.

Dated:  August 8, 2017
       New York, New York

/s/ Matthew S. Barr
Matthew S. Barr
Marcia Goldstein
Gabriel A. Morgan
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Attorneys for Certain Debtors
and Debtors in Possession*

2