SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
FOUR TIMES SQUARE
NEW YORK 10036-6522
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
212-735-3290
DIRECT FAX
917-777-3290
EMAIL ADDRESS
LISA.LAUKITIS@SKADDEN.COM

August 9, 2017

Honorable James L. Garrity
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green
New York, NY 10004

RE: *In re* China Fishery Group Limited (Cayman) (Main Case No. 16-11895); (Case No. 16-11914) –Objection Deadline Extension for the Ad Hoc Committee of Senior Noteholders, TMF Trustee Limited, China CITIC Bank, and the other Debtors

Dear Judge Garrity:

Skadden, Arps, Slate, Meagher & Flom LLP acts as counsel to William A. Brandt, Jr. in his capacity as chapter 11 trustee ( the "Chapter 11 Trustee") of CFG Peru Investments Pte. Limited (Singapore) (16-11914).

On July 26, 2017, the Chapter 11 Trustee filed the *Motion for an Order (I) Approving Bidding Procedures, (II) Approving the Form and Manner of Notice Thereof, and (III) Granting Related Relief* (the "Motion") [Docket No. 646].

The Objection Deadline as defined in the notice preceding the Motion was set for August 9, 2017 at 4:00 p.m. (prevailing Eastern Time).

Solely with respect to the Ad Hoc Committee of Senior Noteholders, TMF Trustee Limited, China CITIC Bank, and the other Debtors, and in accordance with the permission granted by Your Honor's Chambers, the Objection Deadline has been extended to August 11, 2017 at 4:00 p.m. (prevailing Eastern Time). The deadline for the Chapter 11 Trustee to file a reply is August 17, 2017 at 4:00 p.m. (prevailing Eastern Time).

Respectfully submitted,

*/s/ Lisa Laukitis*

Lisa Laukitis