SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Jay M. Goffman
Lisa Laukitis
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

-and-

Elizabeth M. Downing (admitted *pro hac vice*)
500 Boylston Street
Boston, Massachusetts 02116
Telephone: (617) 573-4800
Fax: (617) 573-4870

*Counsel for William A. Brandt, Jr., Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **CHINA FISHERY GROUP LIMITED (CAYMAN)** *et al.*, | : | **Case No. 16-11895 (JLG)** |
| Debtors.[1] | : | **(Jointly Administered)** |
| | : | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **CFG Peru Investments Pte. Limited (Singapore),** Debtor. | : | **Case No. 16-11914 (JLG)** |
| | : | **(Jointly Administered)** |

---

[1] The Debtors are China Fishery Group Limited (Cayman), Pacific Andes International Holdings Limited (Bermuda), N.S. Hong Investment (BVI) Limited, South Pacific Shipping Agency Limited (BVI), China Fisheries International Limited (Samoa), CFGL (Singapore) Private Limited, Chanery Investment Inc. (BVI), Champion Maritime Limited (BVI), Growing Management Limited (BVI), Target Shipping Limited (HK), Fortress Agents Limited (BVI), Ocean Expert International Limited (BVI), Protein Trading Limited (Samoa), CFG Peru Investments Pte. Limited (Singapore), Smart Group Limited (Cayman), Super Investment Limited (Cayman), Pacific Andes Resources Development Limited (Bermuda), Nouvelle Foods International Ltd., Golden Target Pacific Limited, Pacific Andes International Holdings (BVI) Limited, Zhonggang Fisheries Limited, Admired Agents Limited, Chiksano Management Limited, Clamford Holding Limited, Excel Concept Limited, Gain Star Management Limited, Grand Success Investment (Singapore) Private Limited, Hill Cosmos International Limited, Loyal Mark Holdings Limited, Metro Island International Limited, Mission Excel International Limited, Natprop Investments Limited, Pioneer Logistics Limited, Sea Capital International Limited, Shine Bright Management Limited, Superb Choice International Limited, and Toyama Holdings Limited (BVI).

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON AUGUST 23, 2017 AT 11:00 A.M.**

Location of Hearing:     Before the <u>Honorable James L. Garrity</u>, <u>Courtroom 601</u>, Manhattan Courthouse, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTERS**

1. Chapter 11 Trustee's Motion For An Order (I) Approving Bidding Procedures, (II) Approving The Form And Manner Of Notice Thereof, And (III) Granting Related Relief (Dkt. 646)

    <u>Objection Deadline</u>: August 9, 2017 at 4:00 p.m., extended to August 11, 2017 at 4:00 p.m. for the Ad Hoc Committee of Senior Noteholders, TMF Trustee Limited, China CITIC Bank, and the other Debtors. The deadline for the Chapter 11 Trustee to file a reply was August 17, 2017 at 4:00 p.m.

    <u>Responses Filed</u>:

    A. Limited Objection Of China CITIC Bank International Limited To Trustee's Motion For Approval Of Bidding Procedures (Dkt. 684)

    B. Omnibus Reply In Support Of Chapter 11 Trustee's Motion For An Order (I) Approving Bidding Procedures, (II) Approving The Form And Manner Of Notice Thereof, And (III) Granting Related Relief (Dkt. 693)

    <u>Additional Documents</u>:

    C. Notice of Adjournment and Clarification of Notice Rescheduling Hearing Previously Scheduled for August 16, 2017 to August 23, 2017 (Dkt. 674)

    D. Letter Regarding Objection Deadline Extension for the Ad Hoc Committee of Senior Noteholders, TMF Trustee Limited, China CITIC Bank, and the other Debtors (Dkt. 679)

    E. Statement Of Certain Debtors Regarding Chapter 11 Trustee's Bidding Procedures Motion (Dkt. 685)

    F. Letter By PARD Bondholders In Response To Bidding Procedures Motion (Dkt. 688)

    <u>Status</u>:     This matter is going forward.

Dated: August 18, 2017
      New York, New York

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:  */s/ Lisa Laukitis*
Jay M. Goffman
Lisa Laukitis
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

-and-

Elizabeth M. Downing (admitted *pro hac vice*)
500 Boylston Street
Boston, Massachusetts 02116
Telephone: (617) 573-4800
Fax: (617) 573-4870

*Counsel for William A. Brandt, Jr., Chapter 11 Trustee*