**Hearing Date: April 18, 2019 at 11:00 a.m. (Prevailing Eastern Time)**
**Objection Deadline: April 5, 2019 at 4:00 p.m. (Prevailing Eastern Time)**
**Reply Deadline: April 10, 2019 at 4:00 p.m. (Prevailing Eastern Time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Jay M. Goffman
Lisa Laukitis
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

-and-

Elizabeth M. Downing (admitted *pro hac vice*)
500 Boylston Street
Boston, Massachusetts 02116
Telephone: (617) 573-4800
Fax: (617) 573-4870

*Counsel for William A. Brandt, Jr., Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **CHINA FISHERY GROUP LIMITED (CAYMAN)** *et al.*, | : | **Case No. 16-11895 (JLG)** |
| Debtors.[1] | : | |
| | : | **(Jointly Administered)** |
| | : | **Related Docket No. 1490** |
| | : | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **CFG Peru Investments Pte. Limited (Singapore),** Debtor. | : | **Case No. 16-11914 (JLG)** |
| | : | |
| | : | **(Jointly Administered)** |
| | : | **Related Docket No. 362** |

---

[1] The Debtors are China Fishery Group Limited (Cayman), Pacific Andes International Holdings Limited (Bermuda), N.S. Hong Investment (BVI) Limited, South Pacific Shipping Agency Limited (BVI), China Fisheries International Limited (Samoa), CFGL (Singapore) Private Limited, Chanery Investment Inc. (BVI), Champion Maritime Limited (BVI), Growing Management Limited (BVI), Target Shipping Limited (HK), Fortress Agents Limited (BVI), Ocean Expert International Limited (BVI), Protein Trading Limited (Samoa), CFG Peru Investments Pte. Limited (Singapore), Smart Group Limited (Cayman), Super Investment Limited (Cayman), Pacific Andes Resources Development Limited (Bermuda), Nouvelle Foods International Ltd., Golden Target Pacific Limited, Pacific Andes International Holdings (BVI) Limited, Zhonggang Fisheries Limited, Admired Agents Limited, Chiksano Management Limited, Clamford Holding Limited, Excel Concept Limited, Gain Star Management Limited, Grand Success Investment (Singapore) Private Limited, Hill Cosmos International Limited, Loyal Mark Holdings Limited, Metro Island International Limited, Mission Excel International Limited, Natprop Investments Limited, Pioneer Logistics Limited, Sea Capital International Limited, Shine Bright Management Limited, Superb Choice International Limited, and Toyama Holdings Limited (BVI).

**NOTICE OF ADJOURNMENT OF HEARING ON CHAPTER 11 TRUSTEE'S MOTION FOR ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105(a) AND 363(b) AND BANKRUPTCY RULES 2002 AND 6004 AUTHORIZING TAKING CORPORATE GOVERNANCE ACTIONS NECESSARY TO ENABLE AN INTERIM DISTRIBUTION OF EXCESS CASH TO CERTAIN CREDITORS BY NON-DEBTOR <u>CFG INVESTMENT S.A.C.</u>**

**PLEASE TAKE NOTICE** that on February 15, 2019, William A. Brandt, Jr., not individually but solely in his capacity as chapter 11 trustee (the "<u>Chapter 11 Trustee</u>") of CFG Peru Investments Pte. Limited (Singapore) ("<u>CFG Peru Singapore</u>") in the above-captioned chapter 11 cases, by his attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, filed the *Chapter 11 Trustee's Motion for Order Pursuant to Bankruptcy Code Sections 105(a) and 363(b) and Bankruptcy Rules 2002 and 6004 Authorizing Taking Corporate Governance Actions Necessary to Enable an Interim Distribution of Excess Cash to Certain Creditors by Non-Debtor CFG Investment S.A.C.* (the "<u>Motion</u>") [Docket Nos. 1490 and 362].

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion, which was scheduled to be heard at the omnibus hearing on March 13, 2019 at 11:00 a.m. (prevailing Eastern Time), has been adjourned to **April 18, 2019 at 11:00 a.m. (Prevailing Eastern Time)** (the "<u>Hearing</u>") on consent of the Ad Hoc Noteholders Committee, Bank of America, N.A., and the Bankruptcy Court. The Hearing will be held before the Honorable James L. Garrity, United States Bankruptcy Judge for the Southern District of New York, in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 601, New York, New York 10004 (the "<u>Bankruptcy Court</u>"), unless otherwise ordered by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that the date by which any responses or objections to the Motion must be filed with the Court has been extended to **April 5, 2019, at 4:00 p.m. (Prevailing Eastern Time)** (the "<u>Objection Deadline</u>") solely with respect to the Ad

2

Hoc Noteholders Committee and Bank of America, N.A., and the deadline for the Chapter 11 Trustee to file a reply has been extended to **April 10, 2019 at 4:00 p.m. (Prevailing Eastern Time)** (the "Reply Deadline").

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the Motion, with proof of service, is filed with the Bankruptcy Court and a courtesy copy delivered to the Honorable James L. Garrity's Chambers by the Objection Deadline by the Ad Hoc Noteholders Committee or Bank of America, N.A., the Chapter 11 Trustee may, on or after the Reply Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order attached to the Motion, which order may be entered with no further notice or opportunity to be heard.

Dated: March 6, 2019
New York, New York

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:  */s/ Lisa Laukitis*
Jay M. Goffman
Lisa Laukitis
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

-and-

Elizabeth M. Downing (admitted *pro hac vice*)
500 Boylston Street
Boston, Massachusetts 02116
Telephone: (617) 573-4800
Fax: (617) 573-4870

*Counsel for William A. Brandt, Jr.
Chapter 11 Trustee*

3