| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Jay M. Goffman<br>Lisa Laukitis<br>Four Times Square<br>New York, New York 10036-6522<br>Telephone: (212) 735-3000<br>Fax: (212) 735-2000<br><br>-and-<br><br>Elizabeth M. Downing (admitted *pro hac vice*)<br>500 Boylston Street<br>Boston, Massachusetts 02116<br>Telephone: (617) 573-4800<br>Fax: (617) 573-4870<br><br>*Counsel for William A. Brandt, Jr., Chapter 11 Trustee* | WEIL, GOTSHAL & MANGES LLP<br>Matthew S. Barr<br>Marcia Goldstein<br>Gabriel A. Morgan<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone (212) 310-8000<br>Fax: (212) 310-8007<br><br>*Counsel for Certain Debtors and Debtors in Possession* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| **CHINA FISHERY GROUP LIMITED (CAYMAN)** *et al.*,<br>Debtors.[1] | : | **Case No. 16-11895 (JLG)**<br><br>**(Jointly Administered)** |
| In re:<br>**CFG Peru Investments Pte. Limited (Singapore),**<br>Debtor. | : | **Chapter 11**<br><br>**Case No. 16-11914 (JLG)**<br><br>**(Jointly Administered)** |

---

[1] The Debtors are China Fishery Group Limited (Cayman), Pacific Andes International Holdings Limited (Bermuda), N.S. Hong Investment (BVI) Limited, South Pacific Shipping Agency Limited (BVI), China Fisheries International Limited (Samoa), CFGL (Singapore) Private Limited, Chanery Investment Inc. (BVI), Champion Maritime Limited (BVI), Growing Management Limited (BVI), Target Shipping Limited (HK), Fortress Agents Limited (BVI), Ocean Expert International Limited (BVI), Protein Trading Limited (Samoa), CFG Peru Investments Pte. Limited (Singapore), Smart Group Limited (Cayman), Super Investment Limited (Cayman), Pacific Andes Resources Development Limited (Bermuda), Nouvelle Foods International Ltd., Golden Target Pacific Limited, Pacific Andes International Holdings (BVI) Limited, Zhonggang Fisheries Limited, Admired Agents Limited, Chiksano Management Limited, Clamford Holding Limited, Excel Concept Limited, Gain Star Management Limited, Grand Success Investment (Singapore) Private Limited, Hill Cosmos International Limited, Loyal Mark Holdings Limited, Metro Island International Limited, Mission Excel International Limited, Natprop Investments Limited, Pioneer Logistics Limited, Sea Capital International Limited, Shine Bright Management Limited, Superb Choice International Limited, and Toyama Holdings Limited (BVI).

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MARCH 13, 2019 AT 11:00 A.M.**

Location of Hearing:   Before the Honorable James L. Garrity, Jr., Courtroom 601, Manhattan Courthouse, One Bowling Green, New York, NY 10004-1408

**I.   ADJOURNED MATTERS**

1. Chapter 11 Trustee's Motion for Order Pursuant to Bankruptcy Code Sections 105(a) and 363(b) and Bankruptcy Rules 2002 and 6004 Authorizing Taking Corporate Governance Actions Necessary to Enable an Interim Distribution of Excess Cash to Certain Creditors by Non-Debtor CFG Investment S.A.C. [Dkt. 1490]

    Objection Deadline:   March 4, 2019 at 4:00 p.m. The objection deadline for the Ad Hoc Noteholders Committee and Bank of America, N.A., has been extended to April 5, 2019 at 4:00 p.m, upon the consent of the Ad Hoc Noteholders Committee and Bank of America, N.A., and the approval of the bankruptcy court.

    Status:   This matter is adjourned to April 18, 2019.

**II.   UNCONTESTED MATTERS**

2. Chapter 11 Trustee's Motion for Order (I) Authorizing the Chapter 11 Trustee to Amend the Intercompany Loan Agreement, (II) Authorizing Corporate Governance Actions, and (III) Granting Related Relief [Dkt. 1488]

    Objection Deadline:   March 4, 2019 at 4:00 p.m.

    Responses Filed:   None.

    Status:   This matter is going forward.

3. Chapter 11 Trustee's Motion for an Order (I) Approving the Settlement Agreement Netting Certain Intercompany Claims Between CFG Peru Singapore and CFGI, and Between CFG Peru Singapore and SFR, (II) Authorizing Corporate Governance Actions, and (III) Granting Related Relief [Dkt. 1489]

    Objection Deadline:   March 4, 2019 at 4:00 p.m.

    Responses Filed:   None.

    Status:   This matter is going forward.

Dated: March 11, 2019
New York, New York

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | WEIL, GOTSHAL & MANGES LLP |
| By: */s/ Lisa Laukitis* <br> Jay M. Goffman <br> Lisa Laukitis <br> Four Times Square <br> New York, New York 10036-6522 <br> Telephone: (212) 735-3000 <br> Fax: (212) 735-2000 <br><br> -and- <br><br> Elizabeth M. Downing <br> (admitted *pro hac vice*) <br> 500 Boylston Street <br> Boston, Massachusetts 02116 <br> Telephone: (617) 573-4800 <br> Fax: (617) 573-4870 <br><br> *Counsel for William A. Brandt Jr., Chapter 11 Trustee* | By: */s/ Matthew S. Barr* <br> Matthew S. Barr <br> Marcia Goldstein <br> Gabriel A. Morgan <br> 767 Fifth Avenue <br> New York, New York 10153 <br> Telephone: (212) 310-8000 <br> Fax: (212) 310-8007 <br><br> *Counsel for Certain Debtors and Debtors in Possession* |