James C. Tecce
Deborah Newman
Kate Scherling
Jordan Harap
QUINN EMANUEL URQUHART & SULLIVAN, LLP

<u>Hearing Date</u>: **July 18, 2019 at 11:00 a.m.**
<u>Replies Due</u>: **July 11, 2019 at 4:00 p.m.**

*Special Litigation Counsel to William A. Brandt Jr.,*
*Chapter 11 Trustee for CFG Peru Investments Pte. Ltd. (Singapore)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------- x

In re:                                                    :         Case No. 16-11895 (JLG)
                                                          :
CHINA FISHERY GROUP LIMITED                               :         Chapter 11 (Jointly Administered)
(CAYMAN), <u>et al.</u>,                                  :
                                                          :
                     Debtors.[1]                          :

--------------------------------------------------------- x

In re:                                                    :         Case No. 16-11914 (JLG)
                                                          :
CFG PERU INVESTMENTS PTE. LTD.                            :         Chapter 11
(SINGAPORE),                                              :
                                                          :
                     Debtor.                              :

--------------------------------------------------------- x

**NOTICE OF ADJOURNMENT OF HEARING ON**
**OMNIBUS CLAIMS OBJECTIONS [DKT NOS. 1523 AND 1524]**

**PLEASE TAKE NOTICE THAT** on March 29, 2019, William A. Brandt, Jr., the chapter 11

trustee (the "**Trustee**") for CFG Peru Investments Pte. Ltd. (Singapore) filed the *Second*

---

[1]   The Debtors are China Fishery Group Limited (Cayman), Pacific Andes International Holdings Limited
(Bermuda), N.S. Hong Investment (BVI) Limited, South Pacific Shipping Agency Limited (BVI), China Fisheries
International Limited (Samoa), CFGL (Singapore) Private Limited, Chanery Investment Inc. (BVI), Champion
Maritime Limited (BVI), Growing Management Limited (BVI), Target Shipping Limited (HK), Fortress Agents
Limited (BVI), Ocean Expert International Limited (BVI), Protein Trading Limited (Samoa), CFG Peru
Investments Pte. Limited (Singapore), Smart Group Limited (Cayman), and Super Investment Limited (Cayman),
Pacific Andes Resources Development Limited (Bermuda), Nouvelle Foods International Ltd., Golden Target
Pacific Limited, Pacific Andes International Holdings (BVI) Limited, Zhonggang Fisheries Limited, Admired
Agents Limited, Chiksano Management Limited, Clamford Holding Limited, Excel Concept Limited, Gain Star
Management Limited, Grand Success Investment (Singapore) Private Limited, Hill Cosmos International Limited,
Loyal Mark Holdings Limited, Metro Island International Limited, Mission Excel International Limited, Natprop
Investments Limited, Pioneer Logistics Limited, Sea Capital International Limited, Shine Bright Management
Limited, Superb Choice International Limited, and Toyama Holdings Limited (BVI).

1

*Omnibus Claim Objection (Insufficient Proofs of Claim)* [Docket No. 1523] and Protein Trading Limited (Samoa) filed the *Debtor Protein Trading Limited (Somoa)'s Omnibus Objection to Claim Numbers 62-1, 63-1, and 64-1* [Docket No. 1524] (together, the "Objections").

**PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Objections, which was scheduled for May 15, 2019 at 11.00 a.m. (prevailing Eastern time), which was adjourned to June 25, 2019 at 11:00 a.m. (prevailing Eastern time), has been further adjourned to **July 18, 2019 at 11:00 a.m. (prevailing Eastern time)** (the "Hearing"). The Hearing will be held before the Honorable James L. Garrity, Jr., United States Bankruptcy Judge for the Southern District of New York, in the United States Bankruptcy Court for the Southern District of New York One Bowling Green, Courtroom 601, New York, New York 10004 (the "Bankruptcy Court"), unless otherwise ordered by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE THAT** parties who filed timely responses are required to attend the Hearing, and failure to appear at any such Hearing may result in the relief requested in the Objection being granted upon default.

Dated: June 7, 2019
New York, New York

Respectfully submitted,

**QUINN EMANUEL URQUHART &**
**SULLIVAN, LLP**

By: /s/ JAMES C. TECCE
James C. Tecce
Deborah Newman
Kate Scherling
Jordan Harap

51 Madison Avenue, 22nd Floor
New York, New York 10010

*Special Litigation Counsel to William A. Brandt Jr., Chapter 11 Trustee for CFG Peru Investments Pte. Ltd. (Singapore)*

2