**KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**
Tracy L. Klestadt
John E. Jureller, Jr.
Christopher J. Reilly
200 West 41st Street, 17th Floor
New York, New York 10036
(212) 972-3000

*Conflicts Counsel for China Fishery
Group Limited (Cayman) and Its Affiliated Debtors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------ x | | |
| In re | : | Chapter 11 |
| | : | |
| **CHINA FISHERY GROUP LIMITED (CAYMAN)** *et al.*, | : | Case No. 16-11895 (JLG) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |
| ------------------------------------------------------------ x | | |

**NOTICE OF ADJOURNMENT OF HEARING
SCHEDULED FOR JUNE 25, 2019 AT 11:00 A.M.**

**PLEASE TAKE NOTICE** that the hearing scheduled for **June 25, 2019 at 11:00 a.m.**

**(Prevailing Eastern Time)** on the *Motion to Allow Claims as Timely Filed* [Docket No. 1439]

(the "Motion") filed by National Fish and Seafood Inc. before the Honorable James L. Garrity, Jr.

---

[1] The Debtors are China Fishery Group Limited (Cayman), Pacific Andes International Holdings Limited (Bermuda), N.S. Hong Investment (BVI) Limited, South Pacific Shipping Agency Limited (BVI), China Fisheries International Limited (Samoa), CFGL (Singapore) Private Limited, Chanery Investment Inc. (BVI), Champion Maritime Limited (BVI), Growing Management Limited (BVI), Target Shipping Limited (HK), Fortress Agents Limited (BVI), Ocean Expert International Limited (BVI), Protein Trading Limited (Samoa), CFG Peru Investments Pte. Limited (Singapore), Smart Group Limited (Cayman), Super Investment Limited (Cayman), Pacific Andes Resources Development Limited (Bermuda), Nouvelle Foods International Ltd., Golden Target Pacific Limited, Pacific Andes International Holdings (BVI) Limited, Zhonggang Fisheries Limited, Admired Agents Limited, Chiksano Management Limited, Clamford Holding Limited, Excel Concept Limited, Gain Star Management Limited, Grand Success Investment (Singapore) Private Limited, Hill Cosmos International Limited, Loyal Mark Holdings Limited, Metro Island International Limited, Mission Excel International Limited, Natprop Investments Limited, Pioneer Logistics Limited, Sea Capital International Limited, Shine Bright Management Limited, Superb Choice International Limited, and Toyama Holdings Limited (BVI).

of the United States Bankruptcy Court for the Southern District of New York (the "Court"), Courtroom 601, Manhattan Courthouse, One Bowling Green, New York, NY 10004-1408 has been adjourned to **August 20, 2019 at 11:00 a.m. (Prevailing Eastern Time).**

Dated: June 13, 2019                                  Respectfully submitted,

                                                 **KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**

By: */s/ John E. Jureller, Jr.*
      John E. Jureller, Jr.
200 West 41st Street, 17th Floor
New York, New York 10036
Tel: (212) 972-3000
jjureller@klestadt.com

*Conflicts Counsel for China Fishery
Group Limited (Cayman) and Its Affiliated Debtors*

2