**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| **In re:** | : | Chapter 11 |
| | : | |
| **CHINA FISHERY GROUP LIMITED (CAYMAN)** | : | Case No. 16-11895 (JLG) |
| *et al.,* | : | |
| | : | **(Jointly Administered)** |
| Debtors.[1] | : | |
| | : | Ref. Docket No. 1629 |
| | : | |
| **In re:** | : | Chapter 11 |
| | : | |
| **CFG Peru Investments Pte. Limited (Singapore),** | : | Case No. 16-11914 (JLG) |
| Debtor. | : | |
| | : | **(Jointly Administered)** |
| | : | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Corporate Restructuring, LLC[2], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors are China Fishery Group Limited (Cayman), Pacific Andes International Holdings Limited (Bermuda), N.S. Hong Investment (BVI) Limited, South Pacific Shipping Agency Limited (BVI), China Fisheries International Limited (Samoa), CFGL (Singapore) Private Limited, Chanery Investment Inc. (BVI), Champion Maritime Limited (BVI), Growing Management Limited (BVI), Target Shipping Limited (HK), Fortress Agents Limited (BVI), Ocean Expert International Limited (BVI), Protein Trading Limited (Samoa), CFG Peru Investments Pte. Limited (Singapore), Smart Group Limited (Cayman), Super Investment Limited (Cayman), Pacific Andes Resources Development Limited (Bermuda), Nouvelle Foods International Ltd., Golden Target Pacific Limited, Pacific Andes International Holdings (BVI) Limited, Zhonggang Fisheries Limited, Admired Agents Limited, Chiksano Management Limited, Clamford Holding Limited, Excel Concept Limited, Gain Star Management Limited, Grand Success Investment (Singapore) Private Limited, Hill Cosmos International Limited, Loyal Mark Holdings Limited, Metro Island International Limited, Mission Excel International Limited, Natprop Investments Limited, Pioneer Logistics Limited, Sea Capital International Limited, Shine Bright Management Limited, Superb Choice International Limited, and Toyama Holdings Limited (BVI).

[2] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

2. On June 26, 2019, I caused to be served the "Corporate Monthly Operating Report for the Reporting Period April 1, 2019 Through April 30, 2019," dated June 25, 2019 [Docket No. 1629], by causing true and correct copies to be:

    a. enclosed securely in a postage pre-paid envelope and delivered via first class mail to the parties listed on the annexed Exhibit A, and

