| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Jay M. Goffman<br>Lisa Laukitis<br>Four Times Square<br>New York, New York 10036-6522<br>Telephone: (212) 735-3000<br>Fax: (212) 735-2000 | WEIL, GOTSHAL & MANGES LLP<br>Matthew S. Barr<br>Marcia Goldstein<br>Gabriel A. Morgan<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone (212) 310-8000<br>Fax: (212) 310-8007 |
| -and-<br>Elizabeth M. Downing (admitted *pro hac vice*)<br>500 Boylston Street<br>Boston, Massachusetts 02116<br>Telephone: (617) 573-4800<br>Fax: (617) 573-4870 | *Counsel for Certain Debtors and Debtors in Possession* |
| *Counsel for William A. Brandt, Jr., Chapter 11 Trustee* | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **CHINA FISHERY GROUP LIMITED (CAYMAN)** *et al.*, | : | **Case No. 16-11895 (JLG)** |
| Debtors.[1] | : | **(Jointly Administered)** |
| | | |
| **In re:** | : | **Chapter 11** |
| **CFG Peru Investments Pte. Limited (Singapore),** Debtor. | : | **Case No. 16-11914 (JLG)** |
| | : | **(Jointly Administered)** |

---

[1] The Debtors are China Fishery Group Limited (Cayman), Pacific Andes International Holdings Limited (Bermuda), N.S. Hong Investment (BVI) Limited, South Pacific Shipping Agency Limited (BVI), China Fisheries International Limited (Samoa), CFGL (Singapore) Private Limited, Chanery Investment Inc. (BVI), Champion Maritime Limited (BVI), Growing Management Limited (BVI), Target Shipping Limited (HK), Fortress Agents Limited (BVI), Ocean Expert International Limited (BVI), Protein Trading Limited (Samoa), CFG Peru Investments Pte. Limited (Singapore), Smart Group Limited (Cayman), Super Investment Limited (Cayman), Pacific Andes Resources Development Limited (Bermuda), Nouvelle Foods International Ltd., Golden Target Pacific Limited, Pacific Andes International Holdings (BVI) Limited, Zhonggang Fisheries Limited, Admired Agents Limited, Chiksano Management Limited, Clamford Holding Limited, Excel Concept Limited, Gain Star Management Limited, Grand Success Investment (Singapore) Private Limited, Hill Cosmos International Limited, Loyal Mark Holdings Limited, Metro Island International Limited, Mission Excel International Limited, Natprop Investments Limited, Pioneer Logistics Limited, Sea Capital International Limited, Shine Bright Management Limited, Superb Choice International Limited, and Toyama Holdings Limited (BVI).

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON JULY 18, 2019 AT 11:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, before the Honorable James L. Garrity, Jr., United States Bankruptcy Court, One Bowling Green, New York, New York, 10004-1408, Courtroom 601.

**I.    UNCONTESTED MATTER:**

1. Motion of CFGL (Singapore) Private Limited Pursuant to 11 U.S.C. §§ 105(a) and 363 for Order Establishing Procedures to Sell Singapore Real Property **[ECF No. 1620]**

    Response Deadline:    July 11, 2019 at 4:00 p.m.

    Response Received:

    A. Declaration of Ng Puay Yee (Jessie) in Support of Motion of CFGL (Singapore) Private Limited Debtors Pursuant to 11 U.S.C. §§ 105(a) and 363 for Order Establishing Procedures to Sell Singapore Real Property **[ECF No. 1621]**

    Related Document:    None.

    Status:  This matter is going forward on an uncontested basis.

**II.    FEE MATTERS:**

2. Fourth Application of Klestadt Winters Jureller Southard & Stevens, LLP, as Attorneys for Certain Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses from July 1, 2018 Through and Including October 31, 2018 **[ECF No. 1563]**

    Response Deadline:    June 18, 2019 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:  None.

    Status:  This matter is going forward on an uncontested basis.

3. Fifth Application of Weil, Gotshal & Manges LLP, Counsel to Certain Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from July 1, 2018 Through and Including October 31, 2018 **[ECF No. 1567]**

    Response Deadline:    June 18, 2019 at 4:00 p.m.

    Responses Received:  None.

    Related Documents: None.

    Status: This matter is going forward on an uncontested basis.

4.   Seventh Interim Fee Application of Goldin Associates, LLC for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from July 1, 2018 Through October 31, 2018 **[ECF No. 1565]**

    Response Deadline: June 18, 2019 at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter is going forward on an uncontested basis.

5.   Seventh Interim Application of RSR Consulting, LLC, Restructuring Consultant to the Debtors and Debtors-in-Possession, for Compensation for Services Rendered and Reimbursement of Expenses Incurred from July 1, 2018 Through October 31, 2018 **[ECF No. 1566]**

    Response Deadline: June 18, 2019 at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter is going forward on an uncontested basis.

