SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

Lisa Laukitis
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Fax: (212) 735-2000

-and-

Ebba Gebisa (admitted *pro hac vice*)
155 N. Wacker Dr.
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Fax: (312) 407-0411

-and-

Elizabeth Downing (admitted *pro hac vice*)
500 Boylston Street
Boston, Massachusetts 02116
Telephone: (617) 573-4800
Fax: (617) 573-4870

*Counsel for William A. Brandt, Jr., Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **CHINA FISHERY GROUP LIMITED (CAYMAN)** *et al.*, | : | **Case No. 16-11895 (JLG)** |
| Debtors.[1] | : | **(Jointly Administered)** |
| | : | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **CFG Peru Investments Pte. Limited (Singapore),** | : | **Case No. 16-11914 (JLG)** |
| Debtor. | : | **(Jointly Administered)** |

---

[1] The Debtors are China Fishery Group Limited (Cayman), Pacific Andes International Holdings Limited (Bermuda), N.S. Hong Investment (BVI) Limited, South Pacific Shipping Agency Limited (BVI), China Fisheries International Limited (Samoa), CFGL (Singapore) Private Limited, Chanery Investment Inc. (BVI), Champion Maritime Limited (BVI), Growing Management Limited (BVI), Target Shipping Limited (HK), Fortress Agents Limited (BVI), Ocean Expert International Limited (BVI), Protein Trading Limited (Samoa), CFG Peru Investments Pte. Limited (Singapore), Smart Group Limited (Cayman), Super Investment Limited (Cayman), Pacific Andes Resources Development Limited (Bermuda), Nouvelle Foods International Ltd., Golden Target Pacific Limited, Pacific Andes International Holdings (BVI) Limited, Zhonggang Fisheries Limited, Admired Agents Limited, Chiksano Management Limited, Clamford Holding Limited, Excel Concept Limited, Gain Star Management Limited, Grand Success Investment (Singapore) Private Limited, Hill Cosmos International Limited, Loyal Mark Holdings Limited, Metro Island International Limited, Mission Excel International Limited, Natprop Investments Limited, Pioneer Logistics Limited, Sea Capital International Limited, Shine Bright Management Limited, Superb Choice International Limited, and Toyama Holdings Limited (BVI).

### NOTICE OF (1) WITHDRAWAL OF APPEARANCE OF JAY M. GOFFMAN, AND (2) CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that the appearance of Jay M. Goffman, Esq. on behalf of William A. Brandt, Jr., solely in his capacity as the chapter 11 trustee (the "**Chapter 11 Trustee**") of CFG Peru Investments Pte. Limited (Singapore), is hereby withdrawn, and service of pleadings and notices, including CM/ECF electronic notification, in the above-captioned cases upon him should be discontinued.

PLEASE TAKE FURTHER NOTICE that the New York offices of Skadden, Arps, Slate, Meagher & Flom LLP, counsel to the Chapter 11 Trustee, have relocated. Notices and pleadings given or filed in the above-captioned cases should now be given and served upon each of the following:

> SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
> Lisa Laukitis
> One Manhattan West
> New York, New York 10001
> Telephone: (212) 735-3000
> Fax: (212) 735-2000
> Lisa.laukitis@skadden.com
>
> -and-
>
> Ebba Gebisa (admitted *pro hac vice*)
> 155 N. Wacker Dr.
> Chicago, Illinois 60606-1720
> Telephone: (312) 407-0700
> Fax: (312) 407-0411
> Ebba.gebisa@skadden.com
>
> - and –

*[Remainder of Page Intentionally Left Blank]*

2

        Elizabeth M. Downing, Esq. (admitted *pro hac vice*)
        500 Boylston Street
        Boston, Massachusetts 02116
        Telephone: (617) 573-4800
        Fax: (617) 573-4870
        Elizabeth.downing@skadden.com

Dated: March 2, 2020
      New York, New York

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

        By: */s/ Lisa Laukitis*
            Lisa Laukitis
            One Manhattan West
            New York, New York 10001
            Telephone: (212) 735-3000
            Fax: (212) 735-2000

            -and-

            Ebba Gebisa (admitted *pro hac vice*)
            155 N. Wacker Dr.
            Chicago, Illinois 60606-1720
            Telephone: (312) 407-0700
            Fax: (312) 407-0411

            -and-

            Elizabeth M. Downing (admitted *pro hac vice*)
            500 Boylston Street
            Boston, Massachusetts 02116
            Telephone: (617) 573-4800
            Fax: (617) 573-4870

        *Counsel for William A. Brandt, Jr.,*
            *Chapter 11 Trustee*