SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Lisa Laukitis
Clark Xue
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Fax: (212) 735-2000

-and-

Elizabeth M. Downing (admitted *pro hac vice*)
500 Boylston Street
Boston, Massachusetts 02116
Telephone: (617) 573-4800
Fax: (617) 573-4870

*Counsel for William A. Brandt, Jr., Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **CHINA FISHERY GROUP LIMITED (CAYMAN)** *et al.*, | **Case No. 16-11895 (JLG)** |
| Debtors.[1] | **(Jointly Administered)** |
| **In re:** | **Chapter 11** |
| **CFG Peru Investments Pte. Limited (Singapore),** Debtor. | **Case No. 16-11914 (JLG)** |
| | **(Jointly Administered)** |

---

[1] The Debtors are China Fishery Group Limited (Cayman), Pacific Andes International Holdings Limited (Bermuda), N.S. Hong Investment (BVI) Limited, South Pacific Shipping Agency Limited (BVI), China Fisheries International Limited (Samoa), CFGL (Singapore) Private Limited, Chanery Investment Inc. (BVI), Champion Maritime Limited (BVI), Growing Management Limited (BVI), Target Shipping Limited (HK), Fortress Agents Limited (BVI), Ocean Expert International Limited (BVI), Protein Trading Limited (Samoa), CFG Peru Investments Pte. Limited (Singapore), Smart Group Limited (Cayman), Super Investment Limited (Cayman), Pacific Andes Resources Development Limited (Bermuda), Nouvelle Foods International Ltd., Golden Target Pacific Limited, Pacific Andes International Holdings (BVI) Limited, Zhonggang Fisheries Limited, Admired Agents Limited, Chiksano Management Limited, Clamford Holding Limited, Excel Concept Limited, Gain Star Management Limited, Grand Success Investment (Singapore) Private Limited, Hill Cosmos International Limited, Loyal Mark Holdings Limited, Metro Island International Limited, Mission Excel International Limited, Natprop Investments Limited, Pioneer Logistics Limited, Sea Capital International Limited, Shine Bright Management Limited, Superb Choice International Limited, and Toyama Holdings Limited (BVI).

*(cont'd)*

**NOTICE REGARDING EIGHTH EXTENSION OF
THE AUTOMATIC TERMINATION DATE OF THE MEDIATION**

**PLEASE TAKE NOTICE** that on January 29, 2020, the Court entered the *Order (A) Granting Mediation Motion, (B) Referring Matters to Mediation, and (C) Authorizing Taking Corporate Governance Actions Necessary to Enable Non-Debtors CFG Investment S.A.C. to Participate in Mediation* [Docket No. 1938] (the "Mediation Order").[2]

**PLEASE TAKE FURTHER NOTICE** that paragraph 8 of the Mediation Order provides that the automatic termination date of the Mediation (the "Mediation Termination Date") would occur on May 29, 2020.

**PLEASE TAKE FURTHER NOTICE** that on May 29, 2020, the Court entered the *Order Extending the Automatic Termination Date of the Mediation* [Dkt. No. 2053] (the "Mediation Termination Date Extension Order"), paragraph 1 of which provides that the Mediation Termination Date shall be extended to September 1, 2020, unless the Mediation has concluded or unless further extended by agreement of the Mediation Parties with the consent of the Mediator.

**PLEASE TAKE FURTHER NOTICE** that on September 1, 2020, the Chapter 11 Trustee filed the *Notice Regarding Further Extension of the Automatic Termination Date of the Mediation* [Dkt. No. 2139], which provided notice that the Mediation Parties agreed, and the Mediator consented, to further extending the Mediation Termination Date to October 30, 2020.

**PLEASE TAKE FURTHER NOTICE** that on November 3, 2020, the Chapter 11 Trustee filed the *Notice Regarding Third Extension of the Automatic Termination Date of the Mediation* [Dkt. No. 2211], which provided notice that the Mediation Parties agreed, and the

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Mediation Order.

Mediator consented, to further extending the Mediation Termination Date, (i) with respect to the Liquidator Disputes, to November 13, 2020; and (ii) with respect to the Intercreditor Dispute, to November 24, 2020.

**PLEASE TAKE FURTHER NOTICE** that on November 20, 2020, the Chapter 11 Trustee filed the *Notice Regarding Fourth Extension of the Automatic Termination Date of the Mediation* [Dkt. No. 2232], which provided notice that the Mediation Parties agreed, and the Mediator consented, to further extending the Mediation Termination Date to November 30, 2020

**PLEASE TAKE FURTHER NOTICE** that on December 7, 2020, the Chapter 11 Trustee filed the *Notice Regarding Fifth Extension of the Automatic Termination Date of the Mediation* [Dkt. No. 2249], which provided notice that the Mediation Parties agreed, and the Mediator consented, to further extending the Mediation Termination Date, (i) with respect to the Intercreditor Dispute, to December 14, 2020; and (ii) with respect to the Liquidator Disputes, to January 6, 2021.

**PLEASE TAKE FURTHER NOTICE** that on December 24, 2020, the Chapter 11 Trustee filed the *Notice Regarding Sixth Extension of the Automatic Termination Date of the Mediation* [Dkt. No. 2277], which provided notice that the Mediation Parties agreed, and the Mediator consented, to further extending the Mediation Termination Date with respect to the Intercreditor Dispute to January 6, 2021.

**PLEASE TAKE FURTHER NOTICE** that on January 6, 2021, the Chapter 11 Trustee filed the *Notice Regarding Seventh Extension of the Automatic Termination Date of the Mediation* [Dkt. No. 2287], which provided notice that (i) the Mediation Parties with respect to the CFGI Lawsuit agreed, and the Mediator consented, to further extending the Mediation Termination Date with respect to the CFGI Lawsuit to March 7, 2021 in order to provide additional time for the relevant parties to finalize and formally document their agreement in principle to

resolve the CFGI Lawsuit; and (ii) the Mediation with respect to the Liquidator Disputes other than the CFGI Lawsuit has terminated.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Mediation Order and the Mediation Termination Date Extension Order, the Mediation Parties have agreed, and the Mediator has consented, to a further extension of the Mediation Termination Date with respect to the Intercreditor Dispute to March 7, 2021 in order to provide certain Mediation Parties to the Intercreditor Dispute with additional time to engage in discussions and negotiations with respect to the Mediation.

Dated: January 19, 2021
     New York, New York

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: */s/ Lisa Laukitis*
    Lisa Laukitis
    Clark Xue
    One Manhattan West
    New York, New York 10001-8602
    Telephone: (212) 735-3000
    Fax: (212) 735-2000

    -and-

    Elizabeth Downing (admitted *pro hac vice*)
    500 Boylston Street
    Boston, Massachusetts 02116
    Telephone: (617) 573-4800
    Fax: (617) 573-4870

*Counsel for William A. Brandt, Jr.,*
    *Chapter 11 Trustee*