# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

---

| | |
|---|---|
| IN RE: China Fishery Group Limited (Cayman) and Pacific Andes International Holdings Limited (Berm | CASE NO.: 16–11895–jlg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 00–0000000 | CHAPTER: 11 |

---

## NOTICE TO ALL CREDITORS AND INTERESTED PARTIES

Please be advised that a hearing will be held on 4/12/2022 at 10:00 a.m. (ET) on the following matter and Replies are due on 4/8/2022 at 12:00 p.m. (ET) with two single–sided hard copies sent to the Court.

Doc #2990 ....Application for FRBP 2004 Examination.

Dated: April 6, 2022                                          Vito Genna
                                                              Clerk of the Court