# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: admin | Date Created: 4/6/2022 |
| Case: 16−11895−jlg | Form ID: 143 | Total: 315 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| cr | Cooperatieve Rabobank, U.A. |
| cr | DBS BANK (Hong Kong) Limited |
| cr | Standard Chartered Bank (Hong Kong) Limited |
| cr | China CITIC Bank International Limited |
| unk | Senior Noteholder Committee |
| cr | Malayan Banking Berhad, Hong Kong Branch |
| intp | TMF TRUSTEE LIMITED |
| unk | CFG Investment S.A.C., Corporacion Pesquera Inca S.A.C. and Sustainable Fishing Resources S.A.C. |
| cr | Pickenpack Group |
| intp | Equity Holders of N.S. Hong Investments (BVI) Limited |
| cr | Agricultural Bank of China |
| cr | Industrial and Commercial Bank of China |
| cr | Informal Steering Committee of Bondholders of Pacific Andes Resources Development Ltd. |
| cr | Huaxia Bank |
| cr | Bank of Communications |
| intp | G.I. Industria Peru S.A.C. |
| intp | Paitan S.A.C. |
| intp | ASAP Consulting Group S.A.C. |
| intp | Fibras Marinas S.A. |
| intp | Fabricaciones y Reparaciones Industriales FMERM S.R.L. |
| cr | Taipei Fubon Commercial Bank Co., Ltd. |
| stkhld | CAP III−A Limited |
| cr | China Minsheng Banking Corp., Ltd. |
| unk | William A. Brandt, Jr. |
| intp | Moody's Investors Service, Inc. |
| cr | The Hongkong and Shanghai Banking Corporation Limited |
| intp | HSBC North America Holdings Inc., HSBC North America, Inc., and HSBC USA Inc. |
| aty | Rich Michaelson Magaliff Moser, LLP |
| fa | Goldin Associates, LLC |
| cr | Merieux Nutrisciences Corporation |
| intp | Advocatus Law |
| unk | Clerk's Office of the US Bankruptcy Court |
| aty | Klestadt Winters Jureller Southard & Stevens, LLP |
| aty | Quinn Emanuel Urquhart & Sullivan LLP |
| unk | Travelers Casualty & Surety Company of America |
| op | RSR Consulting, LLC |
| intp | Joint and Several Liquidators |
| aty | Skadden, Arps, Slate, Meagher & Flom LLP |
| intp | Zhonghai Ocean Technology Stock Limited Company |
| intp | Joint and Several Liquidators of PAE, Parkmond and Solar Fish |
| intp | John O. Desmond, Chapter 7 Trustee of National Fish & Seafood, Inc. |
| dbpos | CFGL (Singapore) Private Limited |
| intp | Monarch Alternative Capital LP |
| cr | EG Capital Advisors |
| cr | Double Haven |
| cr | Hansabay |
| cr | Hutch Capital Management |
| cr | Serica Capital Asia Limited |
| cr | Cowell & Lee Capital Management Limited |
| cr | Davidson Kempner Asia Limited |
| db | Pacific Andes International Holdings (BVI) Limited |
| db | Pacific Andes International Holdings Limited (Bermuda) |
| intp | Joint and Several Liquidators of the Liquidation Companies |
| cr | Autonomy Capital (Jersey) L.P. |
| cr | CFG Investment S.A.C. (Peru) and Corporacion Pesquera Inca S.A.C. (Peru) |
| intp | Joint and Several Liquidators of the Hong Kong Plaintiffs |
| cr | EG Capital Advisors UK Ltd. |
| unk | Citicorp International Limited |
| cr | Madison Pacific Trust Limited |
| intp | Delaware Trust Company |
| fa | Duff & Phelps, LLC |
| md | Robert D. Drain |
| unk | Ad Hoc Group |
| intp | Ng Puay Yee |
| cr | Creditor Plan Proponents |
| cr | Meyer, Suozzi, English & Klein, P.C. |
| op | Houlihan Lokey, Inc. |
| intp | Michael Foreman, Plan Administrator for CFG Peru Investments Pte. Limited (Singapore) |
| unk | The Hongkong and Shanghai Banking Corporation Limited |

| | | |
|---|---|---|
