BAKER & HOSTETLER LLP
Robert A. Julian (admitted *pro hac vice*)
David J. Richardson (admitted *pro hac vice*)
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA  94111-2806
Telephone:     415.659.2600
Facsimile:      415.659.2601

*Counsel for William A. Brandt, Jr., former Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | Chapter 11 |
| **CHINA FISHERIES GROUP LIMITED (CAYMAN),** *et al.*, | Case No.: 16-11895 (JLG) |
| Debtors.[1] | (Jointly Administered) |

---

| | |
|---|---|
| In re: | Chapter 11 |
| **CFG PERU INVESTMENTS PTE. LIMITED (SINGAPORE),** | Case No. 16-11914 (JLG) |
| Debtor. | (Jointly Administered) |

---

**NOTICE OF TERMINATION OF PERFORMANCE BOND FOR FORMER CHAPTER 11 TRUSTEE WILLIAM A. BRANDT, JR., AND NOTICE OF CHANGE OF ADDRESS**

---

[1] The Debtors are China Fishery Group Limited (Cayman), Pacific Andes International Holdings Limited (Bermuda), N.S. Hong Investment (BVI) Limited, South Pacific Shipping Agency Limited (BVI), China Fisheries International Limited (Samoa), CFGL (Singapore) Private Limited, Chanery Investment Inc. (BVI), Champion Maritime Limited (BVI), Growing Management Limited (BVI), Target Shipping Limited (HK), Fortress Agents Limited (BVI), Ocean Expert International Limited (BVI), Protein Trading Limited (Samoa), CFG Peru Investments Pte. Limited (Singapore), Smart Group Limited (Cayman), Super Investment Limited (Cayman), Pacific Andes Resources Development Limited (Bermuda), Nouvelle Foods International Ltd., Golden Target Pacific Limited, Pacific Andes International Holdings (BVI) Limited, Zhonggang Fisheries Limited, Admired Agents Limited, Chiksano Management Limited, Clamford Holding Limited, Excel Concept Limited, Gain Star Management Limited, Grand Success Investment (Singapore) Private Limited, Hill Cosmos International Limited, Loyal Mark Holdings Limited, Metro Island International Limited, Mission Excel International Limited, Natprop Investments Limited, Pioneer Logistics Limited, Sea Capital International Limited, Shine Bright Management Limited, Superb Choice International Limited, Toyama Holdings Limited (BVI), and Pacific Andes Enterprises (Hong Kong) Limited.

TO THE HONORABLE JAMES L. GARRITY, JR., UNITED STATES BANKRUPTCY COURT JUDGE, AND ALL PARTIES IN INTEREST:

**PLEASE TAKE NOTICE** that, by correspondence dated October 24, 2022, a true and correct copy of which is attached hereto as Exhibit A, Travelers Casualty and Surety Company of America ("Travelers"), the issuer of Performance Bond #106550331 obtained by William A. Brandt, Jr. at the outset of his appointment to serve as chapter 11 trustee (the "Trustee") of CFG Peru Investments Pte. Limited (Singapore) ("CFG Peru") in the above-captioned chapter 11 cases, notified the Trustee that it has closed the Bond given that the confirmation order in the CFG Peru case entered on June 10, 2021, replaced the Trustee with the Plan Administrator. As the Trustee has no remaining duties or administrative role in these cases other than to seek discharge at the appropriate time, the Trustee does not intend to seek a replacement bond.

**PLEASE TAKE FURTHER NOTICE** that the Trustee, and Development Specialists, Inc., have moved their New York office, and the new physical and mailing address is: 122 E. 42nd Street, Suite 434, New York, NY 10168. Telephone and email information remains unchanged.

Dated: October 25, 2022

Respectfully submitted,

BAKER & HOSTETLER LLP

By:   /s/ David J. Richardson
Robert Julian (admitted *pro hac vice*)
rjulian@bakerlaw.com
David J. Richardson (admitted *pro hac vice*)
drichardson@bakerlaw.com
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA
Telephone:   415.659.2600
Facsimile:   415.659.2601

*Attorneys for William A. Brandt, Jr., in his individual capacity*

2

# EXHIBIT A



215 Shuman Boulevard  
Naperville, IL 60563

**Tara S. Petersen**  
*Account Executive Officer*  
*Travelers Bond*  
*Commercial Surety*  
*Phone: 630.961.7007*  
*E-mail: tspeters@travelers.com*

October 24, 2022

Re:   Development Specialists, Inc.  
       CFG Peru Investments PTE. Limited (Singapore)  
       Case No. 16-11914 (JLG)  
       Bond #106550331

To Whom It May Concern:

Travelers Casualty and Surety Company of America provided the referenced bond.

The Order Confirming Creditor Plan Proponents' Chapter 11 Plan for CFG Peru Investments PTE. Ltd. (Singapore) – docket 2569 was filed, entered and confirmed effected 6/10/2021.  Upon entry, the Chapter 11 Trustee (Willam A. Brandt, Jr.) was replaced by a Plan Administrator (Michael Foreman).

Based upon the same, Travelers Casualty and Surety Company of America has closed the referenced bond for renewal purposes.  However, once the final discharge of the Chapter 11 Trustee if finalized, we do ask for a copy for our files.

If you have any questions or need any additional information, please do not hesitate to contact me.

Sincerely,

*Tara S Petersen*

**TRAVELERS CASUALTY AND SURETY  
COMPANY OF AMERICA**