**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
Tracy L. Klestadt
John E. Jureller, Jr.
Brendan M. Scott
200 West 41st Street, 17th Floor
New York, NY 10036
(212) 972-3000

*Counsel to the Plan Administrator of PAIH and CFGL-PARD*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
| | |
|---|---|
| In re: | Chapter 11 |
| **CHINA FISHERY GROUP LIMITED (CAYMAN)**, *et al.*, | Case No. 16-11895 (JLG) |
| | **(Jointly Administered)** |
| Debtors.[1] | |
-------------------------------------------------------------------x

**NOTICE OF CANCELLATION OF**
**JUNE 8, 2023 OMNIBUS HEARING DATE**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, before the Honorable James L. Garrity, Jr., United States Bankruptcy Court, One Bowling Green, New York, New York, 10004-1408, Courtroom 723.

**PLEASE TAKE NOTICE** that the Omnibus Hearing Date scheduled on the above captioned cases for **June 8, 2023, at 11:00 a.m.** (Prevailing Eastern Time) before the Honorable James L.

---

[1] The Debtors in these chapter 11 cases are as follows: China Fishery Group Limited (Cayman), Pacific Andes International Holdings Limited (Bermuda), N.S. Hong Investment (BVI) Limited, South Pacific Shipping Agency Limited (BVI), China Fisheries International Limited (Samoa), CFGL (Singapore) Private Limited, Chanery Investment Inc. (BVI), Champion Maritime Limited (BVI), Growing Management Limited (BVI), Target Shipping Limited (HK), Fortress Agents Limited (BVI), Ocean Expert International Limited (BVI), Protein Trading Limited (Samoa), CFG Peru Investments Pte. Limited (Singapore), Smart Group Limited (Cayman), Super Investment Limited (Cayman), Pacific Andes Resources Development Limited (Bermuda), Nouvelle Foods International Ltd. (BVI), Golden Target Pacific Limited (BVI), Pacific Andes International Holdings (BVI) Limited, Zhonggang Fisheries Limited (BVI), Admired Agents Limited (BVI), Chiksano Management Limited (BVI), Clamford Holding Limited (BVI), Excel Concept Limited (BVI), Gain Star Management Limited (BVI), Grand Success Investment (Singapore) Private Limited, Hill Cosmos International Limited (BVI), Loyal Mark Holdings Limited (BVI), Metro Island International Limited (BVI), Mission Excel International Limited (BVI), Natprop Investments Limited, Pioneer Logistics Limited (BVI), Sea Capital International Limited (BVI), Shine Bright Management Limited (BVI), Superb Choice International Limited (BVI), Toyama Holdings Limited (BVI) and Pacific Andes Enterprises (Hong Kong) Limited.

Garrity, Jr., United States Bankruptcy Judge, Courtroom 723, One Bowling Green, New York, New York 10004, **has been cancelled**.

Dated: June 5, 2023
      New York, New York

KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP

By: */s/John E. Jureller, Jr.*
    Tracy L. Klestadt
    John E. Jureller, Jr.
    Brendan M. Scott
    200 West 41st Street, 17th Floor
    New York, NY 10036
    (212) 972-3000

    *Counsel to The Plan Administrator of PAIH and CFGL-PARD*

2