UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CHINA FISHERIES GROUP LIMITED (CAYMAN), *et al.*, | ) Case No. 16-11895 (JLG) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) Related to Dkt. No. 3841 |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD AND REQUEST TO BE REMOVED FROM ELECTRONIC NOTICE AND SERVICE LIST

Upon the motion (the "Motion") of Laura Femino, former associate of White & Case LLP (the "Movant") for entry of an order withdrawing as counsel of record for the Creditor Plan Proponents, and for good cause shown therein, it is hereby

ORDERED that Movant is withdrawn as counsel of record for the Creditor Plan Proponents in the above-referenced chapter 11 cases; and it is further

ORDERED that Movant no longer receive electronic notices from the Court's CM/ECF system in this proceeding.

Dated: November 18, 2025
New York, New York

/s/ *James L. Garrity, Jr.*
UNITED STATES BANKRUPTCY JUDGE

---

[1] The debtors in these chapter 11 cases are China Fishery Group Limited (Cayman), Pacific Andes International Holdings Limited (Bermuda), N.S. Hong Investment (BVI) Limited, South Pacific Shipping Agency Limited (BVI), China Fisheries International Limited (Samoa), CFGL (Singapore) Private Limited, Chanery Investment Inc. (BVI), Champion Maritime Limited (BVI), Growing Management Limited (BVI), Target Shipping Limited (HK), Fortress Agents Limited (BVI), Ocean Expert International Limited (BVI), Protein Trading Limited (Samoa), CFG Peru Investments Pte. Ltd. (Singapore), Smart Group Limited (Cayman), Super Investment Limited (Cayman), Pacific Andes Resources Development Limited (Bermuda), Nouvelle Foods International Ltd., Golden Target Pacific Limited, Pacific Andes International Holdings (BVI) Limited, Zhonggang Fisheries Limited, Admired Agents Limited, Chiksano Management Limited, Clamford Holding Limited, Excel Concept Limited, Gain Star Management Limited, Grand Success Investment (Singapore) Private Limited, Hill Cosmos International Limited, Loyal Mark Holdings Limited, Metro Island International Limited, Mission Excel International Limited, Natprop Investments Limited, Pioneer Logistics Limited, Sea Capital International Limited, Shine Bright Management Limited, Superb Choice International Limited, and Toyama Holdings Limited (BVI).