    b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
28th day of June, 2019
*/s/ Forrest Kuffer*
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| ALATIR LTD. | 18A TWO CHINACHEM PLZ 68 CONNAUGHT ROAD CENTRAL HONG KONG HONG KONG |
| ANDES INT'L QINGDAO SHIP | N67 YINCHUAN XI LU, BL D QINGDAO AMINTN IND PK 4 FL QINGDAO SHI SHANDONG SHENG 266071 CHINA |
| ATL PACIFIC FISHING LTD | ERF 2347 10TH STREET EAST INDUSTRIAL AREA PO BOX 658 WALVISBAY NAMIBIA NAMIBIA |
| BAKER & MCKENZIE | 14 FL, HUTCHINSON HOUSE 10 HARCOURT ROAD CENTRAL, HONG KONG SAR CHINA |
| BANK OF AMERICA | ATTN: AMANDA MCQUEEN 2 KING EDWARD ST LONDON EC1A 1HQ UNITED KINGDOM |
| BANK OF AMERICA, N.A. | 52/F. CHEUNG KONG CENTER 2 QUEEN'S ROAD CENTRAL CENTRAL, HONG KONG CHINA |
| BARAKA SEARI LTD | RM 1401-2 EASEY COMERCIAL BLDG 253-261 HENNESSY RD WANCHAI, HONG KONG CHINA |
| BRNDBRG MRT INVST HLDNG | L8, MEDINE MEWS LA CHAUSSEE PORT LOUIS MAURITIUS |
| BRNDBRG NAM INVT CO | ERF 2347 10TH ST E INDUSTRIAL AREA PO BOX 658 WALVISBAY NAMIBIA NAMIBIA |
| CHINA CITIC BANK INTERNATIONAL LTD. | RISK ASSETS MANAGEMENT ATTN: MR. JACK WONG & MR. ANTHONY NG 18/F., DEVON HOUSE, TAIKOO PLACE 979 KING'S ROAD QUARRY BAY HONG KONG CHINA |
| CITIC | 61-65 DES VOEUX ROAD CENTRAL HONG KONG 1001 CHINA |
| CITY N DST, SHANGHAI ELEC | HUATONG ELEC DSTR DEPT NO 232 WEIHAI RD QINGDAO SHANDONG 266071 CHINA |
| DBS | 16TH FL, THE CENTER 99 QUEENS RD CENTRAL, HONG KONG HONG KONG |
| DBS BANK (HK) LTD | 16TH FL, THE CENTER 99 QUEENS ROAD CENTRAL, HONG KONG CHINA |
| DELOITTE & TOUCHE FIN ADV | 35/F ONE PACIFIC PLACE 88 QUEENSWAY HONG KONG CHINA |
| DELOITTE TOUCHE TOHMATSU | 35/F ONE PACIFIC PLACE 88 QUEENSWAY HONG KONG CHINA |
| DLA PIPER HONG KONG | 17TH FLR, EDINBURGH TWR THE LANDMARK 15 QUEEN'S ROAD CENTRAL HONG KONG CHINA |
| EPIQ SYSTEMS LIMITED | 1102-1104 CENTRAL PLAZA 18 HARBOUR ROAD WANCHAI, HONG KONG CHINA |
| FUBON BANK (HONG KONG) LIMITED | ATTN: JEFFREY WU/RINGO CHAU (SPECIAL ASSETS MANAGEMENT DEPARTMENT) 9/F, FUBON BANK BUILDING 38 DES VOEUX ROAD CENTRAL HONG KONG CHINA |
| GRANT THORNTON RECOVERY | LEVEL 12, 28 HENNESSY RD WANCHAI HONG KONG |
| GUANGTAI TRADING LTD | TRUST COMPANY COMPLEX AJELTAKE RD AJELTAKE ISLAND MAJURO MARSHALL ISLANDS MH 96960 MARSHALL ISLANDS |
| HSBC | L16, HSBC MAIN BLDNG 1 QUEEN'S ROAD CENTRAL, HONG KONG CHINA |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATIONS PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| KBC BANK NV | HONG KONG BRANCH ATTN: CANDY WAN 3901 CENTRAL PLAZA 18 HARBOUR RD HONG KONG HONG KONG |
| MAYBANK | 18/F CITIC TOWER 1 TIM MEI AVENUE CENTRAL, HONG KONG CHINA |
| MERIDIAN INVST GROUP PTE | 138 CECIL STREET #12-01 A CECIL COURT SINGAPORE 069538 SINGAPORE |
| MOURANT OZANNES SERY LTD | 1002-1006, 10/F GLOUCESTER TOWER 15 QUEEN'S RD CENTRAL HONG KONG CHINA |
| PERUN LTD. | NO 80 RAFFLES PL, #26-02 UOB PLAZA ONE SINGAPORE 048624 SINGAPORE |
| PRICEWATERHOUSECOOPERSLTD | 22/F PRINCE'S BUILDING CENTRAL, HONG KONG HONG KONG |
| QINGDAO DRFNG GNG CO LTD | NO. 31 YONGPING RD QINGDAO CHINA |
| QINGDAO JNCAI PLGIC FISH | NO. 1 CHANG AN RD 4TH FL, SHIBEI DISTRICT SHANDONG PROVINCE QUINDAO CITY 266000 CHINA |
| QINGDAO SHNGBNGKN TRD | TRDE CNTR CENGYANG VIL CHENGYANG STREET CHENGYANG DISTRICT QINGDAO SHANDONG CHINA |
| RABOBANK | PICKENPACK FACILITY AGMNT 32/F, 3 PACIFIC PLACE 1 QUEENS ROAD EAST HONG KONG CHINA |
| RABOBANK | 32/F, 3 PACIFIC PLACE 1 QUEENS ROAD EAST HONG KONG HONG KONG |
| RABOBANK INTL, HK | 32/F, 3 PACIFIC PLACE 1 QUEENS ROAD EAST HONG KONG CHINA |
| RABOBANK NFS FINANCE | 32/F, 3 PACIFIC PLACE 1 QUEENS ROAD EAST HONG KONG CHINA |
| RNGCHNG HETAI SHNGM CO | RONGCHENG BAY STREET OFFICE XUANGZHEN VILLAGE SHANDONG CHINA |
| RNGCHNG LNGYN SHIP AGCY | XIXIAKOU COUNTY CHENGSHAN TOWN RONGCHENG CITY SHANDONG PROVINCE CHINA |
| RSM CORP ADVISORY HK LTD | 29TH LEE GARDEN TWO 28 YUN PING ROAD CAUSEWAY BAY, HONG KONG CHINA |
| SAHARA INVESTMENT GROUP PRIVATE LIMITED | ATTN: OLEG SIZOV #12-51 ANSON CENTRE 51 ANSON ROAD SINGAPORE 079904 SINGAPORE |
| SANG II TRADING CO LTD. | RM 504, 125 WONGYANG-RO SEO-GU BUSAN 602-030 SOUTH KOREA |
| SHANDONG HAOYUNTONG NETS | TECHNOLOGY CO., LTD NO. 318 MUYUN RD SHIDAO, RONGCHENG SHANDONG CHINA |