6.   Sixth Interim Fee Application of Skadden, Arps, Slate, Meagher & Flom LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Chapter 11 Trustee for the Period From July 1, 2018 Through and Including October 31, 2018 **[ECF No. 1561]**

    Response Deadline: June 18, 2019 at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter is going forward on an uncontested basis.

7.   Sixth Interim Fee Application of Development Specialists, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Accountant to the Chapter 11 Trustee for the Period From July 1, 2018 Through and Including October 31, 2018 **[ECF No. 1562]**

    Response Deadline: June 18, 2019 at 4:00 p.m.

    Responses Received: None.

Related Documents:   None.

Status: This matter is going forward on an uncontested basis.

8.  Fifth Interim Application of Quinn Emanuel Urquhart & Sullivan, LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Litigation Counsel to the Chapter 11 Trustee for the Period of July 1, 2018 Through October 31, 2018 **[ECF No. 1564]**

    Response Deadline:   June 18, 2019 at 4:00 p.m.

    Responses Received:  None.

    Related Document:

    A.  Supplemental Declaration of James C. Tecce **[ECF No. 1602]**

    Status: This matter is going forward on an uncontested basis.

### III.  CONTESTED MATTER:

9.  Trustee's Second Omnibus Claim Objection (Insufficient Proofs of Claim) **[ECF No. 1523]**

    Response Deadline:   April 29, 2019 at 4:00 p.m.

    Response Received:

    A.  Response of Pacific Andes Enterprises (BVI) Limited (In Liquidation), Parkmond Group Limited (In Liquidation) and Solar Fishing Trading Limited (In Liquidation) to the Claim Objection Filed by the Chapter 11 Trustee of CFG Peru Investments Pte. Limited (Singapore) **[ECF No. 1570]**

    B.  Reply of Trustee William A. Brandt, Jr. in Further Support of Second Omnibus Claim Objection (Insufficient Proofs of Claim) **[ECF No. 1639]**

    Related Document:

    C.  Declaration of Nicholas James Gronow **[ECF No. 1572]**

    D.  Declaration of James C. Tecce in Support of Reply of Trustee William A. Brandt, Jr. in Further Support of Second Omnibus Claim Objection (Insufficient Proofs of Claim) **[ECF No. 1640]**

    Status: This matter is going forward on a contested basis.

## IV. ADJOURNED MATTER:

10. Debtor Protein Trading Limited (Samoa)'s Omnibus Objection to Claim Numbers 62-1, 63-1, and 64-1 (Books and Records) **[ECF No. 1524]**

    Response Deadline:   April 29, 2019 at 4:00 p.m.

    Response Received:

    A.  Response of Pacific Andes Enterprises (BVI) Limited (In Liquidation), Parkmond Group Limited (In Liquidation) and Solar Fish Trading Limited (In Liquidation) to the Claim Objection Filed by Debtor Protein Trading Limited (Samoa) **[ECF No. 1571]**

    B.  Reply of Trustee William A. Brandt, Jr. in Further Support of Second Omnibus Claim Objection (Insufficient Proofs of Claim) **[ECF No. 1639]**

    Related Document:

    C.  Declaration of Nicholas James Gronow **[ECF No. 1572]**

    D.  Declaration of James C. Tecce in Support of Reply of Trustee William A. Brandt, Jr. in Further Support of Second Omnibus Claim Objection (Insufficient Proofs of Claim) **[ECF No. 1640]**

    Status:  This matter has been adjourned to October 29, 2019 at 11:00 a.m.

Dated: July 16, 2019
      New York, New York

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | WEIL, GOTSHAL & MANGES LLP |
|---|---|
| By: /s/ Lisa Laukitis<br>    Jay M. Goffman<br>    Lisa Laukitis<br>    Four Times Square<br>    New York, New York 10036-6522<br>    Telephone: (212) 735-3000<br>    Fax: (212) 735-2000<br><br>    -and-<br><br>    Elizabeth M. Downing<br>    (admitted *pro hac vice*)<br>    500 Boylston Street<br>    Boston, Massachusetts 02116<br>    Telephone: (617) 573-4800<br>    Fax: (617) 573-4870<br><br>*Counsel for William A. Brandt Jr., Chapter 11 Trustee* | By: /s/ Matthew S. Barr<br>    Matthew S. Barr<br>    Marcia Goldstein<br>    Gabriel A. Morgan<br>    767 Fifth Avenue<br>    New York, New York 10153<br>    Telephone: (212) 310-8000<br>    Fax: (212) 310-8007<br><br>*Counsel for Certain Debtors and Debtors in Possession* |