| tee | SC Lowy Primary Investments Ltd. | |
| tee | Deutsche Bank AG, London Branch | |
| tee | Arkkan Opportunities Fund Ltd. | |
| intp | Philippi, Prietocarrizosa, Ferrero Du & Uria | |
| tee | Monarch Master Funding LTD | |
| tee | Burlington Loan Management DAC | |
| tee | VCFG LLC | |
| tee | Burlington Loan Management Designated Activity Company | |
| tee | SC Lowy Primary Investments, Ltd. | |
| cr | The Hongkong and Shanghai Banking Corporation | |
| 7010516 | ASAP Consulting Group S.A.C. | |
| 6984232 | CHINA FISHERY GROUP LIMITED | |
| 7387563 | Cooperatieve Rabobank U.A. and Standard Charter Ba | |
| 7084911 | Corporacion Pesquera Inca S.A.C. (Peru) | |
| 7010517 | Paitan S.A.C. | |
| 7004874 | Pickenpack Group | |

TOTAL: 85

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| cna | Epiq Corporate Restructuring, LLC Claims Agent | rjacobs@ecf.epiqsystems.com |
| aty | Aaron R. Cahn | cahn@clm.com |
| aty | Alan D. Halperin | |
| aty | Andrea Pincus | apincus@reedsmith.com |
| aty | Andrew P. Propps | apropps@sidley.com |
| aty | Barrett Lingle | barrett.lingle@whitecase.com |
| aty | Brian Trust | btrust@mayerbrown.com |
| aty | Christine Walsh | cwalsh@mayerbrown.com |
| aty | Christopher J Reilly | creilly@klestadt.com |
| aty | Christopher J. Houpt | choupt@mayerbrown.com |
| aty | Christopher Robert Belmonte | crbelmonte@duanemorris.com |
| aty | Daniel Egan | daniel.egan@dlapiper.com |
| aty | David Mawhinney | david.mawhinney@klgates.com |
| aty | David J Richardson | drichardson@bakerlaw.com |
| aty | Douglas Deutsch | douglas.deutsch@cliffordchance.com |
| aty | Edward J. LoBello | elobello@msek.com |
| aty | Elliot Moskowitz | elliot.moskowitz@dpw.com |
| aty | Evan Goldenberg | egoldenberg@whitecase.com |
| aty | Frederick D. Hyman | RHyman@duanemorris.com |
| aty | Gabriel Adam Morgan | gabriel.morgan@weil.com |
| aty | Gerald C. Bender | gbender@lowenstein.com |
| aty | Harrison L Denman | harrison.denman@whitecase.com |
| aty | Irving H. Picard | ipicard@bakerlaw.com |
| aty | J. Christopher Shore | cshore@whitecase.com |
| aty | James C Tecce | jamestecce@quinnemanuel.com |
| aty | James H.M. Sprayregen | jsprayregen@kirkland.com |
| aty | James S. Carr | jcarr@kelleydrye.com |
| aty | Jarman Russell | jrussell@mayerbrown.com |
| aty | John E. Jureller, Jr. | jjureller@klestadt.com |
| aty | Jonathan M. Horne | jhorne@murthalaw.com |
| aty | Jordan Harap | jordanharap@quinnemanuel.com |
| aty | Katherine Scherling | katescherling@quinnemanuel.com |
| aty | Lauren Catherine Kiss | lkiss@klestadt.com |
| aty | Leo V. Leyva | lleyva@coleschotz.com |
| aty | Lisa Laukitis | lisa.laukitis@skadden.com |
| aty | Louis Smith | smithlo@gtlaw.com |
| aty | Matthew Benjamin Stein | mstein@kasowitz.com |
| aty | Matthew Scott Barr | matt.barr@weil.com |
| aty | Michael Luskin | luskin@lsellp.com |
| aty | Michael L. Cook | michael.cook@srz.com |
| aty | Monique J. Mulcare | mmulcare@mayerbrown.com |
| aty | Mordechai Sutton | mordechai.sutton@dlapiper.com |
| aty | Patrick James Nash, Jr | patrick.nash@kirkland.com |
| aty | Peter Scott Goodman | goodmanlawpllc@gmail.com |
| aty | Richard C. Morrissey | richard.morrissey@usdoj.gov |
| aty | Robert Johnson | robert.johnson@cliffordchance.com |
| aty | Robert B. Weiss | rweiss@dsi.biz |
| aty | Robert Craig Martin | craig.martin@dlapiper.com |
| aty | Robert J. Stark | rstark@brownrudnick.com |