## Service List

| Claim Name | Address Information |
|---|---|
| SHELL MARINE PROD SING | METROPOLIS TOWER 1 9N BUONA VSTA DR, 07-01 SINGAPORE 138588 SINGAPORE |
| SIFANG DIST HAIYNBO SHIP | ACCESSORIES SUPPLY CENTER NO. 7 WENZHOU RD QINGDAO SHANDONG 266071 CHINA |
| STANDARD CHARTER BANK | STANDARD CHARTER BANK BUILDING 5/F 4-4A DES VOEUX RD CENTRAL, HONG KONG CHINA |
| STANDARD CHARTERED BNK (HK) LTD | ATTN: C. LEUNG & S. SUN 17/F, STANDARD CHARTERED BANK BLDG 4-4A DES VOUEX ROAD CENTRAL HONG KONG CHINA |
| TAISHIN | NO. 118, SEC 4, REN'AI RD DA'AN DISTRICT TAIPEI CITY 106 TAIWAN |
| TAPEI FUBON COM BK CO LTD | C/O WHITE & CASE LLP ATTN: HARRISON DENMAN, ESQ 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| TMF TRUSTEE LTD | CORPORATE TRUST 5TH FL, 6ST. ANDREW ST LONDON EC4A 3AE UNITED KINGDOM |
| U.S. SECURITIES AND EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE BROOKFIELD PLACE 200 VESEY STREET, SUITE 400 NEW YORK NY 10281-1022 |
| UNITED STATES ATTORNEY'S OFFICE | SOUTHERN DISTRICT OF NEW YORK ATTN: TAX & BANKRUPTCY UNIT 86 CHAMBERS STREET, THIRD FLOOR NEW YORK NY 10007 |

**Total Creditor count  51**

**EXHIBIT B**

# CHINA FISHERY GROUP LIMITED
## Electronic Mail Master Service List

ahalperin@halperinlaw.net
ahamilton@mayerbrown.com
ahart@sidley.com
alice.morgan@sidley.com
apincus@reedsmith.com
apropps@sidley.com
bbrandt@dsi.biz
cahn@clm.com
cbelmonte@ssbb.com
cfg.service@davispolk.com
chris.donoho@hoganlovells.com
craig.martin@dlapiper.com
creilly@klestadt.com
cwalsh@mayerbrown.com
daniel.lanigan@hoganlovells.com
dmarshall@bsfllp.com
eman@whitecase.com
fhe@whitecase.com
friedrich.von.kaltenborn@brl.de
gabriel.morgan@weil.com
gregory.pesce@kirkland.com
harrison.denman@whitecase.com
hmagaliff@r3mlaw.com
jadams@kelleydrye.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jay.goffman@skadden.com
jcarr@kelleydrye.com
jeffrey.torosian@dlapiper.com
jhorne@murthalaw.com
jhutchinson@sidley.com
jjureller@klestadt.com
john.lyons@dlapiper.com
jonathan.leitch@dlapiper.com
jordanharap@quinnemanuel.com
kdwbankruptcydepartment@kelleydrye.com
kelly.silver@mxns.com
kwaldron@lowenstein.com
lattanasio@sidley.com
lharrison@curtis.com
lisa.laukitis@skadden.com
liz.downing@skadden.com
luskin@lsellp.com

malternelson@sidley.com
marcia.goldstein@weil.com
mark.fairbairn@dlapiper.com
matt.barr@weil.com
mchan@whitecase.com
odonnell@lsellp.com
patrick.nash@kirkland.com
pbosswick@ssbb.com
pbuenger@curtis.com
pcorr@sidley.com
pkizel@lowenstein.com
rachel.albanese@dlapiper.com
richard.chesley@dlapiper.com
richard.morrissey@usdoj.gov
rweiss@dsi.biz
sgant@bsfllp.com
stephanie.wickouski@bryancave.com
susheelkirpalani@quinnemanuel.com
talesnick@lsellp.com
tklestadt@klestadt.com
tsmith@curtis.com
warren.haskel@kirkland.com
wgyves@kelleydrye.com