| aty | Ronald J. Silverman | ronald.silverman@hoganlovells.com |
| aty | Scott E. Gant | sgant@bsfllp.com |
| aty | Stephanie Wickouski | swickouski@lockelord.com |
| aty | Susan D. Golden | susan.golden@usdoj.gov |
| aty | Tracy L. Klestadt | tklestadt@klestadt.com |
| aty | Varoon Sachdev | varoon.sachdev@whitecase.com |

TOTAL: 56

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | China Fishery Group Limited (Cayman) | Rooms 3201–3210, Hong Kong Plaza    188 Connaught Road West    Hong Kong HONG KONG |
| cr | Bank of America N.A. | c/o Sidley Austin LLP    787 Seventh Avenue    New York, NY 10019 |
| unk | Pacific Andes Resources Development Limited | Room 3201–3210    Hong Kong Plaza    188 Connaught Road West    HONG KONG |
| intp | Development Specialists, Inc. | 70 West Madison Street    Suite 2300    Chicago, IL 60602–4250 |
| unk | Fubon Bank (Hong Kong) Limited | 9/F, Fubon Bank Bldg.    38 Des Voeux Rd., C    Hong Kong |
| sp | Hogan Lovells US LLP | 875 Third Avenue    New York, NY 10022 |
| intp | FTI Consulting, Inc. | Cole Schotz P.C.    Leo V. Leyva, Esq.    1325 Avenue of the Americas, 19th Floor    New York, NY 10019 |
| unk | Coface North America | 650 College Road East    Suite 2005    Princeton, NJ 08540–6779 |
| cr | National Fish and Seafood Inc. | 11–15 Parker Street    Gloucester, MA 01930 |
| unk | Protein Trading Limited (Samoa) | Rooms 3201–3210, Hong Kong Plaza    188 Connaught Road West    Hong Kong HONG KONG |
| unk | Epiq Corporate Restructuring, LLC | 777 Third Avenue, 12th Floor    www.epiqglobal.com    New York, NY 10017 |
| op | Weil, Gotshal & Manges LLP | 767 Fifth Avenue    New York, NY 10153 |
| db | Pacific Andes Enterprises (Hong Kong) Ltd. | c/o KWJS&S, LLP    200 W. 41st Street, 17th Fl.    New York, NY 10036 |
| tee | MCP III FinCo Master LLC | c/o Monarch Alternative Capital LP    535 Madison Avenue    New York, NY 10022 |
| aty | Lynn P. Harrison, III | Dentons US LLP    1221 Avenue of the Americas    New York, NY 10020 |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section    P.O. Box 5300    Albany, NY 12205–0300 |
| smg | United States Attorney's Office | Southern District of New York    Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007 |
| smg | Internal Revenue Service | PO Box 7346    Philadelphia, PA 19101–7346 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551    Albany, NY 12201–0551 |
| smg | New York City Dept. Of Finance | Office of Legal Affairs    375 Pearl Street, 30th Floor    New York, NY 10038 |
| 7084137 | Ang Sze Wee Erik Yap Peng Leng Karen | One Hythe Road    Singapore 557483 |
| 6984233 | BDRM CORP & ADV SERV PTE | 50 RAFFLES PLACE    32–01 SINGAPORE LAND TWR    SINGAPORE 048623 |
| 6984234 | BOA FACILITIES | 52/F, CHEUNG KONG CENTER    2 QUEENS RD CENTRAL    CENTRAL    HONG KONG |
| 7092909 | BOIES SCHILLER FLEXNER LLP | 1401 New York Avenue, NW    Washington, DC 20005 |
| 7092910 | BOIES SCHILLER FLEXNER LLP | Attn: Damien J. Marshall    575 Lexington Avenue    New York, New York 10022 |
| 7844157 | BROWN RUDNICK LLP | Robert J. Stark, Esq.    Kenneth Aulet, Esq.    Seven Times Square    New York, NY 10036 |
| 6984235 | BUSINESS CONSULTANTS LTD | 18A TWO CHINACHEM PLZ    68 CONNAUGHT RD CENTRL    HONG KONG |
| 7077365 | Bank of America, N.A. | c/o Amanda McQueen    2 King Edward Street    London, EC1A 1HQ |
| 7016847 | Boardroom Corporate & Advisory Services Pte Ltd | 50 Raffles Place, #32–01 Singapore Land Tower    Singapore 048623 |
| 6989261 | Bryan Cave LLP | Attn: Stephanie Wickouski, Esq.    1290 Avenue of the Americas    New York, NY 10104 |
| 7084987 | CFG Investment S.A.C. (Peru) | c/o Kelley Drye & Warren LLP    101 Park Avenue    New York, NY 10178    Attn: James S. Carr, Esq. |
| 7083845 | CFG Peru Inv. Pte. Ltd (Singapore), Debtor and DIP | CFG Peru Investments Pte. Limited (Singapore)    Rm 3201–10 HK Plz, 186 Connaught Rd West    Hong Kong |
| 7083847 | CFGL (Singapore) Private Limited, Debtor and DIP | Rm 3201–10HK Plz, 186 Connaught Rd West    Hong Kong |
| 7084388 | CHEE HOONG CHEE | BLOCK 2 NORMANTON PARK    #22–145    SINGAPORE 118999    SINGAPORE |
| 7084272 | CHEN MINGKANG | BLK 316B ANCHORVALE LINK    #11–193    SINGAPORE 542316 |
| 6984236 | CHINA CITIC BNK INTL LTD | 80TH FL, INTL COMMERCE CNTR    1 AUSTIN WEST    KOWLOON    HONG KONG |
| 6984237 | CHINA FISHERIES INTL LTD | RM 3201–10 HONG KONG PLZ    186 CONNAUGHT RD W    HONG KONG |
| 6984238 | CITIC BANKING FACILITIES | 6165 DESVOEUX RD CENTRAL    HONG KONG |
| 7004912 | CURTIS, MALLET–PREVOST, COLT & MOSLE LLP | Attorneys for Friedrich von    Kaltenborn–Stachau    101 Park Avenue    New York, NY 10178–0061 |
| 7396224 | Carter, Ledyard & Milburn LLP | Attorneys for Zhonghai Ocean Technology    Stock Limited Company    2 Wall Street    New York, New York 10005 |
| 7083986 | Champion Maritime Limited (BVI), Debtor and DIP | Champion Maritime Limited (BVI)    Rm 3201–10 HK Plz, 186 Connaught Rd West    Hong Kong |
| 7084072 | Chan Tak Hei | 32/F, Hong Kong Plaza, 188 Connaught Rd West    Sai Ying Pun, Hong Kong SAR |
| 7077966 | Chanery Investment Inc. (BVI), Debtor and DIP | Chanery Investment Inc. (BVI)    Rm 3201–10, HK Plz, 186 Connaught Rd West    Hong Kong |
| 7084013 | Cheng Peck Lee | 26 Chestnut Crescent    Singapore 679382    Singapore |
| 7084339 | Cheong Kai Tjieh Augustine | 34, La Salle Street, Singapore 456941 |
| 7084893 | China CITIC Bank International Limited | The Law Office of Aimee P. Levine    5 Columbus Circle, Suite 710    New York, NY 10019 |

| ID | Name | Address |
|---|---|---|
| 7078125 | China Fisheries Intl Ltd (Samoa), Debtor and DIP | China Fisheries International Limited (Samoa)   Rm 3201–10 HK Plz, 186 Connaught Rd West   Hong Kong |
| 7069531 | Christopher R. Belmonte | 230 Park Avenue   New York NY 10169 |
| 7085105 | Cooperatieve Rabobank U.A., Hong Kong Branch | 32/F, Three Pacific Place, 1 Queen's Road East   HONG KONG |
| 7084997 | Copeinca AS (Norway) | c/o Kelley Drye & Warren LLP   101 Park Avenue   New York, NY 10178   Attn: James S. Carr, Esq. |
| 7085010 | Coperatieve Rabobank U.A., Hong Kong Branch | 32/F, Three Pacific Place, 1 Queen's Road Eas   HONG KONG |
| 6985921 | Coperatieve Rabobank, U.A. | 345 Park Avenue, 37th Floor   New York, New York 10167 |
| 7084915 | Corporacion Pesquera Inca S.A.C. (Peru) | c/o Kelley Drye & Warren LLP   101 Park Avenue   New York, NY 10178   Attn: James S. Carr, Esq. |
| 6984239 | DAVID LIM & PARTNERS | 50 RAFFLES PLACE 17–01   SINGAPORE LAND TOWER   SINGAPORE 048623 |
| 6984240 | DBS BANK (HK) LTD | 16TH FL, THE CENTER   99 QUEENS ROAD   CENTRAL   HONG KONG |
| 7077217 | DELOITTE & TOUCHE LLP | 6 SHENTON WAY OUE DOWNTOWN 2 #33–90   SINGAPORE 068809 |
| 7084628 | DELOITTE ADVISORY (HONG KONG) LIMITED | 35/F, ONE PACIFIC PLACE, 88 QUEENSWAY   HONG KONG |
| 6984241 | DELOITTE TOUCHE TOHMATSU | 35/F ONE PACIFIC PLACE   88 QUEENSWAY   HONG KONG |
| 6984242 | DLA PIPER HONG KONG | DLA Piper LLP (US)   Attn: John K. Lyons   203 N. LaSalle Street, Suite 1900   Chicago, IL 60601 |
| 6987360 | DLA PIPER LLP (US) | Attorneys for the Club Lender Parties   1251 Avenue of the Americas   New York, New York 10020 |
| 7135543 | DLA Piper LLP | 444 West Lake Street   Suite 900   Chicago IL 60606–0089 |
| 7018138 | DLA Piper LLP (US) | 1251 Avenue of the Americas   New York, New York 10020 |
| 7018139 | DLA Piper LLP (US) | 203 North LaSalle Street, Suite 1900   Chicago, Illinois 60601 |
| 7002286 | Davis Polk & Wardwell LLP | 450 Lexington Ave   New York, NY 10017 |
| 7084157 | Foo Seak Chee | 318 Clementi Ave 4   #12–87   Singapore 120318 |
| 7084523 | Fortress Agents Limited (BVI), Debtor and DIP | Fortress Agents Limited (BVI)   Rm 3201–10 HK Plz, 186 Connaught Rd West   Hong Kong |
| 6984243 | GRANT THORNTON RECOVERY | LEVEL 12, 28 HENNESSY RD   WANCHAI   HONG KONG |
| 7883504 | Gregory Pesce | 111 South Wacker Drive, Suite 5100   Chicago IL 60606 |
| 7078046 | Growing Management Limited (BVI), Debtor and DIP | Growing Management Limited (BVI)   Rm 3201–10   HK Plz, 186 Connaught Rd West   Hong Kong |
| 6984244 | HALDANES | 7TH FLR, RUTTONJEE HOUSE   11 DEDDELL STREET   CENTRAL   HONG KONG |
| 7692149 | HOGAN LOVELLS US LLP | Attorneys for Madison Pacific   Trust Limited   390 Madison Avenue   New York, New York 10017 |
| 6984245 | HSBC | L16, HSBC MAIN BLDNG   1 QUEEN S ROAD   CENTRAL   HONG KONG |
| 7077447 | Han Kai Ching | No.1, Kaki Bukit Road 2, #02–06, Singapore 417835   No.1, Kaki Bukit Road 2, #02–06, Singapore 417835 |
| 7086131 | Intraco Global Investment Ltd | 70 Jalan Lokam   Singapore 537895 |
| 7084980 | J. Wiludi & Asociados Consultores En Pesca S.A.C. | c/o Kelley Drye & Warren LLP   101 Park Avenue   New York, NY 10178   Attn: James S. Carr, Esq. |
| 7654989 | KASOWITZ BENSON TORRES LLP | Attorneys for the Noteholder Group   1633 Broadway   New York, New York 10019 |
| 7003531 | KELLEY DRYE & WARREN LLP | 101 Park Avenue   New York, New York 10178 |
| 7084063 | Ko Ching Peng Genevieve | 49 Toh Tuck Walk   Singapore 596622   Singapore |
| 7084252 | LEE HAN CHEW | 5 LENGKONG LIMA   SINGAPORE 417537 |
| 7008637 | LOWENSTEIN SANDLER LLP | Attorneys for Equity Holders of   N.S. Hong Investments (BVI) Limited   1251 Avenue of the Americas   New York, NY 10020 |
| 7084106 | Lee Yuit Chieng | 20 Recreation Lane   Singapore 546572   Singapore   20 Recreation Lane, Singapore 546572 |
| 7084257 | Lim Chun Yip David | #28 – 73 Block 28D Dover Crescent   Singapore 134028   Singapore   #28–73 Block 28D Dover Crescent Singapore 134028 |
| 7084800 | Lim Song–Ann | 47 How Sun Road   Singapore 538508 |
| 7084130 | Lim Soon Hock | 32/F, Hong Kong Plaza, 188 Connaught Rd West   Sai Ying Pun, Hong Kong SAR |
| 7077406 | Lim Soon Huat | Block–126 Aljunied Road #13–06 Singapore 380126 |
| 7084410 | Lim Soon Kiat | 71 #12–10   Choa Chu Kang Loop   Northvale   Singapore   689 |
| 7083860 | Low Soo Chin / Ch'ng Ai Lee | 20 Tai Hwan Heights, Singapore 555371   20 Tai Hwan Heights, Singapore 555371 |
| 7077484 | Low Soo Chin / Chng Ai Lee | 20 Tai Hwan Heights, Singapore 555371 |
| 6986354 | Luskin, Stein & Eisler, LLP | Attorneys for Cooperative Rabobank, U.A.   Attn: Michael Luskin   Eleven Times Square   New York NY 10036 |
| 7085645 | MASKIM ERMOKHIN | 38 SEMAFORNAYA   LESOZAVODSK PRIMORSKY 692033 |
| 6995860 | MAYER BROWN LLP | 1221 Avenue of the Americas   New York, New York 10020–1001 |
| 7086316 | MOODY'S INVESTORS SERVICE HONG KONG LIMITED | C/O SATTERLEE STEPHENS LLP   ATTN: CHRISTOPHER R. BELMONTE, ESQ.   230 PARK AVENUE   NEW YORK, NY 10169 |
| 6984246 | MOODY'S INVST SERV HK LTD | 24/F, ONE PACIFIC PLACE   88 QUEENSWAY   ADMIRALTY   HONG KONG |
| 6984247 | MOURANT OZANNES SERV LTD | 13/F ENTERTAINMENT BLDNG   30 QUEEN'S ROAD   CENTRAL   HONG KONG |
| 7221519 | Merieux NutriSciences Corporation | 111 E. Wacker Drive, Suite 2300   Chicago, IL 60601 |

| | | |
|---|---|---|
| 7084357 | Min Chuan Kueh | 655 Hougang Ave 8    #05–399    Singapore 530655 |
| 7084218 | Mr Yash Paul & Bhatia Sarita Mrs Yash Paul Gupta    No 18, Pine Grove, #14–01, Singapore 597594    No 18, Pine Grove, #14–01, Singapore 597594 |
| 7077424 | Mu Kwek Fei | No 1, Kaki Bukit Road 2, #02–06, Singapore 417835    No 1, Kaki Bukit Road 2, #02–06, Singapore 417835 |
| 7077584 | Mu Quek Siong | 38 Jalan Chempedak    Singapore    Singapore 578420 |
| 7077519 | Muna Lim Bt Abdullah | 348 East Coast Road    Singapore 428966 |
| 7545664 | Murtha Cullina LLP    Attorneys for John O. Desmond,    Chapter 7 Trustee of National    Fish & Seafood, Inc.,    99 High Street, Fl. 20    Boston, Massachusetts 02110 |
| 7077784 | N.S. Hong Investment (BVI) Limited    Rm 3201–10, HK Plz    186 Connaught Rd West    Hong Kong |
| 7084225 | N.S. Hong Investment (BVI) Limited, Debtor and DIP    N.S. Hong Investment (BVI) Limited    Rm 3201–10 HK Plz, 186 Connaught Rd West    Hong Kong |
| 7461883 | National Fish and Seafood Inc.    11–15 Parker Street    Gloucester, MA 01930 |
| 7077471 | Ng Joo Kwee    32/F, Hong Kong Plaza, 188 Connaught Rd West    Sai Ying Pun, Hong Kong |
| 7077523 | Ng Joo Siang    32/F, Hong Kong Plaza, 188 Connaught Rd West    Sai Ying Pun, Hong Kong SAR |
| 7084150 | Ng Puay Yee Annie    32/F, Hong Kong Plaza, 188 Connaught Rd West    Sai Ying Pun, Hong Kong SAR |
| 7084175 | Ng Teng Kuang and Sng Kiat Huang    44 Park Villas Rise    Singapore 545364    Singapore |
| 7084526 | Ocean Expert International Ltd (BVI) Debtor/DIP    Ocean Expert International Limited (BVI)    Rm 3201–10, HK Plz,    186 Connaught Rd West    Hong Kong |
| 7086806 | PACIFIC ANDES ENTERPRISES (BVI) LIMITED (IN LIQUID    C/O NICHOLAS GRONOW, FTI CONSULTING    8 SHENTON WAY, #12–02, AXA TOWER    SINGAPORE 068811 |
| 7086884 | PARKMOND GROUP LIMITED (IN LIQUIDATION)    C/O NICHOLAS GRONOW, FTI CONSULTING    8 SHENTON WAY, #12–02, AXA TOWER    SINGAPORE 068811 |
| 7084508 | PICKENPACK EUROPE GMBH    c/o L.P. HARRISON,ESQ./PETER BUENGER,ESQ    101 PARK AVENUE    NEW YORK, NY 10178 |
| 7084515 | PICKENPACK HOLDING GERMANY GMBH    L.P. HARRISON 3RD, ESQ./ PETER BUENGER,    101 PARK AVENUE    NEW YORK, NY 10178 |
| 7084552 | PICKENPACK PRODUCTION LUNEBURG GMBH    L.P. HARRISON 3RD, ESQ./PETER BUENGER, E    101 PARK AVENUE    NEW YORK, NY 10178 |
| 6984248 | PREMIUM CHOICE GROUP LTD    RM 3201–10 HONG KONG PLZ    186 CONNAUGHT RD W    HONG KONG |
| 6984249 | PROTEIN TRADING LTE    RM 3201–10 HONG KONG PLZ    186 CONNAUGHT RD W    HONG KONG |
| 7084533 | Pacific Andes Intl Holdings Limited Debtor and DIP    Pacific Andes International Holdings Limited    Rm 3201–10    HK Plz, 186 Connaught Rd West    Hong Kong |
| 7084035 | Pacific Andes Resources Development Limited    Rm 3201–10, HK Plaza    186 Connaught Rd West    Hong Kong |
| 7069532 | Pamela A. Bosswick    230 Park Avenue    New York NY 10169 |
| 7077450 | Premium Choice Group Limited    Rm 3201–10, HK Plz, 186 Connaught Rd West    Hong Kong |
| 7077773 | Protein Trading Limited    Rm 3201–10, HK Plz    186 Connaught Rd West    Hong Kong |
| 7084271 | Protein Trading Limited (Samoa), Debtor and DIP    Protein Trading Limited (Samoa)    Rm 3201–10 HK Plz, 186 Connaught Rd West    Hong Kong |
| 7084040 | Quek Eu Lyn    50 Hume Avenue #09–08 Singapore 596229    50 Hume Avenue #09–08 Singapore 596229 |
| 6984250 | RABOBANK INTL, HK    32/F, 3 PACIFIC PLACE    1 QUEENS ROAD EAST    HONG KONG |
| 7193204 | Reed Smith    599 Lexington Avenue    New York New York 10022 |
| 7190839 | Reed Smith, LLP    Attorneys for Merieux Nutrisciences    Corporation    Andrea J. Pincus, Esq.    599 Lexington Avenue    New York, NY 10022–7650 |
| 7074270 | Robert B. Weiss    70 W. Madison Street    Suite 2300    Chicago IL 60602 |
| 7083865 | Roger Yee Chong Lim    C/o Advocatus Law LLP    Attn: Suresh Nair    25 North Bridge Rd #08–01 EFG Bank Bldg    Singapore 179104 |
| 6984251 | SING EXCHANGE SEC TRD LTD    2 SHENTON WAY    #02–02 SGX CENTRE 1    SINGAPORE 068804 |
| 7086888 | SOLAR FISH TRADING LIMITED (IN PROVISIONAL LIQUIDA    C/O NICHOLAS GRONOW, FTI CONSULTING    8 SHENTON WAY, #12–02 AXA TOWER    SINGAPORE 068811 |
| 6984252 | STANDARD CHARTERED BNK (HK) LTD    15/F, STNDRD CHARTER BNK BLDNG    4–4A DES VOEUX ROAD    CENTRAL    HONG KONG |
| 6989119 | STEPHANIE WICKOUSKI    MICHELLE MCMAHON    BRYAN CAVE, LLP    1290 AVENUE OF THE AMERICAS    NEW YORK, NEW YORK 10104    212.541.2000 |
| 7069533 | Satterlee Stephens LLP    Attorneys for Moody's Investors    Service, Inc.    230 Park Avenue    New York NY 10169 |
| 7077508 | Seah Hon Hui    81 Yishun Avenue 11 #11–25    The Canopy    Singapore 768863 |
| 7085071 | Seah Yang Howe    45 Jalan Tenon    Singapore 537257    Republic of Singapore |
| 6986669 | Sidley Austin LLP    Attorneys for Bank of America N.A.    Attn: L. Attanasio, A. Propps    787 Seventh Avenue    New York, NY 10019 |
| 7862367 | Skadden, Arps, Slate, Meagher & Flom LLP    Attn: Lisa Laukitis    One Manhattan West    New York, NY 10001 |
| 7083925 | Smart Group Limited (Cayman), Debtor and DIP    Smart Group Limited (Cayman)    Rm 3201–10    HK Plz, 186 Connaught Rd Wes    Hong Kong |
| 7084522 | So Pacific Shipping Agcy Ltd (BVI), Debtor and DIP    Rm 3201–10 HK PLzs, 186 Connaught Rd West    Hong Kong |
| 7084610 | Standard Chartered Bank (Hong Kong) Limited    c/o DLA Piper LLP (US)    Attn.: John K. Lyons    203 N. La Salle Street, Suite 1900    Chicago, IL 60601 |
| 7077502 | Sung Yu Ching    32/F, Hong Kong Plaza, 188 Connaught Rd West    Sai Ying Pun, Hong Kong SAR |
| 7077428 | Suparman Wang Chan Tak    3 Maple Ave    Singapore 277569    Singapore |

| | | | | |
|---|---|---|---|---|
| 7077411 | Suparman Wang Chan Tak | 3 Maple Ave | Singapore 277593 | Singapore |
| 7084140 | Super Investment Limited (Cayman), Debtor and DIP | Super Investment Limited (Cayman) | Rm 3201–10 HK Plz, 186 Connaught Rd West | Hong Kong |
| 7084973 | Sustainable Fishing Resources S.A.C. (Peru) | c/o Kelley Drye & Warren LLP | 101 Park Ave | New York, NY 10178    Attn: James S. Carr, Esq. |
| 7077634 | Sylmar Group Limited | 370G Alexandra Road #10–01 | Singapore 159960 | |
| 7084149 | TAI GEOK CHOO | 217 TAI KENG GARDENS | SINGAPORE 535460 | |
| 7084430 | TAN CHUANG TONG | Shanghai City Jingan District | Wanhangdu Road No. 730 | Room 901, PRC 200042 |
| 7077591 | TENG CHEONG GUAN | 34 BORTHWICK DRIVE, SINGAPORE 559537 | 34 BORTHWICK DRIVE, SINGAPORE 559537 | |
| 7086521 | THE HONGKONG & SHANGHAI BANKING CORP. LTD. | ADAM B. CLARK | HSBC MAIN BUILDING LEVEL 31    1 QUEEN'S ROAD CENTRAL | HONG KONG |
| 7085006 | THE HONGKONG SHANGHAI BANKING CORPORATION LIMITED | ADAM B. CLARK | HSBC MAIN BUILDING, LEVEL 31    1 QUEEN ROAD CENTRAL | HONG KONG |
| 7017754 | THE LAW OF AIMEE P. LEVINE | Attorneys for China CITIC Bank | International Limited | Attn: Aimee P. Levine, Esq.    5 Columbus Circle, Suite 710    New York, NY 10019 |
| 7150547 | THE LAW OF AIMEE P. LEVINE | Attorneys for Fubon Bank | (Hong Kong) Limited | 5 Columbus Circle, Suite 710    New York, NY 10019 |
| 7063686 | TMF Trustee Ltd, as indenture trustee | Bryan Cave LLP, Attn: Stephanie Wickouski | 1290 Avenue of the Americas | New York, NY 10104 |
| 7084538 | TST THE SEAFOOD TRADERS GMBH | L.P. HARRISON 3RD, ESQ/PETER BUENGER, ES | 101 PARK AVENUE | NEW YORK, NY 10178 |
| 7084427 | Tan Guan Lee Company Limited | 7030 Ang Mo Kio Ave 5 | #08–94 Northstar@AMK | Singapore 569880    Singapore |
| 7084247 | Tan Hsing Loong | 19 Jalan Jintan Kimsia Court    #06–19 | Singapore 229012 | Singapore |
| 7077514 | Tan Ngiap Joo | 32/F, Hong Kong Plaza, 188 Connaught Rd West | Sai Ying Pun, Hong Kong SAR | |
| 7078120 | Target Shipping Limited (HK), Debtor and DIP | Target Shipping Limited (HK) | Rm 3201–10, HK Plz    186 Connaught Rd West | Hong Kong |
| 7077470 | Tay Buan HuatTeo Siew Geok Catherine | 112 Lentor Green | Singapore 789328 | Singapore |
| 7084858 | Tembusu Investments Ltd | 6 Bishan St 25 #02–16 Singapore 573975 | Singapore 573975 | |
| 7077554 | Terence Pui Ming SOH and Vera Ching Yin LIEW | 19–3A Lumina Kiara | 15 Jalan Duta Kiara    Mont Kiara | Kuala Lumpur 50480 Malaysia |
| 7084142 | Tse Man Bun | 32/F, Hong Kong Plaza, 188 Connaught Rd West | Sai Ying Pun, Hong Kong SAR | |
| 7086669 | UNITED OVERSEAS BANK LTD, | HONG GONG BRANCH | TUNG YIN GEORGE | 23/F, 3 GARDEN ROAD CENTRAL    HONG KONG |
| 7084020 | WEE POH HENG JOHNNY | BLOCK 30 CASSIA CRESCENT #15–18 | SINGAPORE 391030 | |
| 7011960 | WHITE & CASE LLP | Attorneys for Taipei Fubon Commercial | Bank Co., Ltd. | 200 S. Biscayne Boulevard, Suite 4900    Miami, Florida 33131 |
| 7011958 | WHITE & CASE LLP | Attorneys for Taipei Fubon Commercial | Bank Co., Ltd. | 1155 Avenue of the Americas    New York, New York 10036–2787 |
| 7011961 | WHITE & CASE LLP | Attorneys for Taipei Fubon Commercial | Bank Co., Ltd. | 9th Floor Central Tower    28 Queens Road Central    Hong Kong |
| 7084452 | WONG KAHOE / LIM PECK NEO LILLIAN | 22 FRANKEL TERRACE | SINGAPORE 458023 | |
| 7077576 | Wee Fong Thim | 132 Windsor Park Road Singapore 574187 | | |
| 7883503 | White & Case LLP | Attn: J. Christopher Shore | 1221 Avenue of the Americas | New York, NY 10020 |
| 7083898 | Windswept Pte Ltd. | C/o Advocatus Law LLP | Attn: Suresh Nair | 25 North Bridge Rd #08–01 EFG Bank Bldg    Singapore 179104 |
| 7083861 | Winston Terence Milner | C/o Advocatus Law LLP | Attn: Suresh Nair | 25 North Bridge Rd #08–01 EFG Bank Bldg    Singapore 179104 |
| 7077615 | Yeoh Phee Eng | 8 Riviera Drive | Singapore 467221 | 8 Riviera Drive, Singapore 467221 |

TOTAL: 174